1  Matthew B. Lehr (Bar No. 213139)
   Diem-Suong T. Nguyen (Bar No. 237557)
2  Chung G. Suh (Bar No. 244889)
   DAVIS POLK & WARDWELL
3  1600 El Camino Real
   Menlo Park, California 94025
4  Telephone: (650) 752-2000
   Facsimile:  (650) 752-2111
5
   Attorneys for Plaintiff
6  VNUS Medical Technologies, Inc.

7
                    UNITED STATES DISTRICT COURT
8
                 FOR THE NORTHERN DISTRICT OF CALIFORNIA
9
                        SAN FRANCISCO DIVISION
10

11  VNUS MEDICAL TECHNOLOGIES, INC.,    )   CASE NO.
                                        )
12             Plaintiff,               )   PLAINTIFF VNUS MEDICAL
                                        )   TECHNOLOGIES, INC.'S RULE 7.1
        v.                              )   CORPORATE DISCLOSURE
13                                      )   STATEMENT and CIVIL LOCAL RULE
    BIOLITEC, INC., DORNIER MEDTECH     )   3-16 CERTIFICATION OF
14  AMERICA, INC., NEW STAR LASERS,     )   INTERESTED ENTITIES OR PERSONS
    INC. d/b/a COOLTOUCH, INC.          )
15                                      )
               Defendants.              )
16  _____)

17

18

19

20

21

22

23

24

25

26

27

28

PLAINTIFF'S RULE 7.1 CORPORATE DISCLOSURE STATEMENT AND
CIV. L.R. 3-16 CERTIFICATION OF INTERESTED PARTIES

## DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Plaintiff VNUS Medical Technologies, Inc. ("VNUS") and the undersigned counsel for VNUS certifies that there are no parent corporations and no publicly-held corporations other than entities affiliated with Credit Suisse owning 10% or more of VNUS's common stock.

## CERTIFICATION OF INTERESTED ENTITIES OR PERSONS

Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report.

Dated: June 27, 2008

Respectfully Submitted,

ATTORNEYS FOR PLAINTIFF
VNUS MEDICAL TECHNOLOGIES, INC.

By: _____
Matthew B. Lehr (Bar No. 213139)
Diem-Suong T. Nguyen (Bar No. 237557)
Chung G. Suh (Bar No. 244889)
DAVIS POLK & WARDWELL
1600 El Camino Real
Menlo Park, CA 94025
(650) 752-2000/(650) 752-2111 (fax)
mlehr@dpw.com
nguyen@dpw.com
gsuh@dpw.com