AO 440 (Rev. 03/08) Civil Summons

# UNITED STATES DISTRICT COURT
for the
Northern District of California

| | |
|---|---|
| VNUS Medical Technologies, Inc. | ) |
| Plaintiff | ) |
| v. | ) Civil Action No. |
| biolitec, Inc. | ) |
| Defendant | ) |

Summons in a Civil Action

E-filing

08 3129 JCS

To: biolitec, Inc.
(Defendant's name)

A lawsuit has been filed against you.

Within 20 days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Matthew B. Lehr
DAVIS POLK & WARDWELL
1600 El Camino Real
Menlo Park, CA 94025

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: JUN 2 7 2008

Richard W. Wieking
Name of clerk of court

Helen L. Almacen
Deputy clerk's signature

(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)

AO 440 (Rev. 03/08) Civil Summons (Page 2)

## Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on __biolitec, Inc.__,
by:

(1) personally delivering a copy of each to the individual at this place, _____ ; or

(2) leaving a copy of each at the individual's dwelling or usual place of abode with _____ who resides there and is of suitable age and discretion; or

(3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is __Carol J. Morello__ ; or

(4) returning the summons unexecuted to the court clerk on _____.

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00.

Date: __July 11, 2008__

_____
Server's signature

__PAUL NARDIZZI, CONSTABLE__
Printed name and title

__17 CLOVELLY LANE, FRAMINGHAM, MA 01702__
Server's address