# CERTIFICATE OF PERSONAL SERVICE BY HAND DELIVERY

I, Paul Nardizzi, declare as follows:

I am and was at the time of the service mentioned in this declaration employed in the County of Middlesex, in the State of Massachusetts. I am over the age of 18 years and not a party to the within action. My business address is 17 Clovelly Lane, Framingham, MA 01702.

On July 11, 2008 at 6:58 a.m., I served copies of the following documents:

SUMMONS IN A CIVIL ACTION DIRECTED TO DEFENDANT BIOLITEC, INC.

CIVIL COVER SHEET

COMPLAINT FOR PATENT INFRINGEMENT AND DEMAND FOR JURY TRIAL

FIRST AMENDED COMPLAINT FOR PATENT INFRINGEMENT AND DEMAND FOR JURY TRIAL

NOTICE OF ASSIGNMENT OF CASE TO A UNITED STATE MAGISTRATE JUDGE FOR TRIAL

ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES

CIVIL STANDING ORDERS FOR MAGISTRATE JUDGE JOSEPH C. SPERO

STANDING ORDER RE: CASE MANAGEMENT CONFERENCE

STANDING ORDER FOR ALL JUDGES OF THE NORTHERN DISTRICT OF CALIFORNIA – CONTENTS OF JOINT CASE MANAGEMENT STATEMENT

PLAINTIFF VNUS MEDICAL TECHNOLOGIES, INC.'S RULE 7.1 CORPORATE DISCLOSURE STATEMENT AND CIVIL LOCAL RULE 3-16 CERTIFICATION OF INTERESTED ENTITIES OR PERSONS

ECF REGISTRATION INFORMATION HANDOUT

DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

BROCHURE ENTITLED CONSENTING TO A MAGISTRATE JUDGE'S JURISDICTION IN THE NORTHERN DISTRICT OF CALIFORNIA

by hand delivering the documents listed above to the registered agent of biolitec, Inc., Carol J. Morello, at 495 Main St., Wilbraham, MA 01095.

1  I declare under penalty of perjury under the laws of the State of Massachusetts that the
2  above is true and correct.
3  Executed on July 11, 2008, at Framingham, Massachusetts.

Certified By: _____ Paul Nardizzi _____
Paul Nardizzi