IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VNUS MEDICAL TECHNOLOGIES, INC., | No. C-08-3129 MMC |
|     Plaintiff, | **ORDER DIRECTING PLAINTIFF TO SUBMIT CHAMBERS COPY OF FIRST AMENDED COMPLAINT** |
|   v. | |
| BIOLITEC, INC, et al., | |
|     Defendants. | |

On July 16, 2008, the instant action was reassigned to the undersigned.

To facilitate the Court's review of the instant matter, the Court hereby DIRECTS plaintiff to submit, no later than July 28, 2008, a chambers copy of the First Amended Complaint.

**IT IS SO ORDERED.**

Dated: July 21, 2008

MAXINE M. CHESNEY
United States District Judge