Matthew B. Lehr (Bar No. 213139)
Suong T. Nguyen (Bar No. 237557)
Chung G. Suh (Bar No. 244889)
DAVIS POLK & WARDWELL
1600 El Camino Real
Menlo Park, California 94025
Telephone: (650) 752-2000
Facsimile: (650) 752-2111

Attorneys for Plaintiff
VNUS Medical Technologies, Inc.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| VNUS MEDICAL TECHNOLOGIES, INC., <br><br> Plaintiff, <br><br> v. <br><br> BIOLITEC, INC., DORNIER MEDTECH AMERICA, INC., NEW STAR LASERS, INC. d/b/a/COOLTOUCH, INC., DAVID S. CENTANNI, and TYRELL L. SCHIEK <br><br> Defendants. | CASE NO. C08-03129 MMC <br><br> **CERTIFICATE OF SERVICE BY MAIL OF 1) Case Management Conference Order; 2) Standing Orders for Civil Cases Assigned to Judge Chesney; and 3) Standing Order for All Judges of the Northern District of California** <br><br> Judge: The Honorable Maxine M. Chesney |

# CERTIFICATE OF SERVICE

I am employed in the County of San Mateo, State of California. I am over the age of 18 years and not a party to this action. My business address is Davis Polk & Wardwell, 1600 El Camino Real, Menlo Park, CA 94025.

On July 22, 2008, I served the following documents described as:

**1) Case Management Conference Order;**

**2) Standing Orders for Civil Cases Assigned to Judge Chesney;** and

**3) Standing Order for All Judges of the Northern District of California**

by serving a true copy of the above-described documents in the following manner:

**BY U.S. MAIL**

I am familiar with the office practice of Davis Polk & Wardwell for collecting and processing documents for mailing with the United States Postal Service. Under that practice, documents are deposited with the Davis Polk & Wardwell personnel responsible for depositing documents with the United States Postal Service; such documents are delivered to the United States Postal Service on that same day in the ordinary course of business, with postage thereon fully prepaid. I deposited in Davis Polk & Wardwell's interoffice mail a sealed envelope or package containing the above-described documents and addressed as set forth below in accordance with the office practice of Davis Polk & Wardwell for collecting and processing documents for mailing with the United States Postal Service:

**Kelly Moran**
**biolitec, Inc.**
**515 Shaker Road**
**East Longmeadow, MA 01028**

Tel: 800-934-2377

VNUS expects to serve all other defendants to this action with a copy of the above-described documents at the time of effecting service of the summons and complaint upon them.

I declare that I am employed in the office of a member of the Bar of this Court at whose direction the service was made and declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on July 22, 2008 at Menlo Park, California.

*Catherine Groat*
**Catherine Groat**