| | For Court Use Only |
|---|---|
| Attorney or Party without Attorney:<br>Law Offices Of: DAVIS POLK & WARDWELL<br>1600 EL CAMINO REAL<br>Menlo Park, CA 94025<br>Telephone No: 650-752-2000   FAX No: 650-752-2111<br><br>Ref. No. or File No.:<br>VNUS V. NEW STAR<br>Attorney for: Plaintiff | |
| Insert name of Court, and Judicial District and Branch Court:<br>United States District Court, Northern District Of California, San Francisco Division | |
| Plaintiff: VNUS MEDICAL TECHNOLOGIES, INC.<br>Defendant: BIOLITEC, INC., ET AL | |

| PROOF OF SERVICE<br>SUMMONS & COMPLAINT | Hearing Date:<br>Fri, Oct. 17, 2008 | Time:<br>10:30AM | Dept/Div: | Case Number:<br>CV 08 3129 |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons And Complaint; Civil Cover Sheet;rule 7.1 Disclosure Statement And Civil Local Rule 3-16 Certification Of Interested Entitites Or Persons;ecf Registration Information Handout;first Amended Complaint;declination To Proceed Before A Magistrate Judge And Request For Reassignment To A United States District Judge;reassignment Order;standing Orders For Civil Cases Assigned To The Honorable Maxine M. Chesney;case Management Conference Order;standing Order For All Judges Of The Northern District Of California

3. a. Party served:                NEW STAR LASERS, INC. D/B/A COOLTOUCH, INC.
   b. Person served:               DAVID R. HENNINGS, REGISTERED AGENT FOR SERVICE

4. Address where the party was served:   9085 FOOTHILLS BLVD.
                                          ROSEVILLE, CA 95747

5. I served the party:
   a. by personal service. I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Wed., Jul. 23, 2008 (2) at: 1:22PM

7. Person Who Served Papers:
   a. STEPHANIE BARBER

   A & A LEGAL SERVICE
   1541 Bayshore Hwy.        GENERAL@AALEGALSERVICE.COM
   Burlingame, CA 94010-1602    Fax (650) 697-4640
   (650) 697-9431

   Recoverable Cost Per CCP 1033.5(a)(4)(B)
   d. The Fee for Service was:
   e. I am: (3) registered California process server
      (i) Independent Contractor
      (ii) Registration No.: 2002-17
      (iii) County: Sacramento

8. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

   Date: Wed, Jul. 23, 2008

   (STEPHANIE BARBER)

   Judicial Council Form                 PROOF OF SERVICE
   Rule 2.150.(a)&(b) Rev January 1, 2007  SUMMONS & COMPLAINT                      7522000.47183