## CERTIFICATE OF SERVICE

I, __STEPHANIE BARBER__, declare as follows:

I am and was at the time of the service mentioned in this declaration employed in the County of __SACRAMENTO__, in the State of California. I am over the age of 18 years and not a party to the within action. My business address is __1541 Bayshore Hwy,, Burlingame, CA 94010__.

On July 23, 2008, I served the following documents described as:

SUMMONS IN A CIVIL ACTION DIRECTED TO DEFENDANT NEW STAR LASERS, INC. d/b/a COOLTOUCH, INC.

CIVIL COVER SHEET

COMPLAINT FOR PATENT INFRINGEMENT AND DEMAND FOR JURY TRIAL

FIRST AMENDED COMPLAINT FOR PATENT INFRINGEMENT AND DEMAND FOR JURY TRIAL

PLAINTIFF VNUS MEDICAL TECHNOLOGIES, INC.'S RULE 7.1 CORPORATE DISCLOSURE STATEMENT AND CIVIL LOCAL RULE 3-16 CERTIFICATION OF INTERESTED ENTITIES OR PERSONS

DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

US DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA - ECF REGISTRATION INFORMATION HANDOUT

REASSIGNMENT ORDER

STANDING ORDERS FOR CIVIL CASES ASSIGNED TO THE HONORABLE MAXINE M. CHESNEY

CASE MANAGEMENT CONFERENCE ORDER

STANDING ORDER FOR ALL JUDGES OF THE NORTHERN DISTRICT OF CALIFORNIA

by hand delivering a true copy of the above-described documents to the registered agent of New Star Lasers, Inc., d/b/a CoolTouch, Inc., David R. Hennings at 9085 Foothills Blvd., Roseville, CA 95747.

1  I declare under penalty of perjury under the laws of the State of California that the
2  foregoing is true and correct.
3  Executed on July 23, 2008 at Sacramento, California.

Certified By: _____
Stephanie Barber