HOWARD A. SLAVITT (State Bar No. 172840)
COBLENTZ, PATCH, DUFFY & BASS LLP
One Ferry Building, Suite 200
San Francisco, California 94111-4213
Telephone: 415.391.4800
Facsimile: 415.989.1663
Email:  ef-has@cpdb.com

Attorneys for Defendant
BIOLITEC, INC.

Matthew B. Lehr (Bar No. 213139)
Diem-Suong T. Nguyen (Bar No. 237557)
Chung G. Suh (Bar No. 244889)
DAVIS POLK & WARDWELL
1600 El Camino Real
Menlo Park, CA 94025
Telephone: (650) 752-2000
Facsimile: (650) 752-2111

Attorneys for Plaintiff
VNUS Medical Technologies, Inc.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| VNUS MEDICAL TECHNOLOGIES, INC.,<br><br>Plaintiff,<br><br>v.<br><br>BIOLITEC, INC., DORNIER MEDTECH AMERICA, INC., and NEW STAR LASERS, INC. d/b/a COOLTOUCH, INC., DAVID S. CENTANNI, and TYRELL L. SCHIEK,<br><br>Defendants. | Case No. C08-03129 MMC<br><br>**STIPULATION TO EXTEND TIME FOR BIOLITEC, INC. TO ANSWER OR OTHERWISE RESPOND TO THE COMPLAINT** |

Pursuant to Civil Local Rule 6.1(a) for the Northern District of California, plaintiff VNUS Medical Technologies, Inc. ("VNUS") and defendant biolitec, Inc. ("biolitec") stipulate as follows:

WHEREAS VNUS filed a complaint in this action on or about June 27, 2008 and filed a first amended complaint on or about July 10, 2008;

1  WHEREAS VNUS served biolitec with the first amended complaint on or about July 11, 2008;

2  WHEREAS biolitec has requested a 30-day extension from VNUS within which to answer or otherwise respond to first amended complaint;

3  WHEREAS such extension will not alter the date of any event or any deadline already fixed by Court order;

4  NOW, THEREFORE, VNUS and biolitec, by and through their counsel, stipulate and agree as follows:

5  biolitec shall have until Tuesday, September 2, 2008, to respond to the first amended complaint in this action.

Dated: July 31, 2008

COBLENTZ, PATCH, DUFFY & BASS, LLP

By:     /s/
        HOWARD A. SLAVITT
        Attorneys for Defendant
        BIOLITEC, INC.

Dated: July 31, 2008

DAVIS POLK & WARDWELL

By:     /s/
        MATTHEW B. LEHR
        Attorneys for Plaintiff
        VNUS MEDICAL TECHNOLOGIES, INC.

10208.002.925986v1

2

Case No. C08-03129 MMC

STIPULATION TO EXTEND TIME FOR BIOLITEC, INC. TO RESPOND