JAMES W. GERIAK (STATE BAR NO. 32871)
jgeriak@orrick.com
ALLAN W. JANSEN (STATE BAR NO. 81992)
ajansen@orrick.com
MARK STIRRAT (STATE BAR NO. 229448)
mstirrat@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
4 Park Plaza, Suite 1600
Irvine, CA  92614-2558
Telephone:    (949) 567-6700
Facsimile:    (949) 567-6710

Attorneys for Defendant
NEW STAR LASERS, INC. d/b/a COOLTOUCH, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| VNUS MEDICAL TECHNOLOGIES, INC., <br><br> Plaintiff, <br><br> v. <br><br> BIOLITEC, INC., DORNIER MEDTECH AMERICA, INC., and NEW STAR LASERS, INC. d/b/a COOLTOUCH, INC., DAVID S. CENTANNI, and TYRELL L. SCHIEK. <br><br> Defendants. | Case No.  C08-03129-JCS <br><br> **DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE FOR TRIAL AND DISPOSITION** |
| NEW STAR LASERS, INC. d/b/a COOLTOUCH, INC., <br><br> Counterclaimant, <br><br> v. <br><br> VNUS MEDICAL TECHNOLOGIES, INC., <br><br> Counterdefendant. | |

OHS West:260488801.1

DECLINATION TO PROCEED BEFORE A MAGISTRATE
JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED
STATES DISTRICT JUDGE FOR TRIAL AND DISPOSITION
CASE NO. C 08-03129-JCS

Defendant New Star Lasers, Inc. d/b/a CoolTouch, Inc. ("CoolTouch") hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition. CoolTouch hereby requests the reassignment of this case to a United States District Judge.

Dated: August 6, 2008

Respectfully submitted,

ORRICK, HERRINGTON & SUTCLIFFE LLP

By  /James W. Geriak
JAMES W. GERIAK
ALLAN W. JANSEN
MARK STIRRAT
Attorneys for Defendant
NEW STAR LASERS, INC.
d/b/a COOLTOUCH, INC.

OHS West:260488801.1 - 2 -

DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE FOR TRIAL AND DISPOSITION
CASE NO. C 08-03129-JCS

**CERTIFICATE OF ELECTRONIC SERVICE**

I hereby certify that on August 6, 2008, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send electronic notification of such filing to the following individual(s):

Matthew B. Lehr
Diem-Suong T. Nguyen
Chung G. Suh
DAVIS POLK & WARDWELL
1600 El Camino Real
Menlo Park, CA 94025
Telephone:  (650) 752-2000
Facsimile:   (650) 752-2111
Email:  matthew.lehr@dpw.com
         suong.nguyen@dpw.com
         gemma.suh@dpw.com

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on August 6, 2008, at Irvine, California.

                              s/James W. Geriak
                                James W. Geriak