| | |
|---|---|
| 1 | JAMES W. GERIAK (STATE BAR NO. 32871) |
|   | jgeriak@orrick.com |
| 2 | ALLAN W. JANSEN (STATE BAR NO. 81992) |
|   | ajansen@orrick.com |
| 3 | MARK STIRRAT (STATE BAR NO. 229448) |
|   | mstirrat@orrick.com |
| 4 | ORRICK, HERRINGTON & SUTCLIFFE LLP |
|   | 4 Park Plaza, Suite 1600 |
| 5 | Irvine, CA  92614-2558 |
|   | Telephone:     (949) 567-6700 |
| 6 | Facsimile:      (949) 567-6710 |

Attorneys for Defendant
NEW STAR LASERS, INC. d/b/a COOLTOUCH, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| VNUS MEDICAL TECHNOLOGIES, INC., | Case No. C08-03129-JCS |
| Plaintiff, | **CERTIFICATION OF INTERESTED ENTITIES OR PERSONS** |
| v. | |
| BIOLITEC, INC., DORNIER MEDTECH AMERICA, INC., and NEW STAR LASERS, INC. d/b/a COOLTOUCH, INC., DAVID S. CENTANNI, and TYRELL L. SCHIEK. | |
| Defendants. | |
| NEW STAR LASERS, INC. d/b/a COOLTOUCH, INC., | |
| Counterclaimant, | |
| v. | |
| VNUS MEDICAL TECHNOLOGIES, INC., | |
| Counterdefendant. | |

Pursuant to Civil L.R. 3-16, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in the subject matter or in a party that could be substantially affected by the outcome of this proceeding:

1. New Star Lasers, Inc.
2. CoolTouch, Inc., a d/b/a of New Star Lasers, Inc.

Dated: August 6, 2008

Respectfully submitted,

ORRICK, HERRINGTON & SUTCLIFFE LLP

By      /James W. Geriak
JAMES W. GERIAK
ALLAN W. JANSEN
MARK STIRRAT
Attorneys for Defendant
NEW STAR LASERS, INC.
d/b/a COOLTOUCH, INC.

1 **CERTIFICATE OF ELECTRONIC SERVICE**

2     I hereby certify that on August 6, 2008, I electronically filed the foregoing

3 document with the Clerk of the Court using the CM/ECF system, which will send electronic

4 notification of such filing to the following individual(s):

5 Matthew B. Lehr
Diem-Suong T. Nguyen
6 Chung G. Suh
DAVIS POLK & WARDWELL
7 1600 El Camino Real
Menlo Park, CA 94025
8 Telephone:  (650) 752-2000
Facsimile:   (650) 752-2111
9 Email:  matthew.lehr@dpw.com
        suong.nguyen@dpw.com
10         gemma.suh@dpw.com

11

12     I declare under penalty of perjury under the laws of the State of California

13 that the foregoing is true and correct.

14     Executed on August 6, 2008, at Irvine, California.

15

16                                 s/James W. Geriak
                                  James W. Geriak

17

18

19

20

21

22

23

24

25

26

27

28