1  Matthew B. Lehr (Bar No. 213139)
   Diem-Suong T. Nguyen (Bar No. 237557)
2  Chung G. Suh (Bar No. 244889)
   DAVIS POLK & WARDWELL
3  1600 El Camino Real
   Menlo Park, California  94025
4  Telephone:  (650) 752-2000
   Facsimile:   (650) 752-2111
5
   Attorneys for Plaintiff
6  VNUS Medical Technologies, Inc.
7
                    UNITED STATES DISTRICT COURT
8
              FOR THE NORTHERN DISTRICT OF CALIFORNIA
9
                       SAN FRANCISCO DIVISION
10

11 | VNUS MEDICAL TECHNOLOGIES, INC.,   )   CASE NO. C08-03129 MMC
                                       )
12 |                        Plaintiff,  )   **STIPULATION AND [PROPOSED**
                                       )   **ORDER] FOR VNUS TO FILE SECOND**
13 |        v.                          )   **AMENDED COMPLAINT**
                                       )
14 | BIOLITEC, INC., DORNIER MEDTECH    )
     AMERICA, INC., and NEW STAR LASERS,)
15 | INC. d/b/a COOLTOUCH, INC., DAVID S.)
     CENTANNI, and TYRELL L. SCHIEK    )
16 |                                    )
                        Defendants.     )
17                                      )

1  Pursuant to Rule 15(a)(2) of the Federal Rules of Civil Procedure, Plaintiff VNUS Medical Technologies, Inc. ("VNUS") and Defendants biolitec, Inc. ("biolitec") and New Star Lasers, Inc. d/b/a CoolTouch, Inc. ("CoolTouch") stipulate as follows:

WHEREAS VNUS filed a complaint against Defendants biolitec, Dornier MedTech America, Inc., CoolTouch, David S. Centanni and Tyrell L. Schiek (collectively "Defendants") in the above-captioned action on June 27, 2008 and filed a First Amended Complaint on July 10, 2008.

WHEREAS VNUS served biolitec and CoolTouch with the First Amended Complaint on July 11, 2008 and July 23, 2008, respectively.

WHEREAS CoolTouch filed an answer and counterclaims against VNUS in response to the First Amended Complaint on August 6, 2008.

WHEREAS pursuant to Rule 15(a)(2) of the Federal Rules of Civil Procedure, VNUS has requested consent from biolitec and CoolTouch—the only Defendants that have been served to date in this action—to file a second amended complaint adding allegations of infringement of U.S Patent No. 7,406,970, which is the recently issued continuation of one of the original patents-in-suit.

NOW THEREFORE, by and through their respective counsel of record, the undersigned parties stipulate that VNUS may file the Second Amended Complaint, attached hereto as Exhibit A and lodged concurrently herewith.

Dated: August 15, 2008

ATTORNEYS FOR PLAINTIFF
VNUS MEDICAL TECHNOLOGIES, INC.

  /s/ Matthew B. Lehr
Matthew B. Lehr (Bar No. 213139)
Diem-Suong T. Nguyen (Bar No. 237557)
Chung G. Suh (Bar No. 244889)
DAVIS POLK & WARDWELL
1600 El Camino Real
Menlo Park, CA  94025
(650) 752-2000/(650) 752-2111 (fax)
nguyen@dpw.com

1

STIPULATION AND [PROPOSED] ORDER FOR VNUS TO FILE
SECOND AMENDED COMPLAINT – CASE NO. C08-03129 MMC

| | | |
|---|---|---|
| 1 | Dated:  August 15, 2008 | ATTORNEYS FOR DEFENDANT BIOLITEC, INC. |
| 2 | | |
| 3 | |   /s/ Michael N. Rader |
| 4 | | Michael A. Albert<br>Michael N. Rader |
| 5 | | WOLF, GREENFIELD & SACKS, P.C.<br>600 Atlantic Avenue |
| 6 | | Boston, MA 02210<br>(617) 720-3500/(617) 720-2441 (fax) |
| 7 | | mrader@wolfgreenfield.com |
| 8 | Dated:  August 15, 2008 | ATTORNEYS FOR DEFENDANT NEW STAR LASERS, INC. d/b/a |
| 9 | | COOLTOUCH, INC. |
| 10 | |   /s/ James W. Geriak |
| 11 | | James W. Geriak (Bar No. 32871)<br>Allan W. Jansen (Bar No. 81992) |
| 12 | | Mark Stirrat (Bar No. 229448)<br>ORRICK, HERRINGTON & SUTCLIFFE LLP |
| 13 | | 4 Park Plaza, Suite 1600<br>Irvine, CA 92614-2558 |
| 14 | | (949) 567-6700/(949) 567-6710 (fax)<br>jgeriak@orrick.com |

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated:  August 18, 2008

*/s/ Maxine M. Chesney*
MAXINE M. CHESNEY
United States District Judge

STIPULATION AND [PROPOSED] ORDER FOR VNUS TO FILE
SECOND AMENDED COMPLAINT – CASE NO. C08-03129 MMC