Matthew B. Lehr (Bar No. 213139)
Diem-Suong T. Nguyen (Bar No. 237557)
Chung G. Suh (Bar No. 244889)
DAVIS POLK & WARDWELL
1600 El Camino Real
Menlo Park, California 94025
Telephone: (650) 752-2000
Facsimile: (650) 752-2111

Attorneys for Plaintiff
VNUS Medical Technologies, Inc.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| VNUS MEDICAL TECHNOLOGIES, INC., <br><br>Plaintiff, <br><br>v. <br><br>BIOLITEC, INC., DORNIER MEDTECH AMERICA, INC., and NEW STAR LASERS, INC. d/b/a COOLTOUCH, INC., DAVID S. CENTANNI, and TYRELL L. SCHIEK <br><br>Defendants. | CASE NO. C08-03129 MMC <br><br>**STIPULATION AND [PROPOSED] ORDER TO ADJOURN DEADLINE FOR PLAINTIFF VNUS MEDICAL TECHNOLOGIES, INC. TO RESPOND TO COUNTERCLAIMS** |

1  Pursuant to Civil L.R. 6-2, Plaintiff VNUS Medical Technologies, Inc. ("VNUS") and
2  Defendant New Star Lasers, Inc. d/b/a CoolTouch, Inc. ("CoolTouch") have conferred and
3  respectfully request that the time for VNUS to respond to CoolTouch's counterclaims be adjourned
4  for the following reasons:
5  WHEREAS VNUS filed a complaint against Defendants biolitec, Dornier MedTech
6  America, Inc., CoolTouch, David S. Centanni and Tyrell L. Schiek (collectively "Defendants") in
7  the above-captioned action on June 27, 2008 and filed a First Amended Complaint on July 10,
8  2008.
9  WHEREAS VNUS served biolitec and CoolTouch with the First Amended Complaint on
10  July 11, 2008 and July 23, 2008, respectively.
11  WHEREAS CoolTouch filed an answer and counterclaims against VNUS in response to the
12  First Amended Complaint on August 6, 2008.
13  WHEREAS pursuant to Rule 15(a)(2) of the Federal Rules of Civil Procedure, VNUS
14  obtained a stipulation from biolitec and CoolTouch—the only Defendants that have been served to
15  date in this action—to file a second amended complaint adding allegations of infringement of U.S.
16  Patent No. 7,406,970, which is the recently issued continuation of one of the original patents-in-
17  suit. The Court has approved the stipulation and granted VNUS leave to file its Second Amended
18  Complaint. (D.I. 21).
19  WHEREAS in view of the expected amendment, VNUS has requested an adjournment of its
20  time to answer CoolTouch's counterclaims until after CoolTouch has responded to the Second
21  Amended Complaint, and CoolTouch has consented to the requested adjournment.
22  WHEREAS such adjournment will not alter the date of any event or any deadline already
23  fixed by Court order.
24  NOW THEREFORE, by and through their respective counsel, the undersigned parties
25  respectfully request that the Court adjourn the deadline for VNUS to respond to CoolTouch's
26  counterclaims from August 26, 2008 to ten (10) days after service of CoolTouch's response to the
27  Second Amended Complaint, in accordance with Rule 15(a)(3) of the Federal Rules of Civil
28  Procedure.

STIPULATION AND [PROPOSED] ORDER TO ADJOURN DEADLINE
TO RESPOND TO COUNTERCLAIMS – CASE NO. C08-03129 MMC

| | | |
|---|---|---|
| 1 | Dated: August 18, 2008 | ATTORNEYS FOR PLAINTIFF<br>VNUS MEDICAL TECHNOLOGIES, INC. |
| 2 | | |
| 3 | | /s/ Suong T. Nguyen<br>Matthew B. Lehr (Bar No. 213139) |
| 4 | | Diem-Suong T. Nguyen (Bar No. 237557)<br>Chung G. Suh (Bar No. 244889) |
| 5 | | DAVIS POLK & WARDWELL<br>1600 El Camino Real |
| 6 | | Menlo Park, CA 94025<br>(650) 752-2000/(650) 752-2111 (fax) |
| 7 | | nguyen@dpw.com |
| 8 | Dated: August 18, 2008 | ATTORNEYS FOR DEFENDANT<br>NEW STAR LASERS, INC. d/b/a<br>COOLTOUCH, INC. |

 /s/ James W. Geriak
 James W. Geriak (Bar No. 32871)
 Allan W. Jansen (Bar No. 81992)
 Mark Stirrat (Bar No. 229448)
 ORRICK, HERRINGTON & SUTCLIFFE LLP
 4 Park Plaza, Suite 1600
 Irvine, CA 92614-2558
 (949) 567-6700/(949) 567-6710 (fax)
 jgeriak@orrick.com

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: _____, 2008

_____
MAXINE M. CHESNEY
United States District Judge

2
STIPULATION AND [PROPOSED] ORDER TO ADJOURN DEADLINE
TO RESPOND TO COUNTERCLAIMS – CASE NO. C08-03129 MMC