HOWARD A. SLAVITT (State Bar No. 172840)
COBLENTZ, PATCH, DUFFY & BASS LLP
One Ferry Building, Suite 200
San Francisco, California 94111-4213
Telephone: 415.391.4800
Facsimile: 415.989.1663
Email:   ef-has@cpdb.com

Attorneys for Defendant and Counterclaimant,
BIOLITEC, INC.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| VNUS MEDICAL TECHNOLOGIES, INC., <br><br> Plaintiff, <br><br> v. <br><br> BIOLITEC, INC., DORNIER MEDTECH AMERICA, INC., and NEW STAR LASERS, INC. d/b/a COOLTOUCH, INC., DAVID S. CENTANNI, and TYRELL L. SCHIEK, <br><br> Defendant. <br><br> AND RELATED COUNTERCLAIMS. | Case No. C 08-03129 MMC <br><br> **DISCLOSURE OF NON-PARTY INTERESTED ENTITIES OR PERSONS** |

Pursuant to Civil L.R. 3-16(c), the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

///

///

///

1  biolitec AG, which is located in Jena, Germany.

2  DATED: September 2, 2008          COBLENTZ, PATCH, DUFFY & BASS LLP

4  By: _____/s/_____
   Howard A. Slavitt
5  Attorneys for Defendant and Counterclaimant,
   BIOLITEC, INC.

COBLENTZ, PATCH, DUFFY & BASS LLP
ONE FERRY BUILDING, SUITE 200, SAN FRANCISCO, CALIFORNIA 94111-4213
415.391.4800 · FAX 415.989.1663

13602.001.947352v1                    2                    Case No. C 08-03129 MMC

**DISCLOSURE OF NON-PARTY INTERESTED ENTITIES OR PERSONS**