1  Matthew B. Lehr (Bar No. 213139)
   Suong T. Nguyen (Bar No. 237557)
2  Chung G. Suh (Bar No. 244889)
   DAVIS POLK & WARDWELL
3  1600 El Camino Real
   Menlo Park, California  94025
4  Telephone: (650) 752-2000
   Facsimile:  (650) 752-2111
5
   Attorneys for Plaintiff
6  VNUS Medical Technologies, Inc.

7
                  UNITED STATES DISTRICT COURT
8
              FOR THE NORTHERN DISTRICT OF CALIFORNIA
9
                      SAN FRANCISCO DIVISION
10

11 | VNUS MEDICAL TECHNOLOGIES, INC.,         ) CASE NO. C08-03129 MMC
   |                                          )
12 |                 Plaintiff,                )
   |                                          ) **PROOF OF SERVICE BY**
13 |           v.                              ) **SUBSTITUTED SERVICE & MAILING**
   |                                          ) **(PURSUANT TO CALIFORNIA CCP**
14 |                                          ) **415.20 B)**
   | BIOLITEC, INC., DORNIER MEDTECH          )
15 | AMERICA, INC., NEW STAR LASERS,          )
   | INC. d/b/a/COOLTOUCH, INC., DAVID S.     ) **SEE ATTACHED**
16 | CENTANNI, and TYRELL L. SCHIEK           )
   |                                          )
17 |                 Defendants.               )
   |                                          ) Judge: The Honorable Maxine M. Chesney
18 |                                          )
   |                                          )
19 |_____)

CERTIFICATE OF SERVICE
CASE NO. C08-03129 MMC

| Attorney or Party without Attorney: <br> Law Offices Of: DAVIS POLK & WARDWELL <br> 1600 EL CAMINO REAL <br> Menlo Park, CA 94025 <br> Telephone No: 650-752-2000   FAX No: 650-752-2111 | For Court Use Only |
|---|---|
| Attorney for: Plaintiff | Ref. No. or File No.: 21368/004 |

Insert name of Court, and Judicial District and Branch Court:
United States District Court, Northern District Of California

Plaintiff: VNUS MEDICAL TECHNOLOGIES, INC.
Defendant: TYRELL L. SCHIEK

| PROOF OF SERVICE SUMMONS IN A CIVIL | Hearing Date: Fri, Oct. 17, 2008 | Time: 10:30AM | Dept/Div: 7 | Case Number: CV-08-3129 JCS |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons In A Civil Action; Civil Cover Sheet; Complaint For Patent Infringement And Demand For Jury Trial; First Amended Complaint For Patent Infringement And Demand For Jury Trial; Plantiff Vnus Medical Technologies, Inc.'s Rule 7.1 Corporate Disclosure Statement And Civil Local Rule 3-16 Certification Of Interested Entities Or Persons; Declination To Proceed Before A Magistrate Judge And Request For Reassignment To A United States Judge; Us District Court For The Northern District Of California-Ecf Registration Information Handout; Reassignment Order; Standing Orders For Civil Cases Assigned To The Honorable Maxine M. Chesney; Case Management Conference Order; Standing Order For All Judges Of The Northern District Of California; Second Amended Complaint.

3. a. Party served:     TYRELL L. SCHIEK
   b. Person served:    SEE ITEM 5.b.

4. Address where the party was served:   901 YALE ST
                                         HOUSTON, TX 77008

5. I served the party:
   b. by substituted service. On: Fri., Aug. 29, 2008 at: 11:46AM I left the documents listed in item 2 with or in the presence of:
      ANGEL CORTIO, EMPLOYEE
      (1) (Business) A person in charge at least 18 years of age apparently in charge of the office or usual place of business of the person served. I informed him or her of the general nature of the papers.
      (4) A declaration of mailing is attached.

7. Person Who Served Papers:
   a. MARCOS LARDIZABAL
   
   d. The Fee for Service was:
   e. I am:
      (i) Independent Contractor

   Recoverable Cost Per CCP 1033.5(a)(4)(B)

A & A LEGAL SERVICE
1541 Bayshore Hwy.   GENERAL@AALEGALSERVICE.COM
Burlingame, CA 94010-1602   Fax (650) 697-4640
(650) 697-9431

8. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: Thu, Sep. 04, 2008

Judicial Council Form
Rule 2.150.(a)&(b) Rev January 1, 2007

PROOF OF SERVICE
SUMMONS IN A CIVIL

(MARCOS LARDIZABAL)   7522000.47838

| Attorney or Party without Attorney: | | | | | For Court Use Only |
|---|---|---|---|---|---|
| Law Offices Of: DAVIS POLK & WARDWELL<br>1600 EL CAMINO REAL<br>Menlo Park, CA 94025<br>Telephone No: 650-752-2000   FAX No: 650-752-2111 | | | | | |
| Attorney for: Plaintiff | | | Ref. No or File No.:<br>21368/004 | | |
| Insert name of Court, and Judicial District and Branch Court:<br>United States District Court, Northern District Of California | | | | | |
| Plaintiff: VNUS MEDICAL TECHNOLOGIES, INC. | | | | | |
| Defendant: TYRELL L. SCHIEK | | | | | |
| **PROOF OF SERVICE**<br>**By Mail** | Hearing Date:<br>Fri, Oct. 17, 2008 | Time:<br>10:30AM | Dept/Div:<br>7 | Case Number:<br>CV-08-3129 JCS | |

1. I am over the age of 18 and not a party to this action. I am employed in the county where the mailing occurred.

2. I served copies of the Summons In A Civil Action; Civil Cover Sheet; Complaint For Patent Infringement And Demand For Jury Trial; First Amended Complaint For Patent Infringement And Demand For Jury Trial; Plantiff Vnus Medical Technologies, Inc.'s Rule 7.1 Corporate Disclosure Statement And Civil Local Rule 3-16 Certification Of Interested Entities Or Persons; Declination To Proceed Before A Magistrate Judge And Request For Reassignment To A United States Judge; Us District Court For The Northern District Of California-Ecf Registration Information Handout; Reassignment Order; Standing Orders For Civil Cases Assigned To The Honorable Maxine M. Chesney; Case Management Conference Order; Standing Order For All Judges Of The Northern District Of California; Second Amended Complaint.

3. By placing a true copy of each document in the United States mail, in a sealed envelope by **First Class** mail with postage prepaid as follows:

   a. Date of Mailing:          Tue., Sep. 02, 2008
   b. Place of Mailing:         BURLINGAME, CA 94010
   c. Addressed as follows:     TYRELL L. SCHIEK
                                901 YALE ST
                                HOUSTON, TX 77008

4. I am readily familiar with the business practice for collection and processing of correspondence as deposited with the U.S. Postal Service on Tue., Sep. 02, 2008 in the ordinary course of business.

5. Person Serving:                                          Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. GLORIA MADERA                              d. **The Fee** for Service was:
   b. A & A LEGAL SERVICE                        e. I am: (3) registered California process server
      1541 Bayshore Hwy.                            (i)   Employee
      BURLINGAME, CA 94010                          (ii)  Registration No.:      810
   c. (650)697-9431, FAX (650)697-4640              (iii) County:                San Francisco

8. *I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.*

Date: Thu, Sep. 04, 2008

*(signature)* (GLORIA MADERA)

Judicial Council Form                    PROOF OF SERVICE                              7522000.47838
Rule 2.150.(a)&(b) Rev January 1, 2007        By Mail

| Attorney or Party without Attorney: | | | | For Court Use Only |
|---|---|---|---|---|
| Law Offices Of: DAVIS POLK & WARDWELL<br>1600 EL CAMINO REAL<br>Menlo Park, CA 94025 | | | | |
| Telephone No: 650-752-2000  FAX No: 650-752-2111 | | Ref. No or File No.:<br>21368/004 | | |
| Insert name of Court, and Judicial District and Branch Court:<br>United States District Court, Northern District Of California | | | | |
| Plaintiff: VNUS MEDICAL TECHNOLOGIES, INC.<br>Defendant: TYRELL L. SCHIEK | | | | |
| AFFIDAVIT OF<br>REASONABLE DILIGENCE | Hearing Date:<br>Fri, Oct. 17, 2008 | Time:<br>10:30am | Dept/Div:<br>7 | Case Number:<br>CV-08-3129 JCS |

1. I, MARCOS LARDIZABAL, and any employee or independent contractors retained by A & A LEGAL SERVICE are and were on the dates mentioned herein over the age of eighteen years and not a party to this action. Personal service was attempted on Defendant TYRELL L. SCHIEK as follows:

2. Documents: Summons In A Civil Action; Civil Cover Sheet; Complaint For Patent Infringement And Demand For Jury Trial; First Amended Complaint For Patent Infringement And Demand For Jury Trial; Plantiff Vnus Medical Technologies, Inc.'s Rule 7.1 Corporate Disclosure Statement And Civil Local Rule 3-16 Certification Of Interested Entities Or Persons; Declination To Proceed Before A Magistrate Judge And Request For Reassignment To A United States Judge; Us District Court For The Northern District Of California-Ecf Registration Information Handout; Reassignment Order; Standing Orders For Civil Cases Assigned To The Honorable Maxine M. Chesney; Case Management Conference Order; Standing Order For All Judges Of The Northern District Of California; Second Amended Complaint.

| Day | Date | Time | Location | Results |
|---|---|---|---|---|
| Fri | 08/22/08 | 3:07pm | Business | PER MALE, SUBJECT WAS NOT AVAILABLE. Attempt made by: MARCOS LARDIZABAL. Attempt at: 901 YALE ST HOUSTON TX. 77008. |
| Wed | 08/27/08 | 4:45pm | Business | BUSINESS WAS CLOSED. DOOR WAS LOCKED. NO HOURS POSTED. Attempt made by: MARCOS LARDIZABAL. Attempt at: 901 YALE ST HOUSTON TX. 77008. |
| Fri | 08/29/08 | 11:46am | Business | SUBJECT WAS NOT AVAILABLE. SUBSTITUTE SERVICE WAS MADE AT THE GIVEN ADDRESS ON EMPLOYEE ANGEL CORTIO. Attempt made by: MARCOS LARDIZABAL. Attempt at: 901 YALE ST HOUSTON TX. 77008. |

3. Person Executing
   a. MARCOS LARDIZABAL
   b. A & A LEGAL SERVICE
      1541 Bayshore Hwy.
      BURLINGAME, CA 94010
   c. (650)697-9431, FAX (650)697-4640

Recoverable Costs Per CCP 1033.5(a)(4)(B)
   d. The Fee for service was:
   e. I am:
      (i) Independent Contractor

4. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: Thu, Sep. 04, 2008     AFFIDAVIT OF REASONABLE DILIGENCE  (MARCOS LARDIZABAL)    7522000.47838