| | |
|---|---|
| 1 | JAMES W. GERIAK (State Bar No. 32871) |
|  | jgeriak@orrick.com |
| 2 | ALLAN W. JANSEN (State Bar No. 81992) |
|  | ajansen@orrick.com |
| 3 | MARK STIRRAT (State Bar No. 229448) |
|  | mstirrat@orrick.com |
| 4 | ORRICK, HERRINGTON & SUTCLIFFE LLP |
|  | 4 Park Plaza, Suite 1600 |
| 5 | Irvine, CA  92614-2558 |
|  | Telephone:    (949) 567-6700 |
| 6 | Facsimile:      (949) 567-6710 |

Attorneys for Defendant
NEWSTAR LASERS, INC. d/b/a COOLTOUCH, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| , | Case No.  C08-03129-MMC |
|---|---|
| VNUS MEDICAL TECHNOLOGIES, INC., | **STIPULATION TO EXTEND TIME TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT PURSUANT TO LOCAL RULE 6-1(a)** |
| v. | |
| BIOLITEC, INC., DORNIER MEDTECH AMERICA, INC., and NEW STAR LASERS, INC. d/b/a COOLTOUCH, INC., DAVID S. CENTANNI, and TYRELL L. SCHIEK | |

OHS West:260508839.1

STIPULATION TO EXTEND TIME TO ANSWER
COMPLAINT PURSUANT TO LOCAL RULE 6-1(A)
C08-03129-MMC

1  WHEREAS, defendant New Star Lasers, Inc. d/b/a Cooltouch, Inc. ("Cooltouch")
2  currently has until September 5, 2008, to answer or otherwise respond to the Second Amended
3  Complaint filed August 18, 2008, by plaintiff VNUS Medical Technologies, Inc. ("VNUS") in
4  the above-entitled action ("Second Amended Complaint");
5  WHEREAS, this is Cooltouch's first request for an extension of time to answer or
6  otherwise respond to the Second Amended Complaint; and
7  WHEREAS, a one week extension of time to answer or otherwise respond to the Second
8  Amended Complaint will not alter the date of any event or any deadline already fixed by Court
9  order;
10  NOW THEREFORE, the parties, through their respective counsel of record, hereby agree
11  pursuant to Local Rule 6-1(a) to an extension of time for Cooltouch to answer or otherwise
12  respond to the Second Amended Complaint in the above-entitled action to September 12, 2008.

Dated: September 5, 2008          ORRICK, HERRINGTON & SUTCLIFFE LLP


By:  /s/ James W. Geriak
         James W. Geriak
         Allan W. Jansen
         Mark Stirrat
         Attorneys for Defendant
         NEW STAR LASERS, INC.
         d/b/a COOLTOUCH, INC.

Dated: September 5, 2008          DAVIS POLK & WARDWELL


By:  /s/ Matthew B. Lehr
         Matthew B. Lehr
         Diem-Suong T. Nguyen
         Chung G. Suh
         Attorney for Plaintiff
         VNUS MEDICAL TECHNOLOGIES, INC.

I hereby attest that I have on file written permission to sign this stipulation from all parties whose signatures are indicated by a "conformed" signature (/s/) within this efiled document.

 /s/ James W. Geriak
James W. Geriak

## **CERTIFICATE OF ELECTRONIC SERVICE**

I hereby certify that on September 5, 2008, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send electronic notification of such filing to the following individuals:

Matthew B. Lehr
Diem-Suong T. Nguyen
Chung G. Suh
DAVIS POLK & WARDWELL
1600 El Camino Real
Menlo Park, CA  94025
Telephone:     (650) 752-2000
Facsimile:      (650) 752-2111
Email:  matthew.lehr@dpw.com
            suong.nguyen@dpw.com
            gemma.suh@dpw.com

Howard A. Slavitt
COBLENTZ, PATCH, DUFFY & BASS LLP
One Ferry Building, Suite 200
San Francisco, CA  94111-4213
Telephone:     (415) 391-4800
Facsimile:      (415) 989-1663
Email: ef-has@cpdb.com

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on September 5, 2008, at Irvine, California

                                                      /s/ James W. Geriak
                                                         James W. Geriak