UNITED STATES DISTRICT COURT

Northern District of California

VNUS MEDICAL TECHNOLOGIES, INC.

CASE NO.  08-03129 MMC

~~(Proposed)~~
**ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE***

Plaintiff(s),

v.

BIOLITEC, INC. ET AL.,

Defendant(s).
                                                              /

Michael Albert                              , an active member in good standing of the bar of

Massachusetts                                     whose business address and telephone number

(particular court to which applicant is admitted)

is

Wolf, Greenfield & Sacks, P.C.
600 Atlantic Avenue, Boston, MA 02210
(617) 646-8000

having applied in the above-entitled action for admission to practice in the Northern District of

California on a *pro hac vice* basis, representing biolitec, Inc.

IT IS HEREBY ORDERED THAT  the application is granted, subject to the terms and

conditions of Civil L.R. 11-3. All papers filed by the attorney must indicated appearance *pro hac*

*vice*. Service of papers upon and communication with co-counsel designated in the application will

constitute notice to the party. All future filings in this action are subject to the requirements

contained in General Order No. 45, *Electronic Case Filing.*

Dated:  September 15, 2008

United States District        Judge
Maxine M. Chesney