UNITED STATES DISTRICT COURT
For the Northern District of California

UNITED STATES  DISTRICT COURT

Northern District of California

VNUS MEDICAL TECHNOLOGIES, INC.

              Plaintiff(s),

      v.

BIOLITEC, INC. ET AL.,

              Defendant(s).
_____/

CASE NO.  08-03129 MMC

(Proposed)
ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY
*PRO HAC VICE*

Charles T. Steenburg , an active member in good standing of the bar of

Massachusetts whose business address and telephone number

(particular court to which applicant is admitted)

is

Wolf, Greenfield & Sacks, P.C.
600 Atlantic Avenue, Boston, MA 02210
(617) 646-8000 ,

having applied in the above-entitled action for admission to practice in the Northern District of

California on a *pro hac vice* basis, representing biolitec, Inc. .

      IT IS HEREBY ORDERED THAT  the application is granted, subject to the terms and

conditions of Civil L.R. 11-3. All papers filed by the attorney must indicated appearance *pro hac*

*vice*. Service of papers upon and communication with co-counsel designated in the application will

constitute notice to the party. All future filings in this action are subject to the requirements

contained in General Order No. 45, *Electronic Case Filing*.

Dated:   September 15, 2008

_____
United States District      Judge
Maxine M. Chesney