UNITED STATES DISTRICT COURT

Northern District of California

VNUS MEDICAL TECHNOLOGIES, INC.

                      Plaintiff(s),

v.

BIOLITEC, INC. ET AL.,

                      Defendant(s).

CASE NO. 08-03129 MMC

~~(Proposed)~~
ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

Michael N. Rader, an active member in good standing of the bar of Massachusetts whose business address and telephone number (particular court to which applicant is admitted) is

Wolf, Greenfield & Sacks, P.C.
600 Atlantic Avenue, Boston, MA 02210
(617) 646-8000

having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing biolitec, Inc.

      IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicated appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: September 15, 2008

                                                    United States District Judge
                                                    Maxine M. Chesney

UNITED STATES DISTRICT COURT
For the Northern District of California