JAMES W. GERIAK (State Bar No. 32871)
jgeriak@orrick.com
ALLAN W. JANSEN (State Bar No. 81992)
ajansen@orrick.com
ROBERT W. DICKERSON (State Bar No. 89367)
rdickerson@orrick.com
MARK STIRRAT (State Bar No. 229448)
mstirrat@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
4 Park Plaza, Suite 1600
Irvine, CA 92614-2558
Telephone: (949) 567-6700
Facsimile: (949) 567-6710

Attorneys for Defendant
NEW STAR LASERS, INC. d/b/a COOLTOUCH, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| VNUS MEDICAL TECHNOLOGIES, INC.,<br><br>v.<br><br>BIOLITEC, INC., DORNIER MEDTECH AMERICA, INC., and NEW STAR LASERS, INC. d/b/a COOLTOUCH, INC., DAVID S. CENTANNI, and TYRELL L. SCHIEK | Case No. C08-03129-MMC<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE**<br><br>AND ORDER SETTING DEADLINE TO SERVE DEFENDANT DORNIER MEDTECH AMERICA, INC. |

OHS West:260509089.1

1  WHEREAS, a Case Management Conference is scheduled to take place on October 17, 2008, at 10:30 a.m., in Courtroom No. 7;

3  WHEREAS, lead counsel for defendant New Star Lasers, Inc. d/b/a Cooltouch, Inc. ("Cooltouch") will be out of the country on October 17, 2008;

5  WHEREAS, counsel for defendant biolitec, Inc. ("biolitec") will be unavailable until after November 7, 2008 as a result of an order received on September 17, 2008 in *Keurig, Inc. v. Kraft Foods Global, Inc.* (D. Del. Civil Action No. 07-0017 GMS) ("Keurig") rescheduling trial to begin on October 30, 2008 and end on November 6, 2008.  Trial had previously been scheduled to begin on October 23 and end on October 30.  The three attorneys from Wolf, Greenfield & Sacks who have entered appearances on behalf of biolitec are all involved in the Keurig trial;

11  WHEREAS, the Court has indicated that November 14, 2008 is available for the Case Management Conference;

13  NOW THEREFORE, plaintiff VNUS Medical Technologies, Inc. and defendants Cooltouch and biolitec, through their respective counsel of record, hereby stipulate, agree, and jointly apply to the Court for an Order in the above-entitled action continuing the Case Management Conference from October 17, 2008 to **November 14, 2008, at 10:30 a.m., in Courtroom No. 7.**  Defendants Dornier Medtech America, Inc., David S. Centanni, and Tyrell L. Schiek have not yet appeared in this matter.

Dated: September 19, 2008

ORRICK, HERRINGTON & SUTCLIFFE LLP


By: ___/s/ James W. Geriak_____
James W. Geriak
Allan W. Jansen
Robert W. Dickerson
Mark Stirrat
Attorneys for Defendant
NEW STAR LASERS, INC.
d/b/a COOLTOUCH, INC.

| | |
|---|---|
| 1   Dated: September 19, 2008 | DAVIS POLK & WARDWELL |

By:   /s/ Matthew B. Lehr
Matthew B. Lehr
Diem-Suong T. Nguyen
Chung G. Suh
Attorney for Plaintiff
VNUS MEDICAL TECHNOLOGIES, INC.

Dated: September 19, 2008              COBLENTZ, PATCH, DUFFY & BASS, LLP


By:   /s/ Howard A. Slavitt
Howard A. Slavitt
Attorney for Defendant
BIOLITEC, INC.


I hereby attest that I have on file written permission to sign this stipulation from all parties whose signatures are indicated by a "conformed" signature (/s/) within this efiled document.

Dated: September 19, 2008              ORRICK, HERRINGTON & SUTCLIFFE LLP


By:   /s/ James W. Geriak
James W. Geriak
Allan W. Jansen
Robert W. Dickerson
Mark Stirrat
Attorneys for Defendant
NEW STAR LASERS, INC.
d/b/a COOLTOUCH, INC.

1  **[PROPOSED] ORDER**

2  The Court, having considered the above stipulation of plaintiff VNUS Medical

3  Technologies, Inc. and defendants New Star Lasers, Inc. d/b/a Cooltouch, Inc. and biolitec, Inc.,

4  and good cause appearing, hereby ORDERS:

5  1. The Case Management Conference currently scheduled for October 17,

6  2008 is vacated.

7  2. The Case Management Conference will be held on November 14, 2008.

8  Further, plaintiff is hereby ORDERED to serve defendant Dornier Medtech

9  America, Inc., no later than October 27, 2008.

11  IT IS SO ORDERED.

13  Dated: September 22, 2008

_____
MAXINE M. CHESNEY
United States District Court Judge

OHS West:260509089.1

STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE  (C08-03129-MMC)