LISA KOBIALKA, Bar No. 191404
(lkobialka@kslaw.com)
SEAN M. BOYLE, Bar No. 238128
(sboyle@kslaw.com)
KING & SPALDING LLP
1000 Bridge Parkway, Suite 100
Redwood City, CA 94065
Telephone: (650) 590-0700
Facsimile: (650) 590-1900

A. SHANE NICHOLS (*pro hac vice* pending)
(snichols@kslaw.com)
RICHARD W. MILLER (*pro hac vice* pending)
(rmiller@kslaw.com)
KING & SPALDING LLP
1180 Peachtree Street, N.E.
Atlanta, Georgia 30309-3521
Telephone: (404) 572-4600
Facsimile: (404) 572-5100

Attorneys for Defendant
DORNIER MEDTECH AMERICA, INC.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| VNUS MEDICAL TECHNOLOGIES, INC., <br><br>Plaintiff, <br><br>v. <br><br>BIOLITEC, INC., DORNIER MEDTECH AMERICA, INC., and NEW STAR LASERS, INC. d/b/a COOLTOUCH, INC., DAVID S. CENTANNI, and TYRELL L. SCHIEK, <br><br>Defendants. | Case No. C08-03129 MMC <br><br>[PROPOSED] ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE* |

[PROPOSED] ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

Case No. C08-03129 MMC

1  A. Shane Nichols, who is an active member in good standing of the bar of the District Court for

2  the Northern District of Georgia and whose business address and telephone number is:

3      King & Spalding LLP
    1180 Peachtree Street, N.E.
4      Atlanta, Georgia 30309-3521
    Telephone: (404) 572-4600
5      Facsimile: (404) 572-5100

6  having applied in the above-entitled action for admission to practice in the Northern District of

7  California on a *pro hac vice* basis, representing Dornier MedTech America, Inc.

8

9      IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and

10  conditions of Civil Local Rule 11-3. All papers filed by the attorney must indicate appearance *pro*

11  *hac vice*. Service of papers upon and communication with co-counsel designated in the

12  application will constitute notice to the party. All future filings in this action are subject to the

13  requirements contained in General Order No. 45, *Electronic Case Filing*.

14

15

16  Dated:  October 30, 2008

17                                                            */s/ Maxine M. Chesney*

18                                                            U.S.D.J. Maxine M. Chesney

-2-

28  [PROPOSED] ORDER GRANTING APPLICATION                              Case No. C08-03129 MMC
    FOR ADMISSION OF ATTORNEY *PRO HAC VICE*