LISA KOBIALKA, Bar No. 191404
(lkobialka@kslaw.com)
SEAN M. BOYLE, Bar No. 238128
(sboyle@kslaw.com)
KING & SPALDING LLP
1000 Bridge Parkway, Suite 100
Redwood City, CA 94065
Telephone: (650) 590-0700
Facsimile: (650) 590-1900

A. SHANE NICHOLS (*pro hac vice* pending)
(snichols@kslaw.com)
RICHARD W. MILLER (*pro hac vice* pending)
(rmiller@kslaw.com)
KING & SPALDING LLP
1180 Peachtree Street, N.E.
Atlanta, Georgia 30309-3521
Telephone: (404) 572-4600
Facsimile: (404) 572-5100

Attorneys for Defendant
DORNIER MEDTECH AMERICA, INC.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| VNUS MEDICAL TECHNOLOGIES, INC., <br><br> Plaintiff, <br><br> v. <br><br> BIOLITEC, INC., DORNIER MEDTECH AMERICA, INC., and NEW STAR LASERS, INC. d/b/a COOLTOUCH, INC., DAVID S. CENTANNI, and TYRELL L. SCHIEK, <br><br> Defendants. | Case No. C08-03129 MMC <br><br> [PROPOSED] **ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*** |

---

[PROPOSED] ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY *PRO HAC VICE*                                       Case No. C08-03129 MMC

1  Richard W. Miller, who is an active member in good standing of the bar of the District Court for
2  the Northern District of Georgia and whose business address and telephone number is:
3      King & Spalding LLP
    1180 Peachtree Street, N.E.
4      Atlanta, Georgia 30309-3521
5      Telephone: (404) 572-4600
    Facsimile: (404) 572-5100
6
7  having applied in the above-entitled action for admission to practice in the Northern District of
8  California on a *pro hac vice* basis, representing Dornier MedTech America, Inc.
9      IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and
10 conditions of Civil Local Rule 11-3. All papers filed by the attorney must indicate appearance *pro*
11 *hac vice*. Service of papers upon and communication with co-counsel designated in the
12 application will constitute notice to the party. All future filings in this action are subject to the
13 requirements contained in General Order No. 45, *Electronic Case Filing*.
14
15
16 Dated:   October 30, 2008
17
18                                     U.S.D.J. Maxine M. Chesney

- 2 -

[PROPOSED] ORDER GRANTING APPLICATION         Case No. C08-03129 MMC
FOR ADMISSION OF ATTORNEY *PRO HAC VICE*