1 | Matthew B. Lehr (Bar No. 213139)
Diem-Suong T. Nguyen (Bar No. 237557)
2 | David J. Lisson (Bar No. 250994)
Chung G. Suh (Bar No. 244889)
3 | DAVIS POLK & WARDWELL
1600 El Camino Real
4 | Menlo Park, California  94025
Telephone:  (650) 752-2000
5 | Facsimile:   (650) 752-2111

6 | Attorneys for Plaintiff
VNUS Medical Technologies, Inc.
7
(additional counsel on signature page)
8

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| VNUS MEDICAL TECHNOLOGIES, INC., | ) | LEAD CASE NO. C08-03129 MMC |
|---|---|---|
| Plaintiff, | ) ) ) | CASE NO. C08-03129 MMC |
| v. | ) ) | **STIPULATION AND [PROPOSED] ORDER OF DISMISSAL OF** |
| BIOLITEC, INC., DORNIER MEDTECH AMERICA, INC., NEW STAR LASERS, INC. d/b/a COOLTOUCH, INC., DAVID S. CENTANNI, and TYRELL L. SCHIEK, | ) ) ) ) ) | **DEFENDANTS DAVID S. CENTANNI AND TYRELL L. SCHIEK AND CONSOLIDATION OF RELATED CASES** |
| Defendants. | ) ) | |

1  The parties stipulate, by and through their respective counsel, as follows:

2

3  1. Defendants David S. Centanni and Tyrell L. Schiek are hereby dismissed with

4  prejudice from this action pursuant to Federal Rule of Civil Procedure 41(a)(1).  Each party will

5  bear its own costs and attorneys fees.

6  2. The following related actions, which involve common questions of law or fact, are

7  hereby consolidated for all purposes pursuant to Fed. R. Civ. P. 42:

| Abbreviated Case Name | Case No. | Date Filed |
|---|---|---|
| *VNUS v. biolitec et al.* | C08-03129 MMC | June 27, 2008 |
| *VNUS v. TVS* | C08-04234 MMC | September 8, 2008 |

11  3. In accordance with Civil L.R. 3-4(b), the caption of every pleading filed in these

12  consolidated actions shall denote lead case number C08-03129 MMC above all consolidated case

13  numbers.

14  4. All papers filed and served to date in either of the foregoing actions are hereby

15  deemed a part of the record in the consolidated actions.

Dated:   November 17, 2008           Respectfully Submitted,

ATTORNEYS FOR PLAINTIFF
VNUS MEDICAL TECHNOLOGIES, INC.


By:   /s/ Suong T. Nguyen
      Matthew B. Lehr (Bar No. 213139)
      Diem-Suong T. Nguyen (Bar No. 237557)
      David J. Lisson (Bar No. 250994)
      Chung G. Suh (Bar No. 244889)
      DAVIS POLK & WARDWELL
      1600 El Camino Real
      Menlo Park, CA  94025
      (650) 752-2000/(650) 752-2111 (fax)
      mlehr@dpw.com
      nguyen@dpw.com
      dlisson@dpw.com
      gsuh@dpw.com

ATTORNEYS FOR DEFENDANT BIOLITEC, INC.


By: /s/ Michael N. Rader
Michael A. Albert *(pro hac vice)*
Michael N. Rader *(pro hac vice)*
Charles T. Steenburg *(pro hac vice)*
WOLF, GREENFIELD & SACKS, P.C.
600 Atlantic Avenue
Boston, MA 02210
(617) 646-8000/(617) 646-8646
malbert@wolfgreenfield.com
mrader@wolfgreenfield.com
csteenburg@wolfgreenfield.com

ATTORNEYS FOR DEFENDANT
NEW STAR LASERS, INC. d/b/a
COOLTOUCH, INC.


By: /s/ James W. Geriak
James W. Geriak (Bar No. 32871)
Allan W. Jansen (Bar No. 81992)
Mark Stirrat (Bar No. 229448)
ORRICK, HERRINGTON & SUTCLIFFE LLP
4 Park Plaza, Suite 1600
Irvine, CA 92614-2558
(949) 567-6700/(949) 567-6710 (fax)
jgeriak@orrick.com
ajansen@orrick.com
mstirrat@orrick.com

ATTORNEYS FOR DEFENDANT
DORNIER MEDTECH AMERICA, INC.


By: /s/ Richard W. Miller
Lisa Kobialka (Bar No. 191404)
King & Spalding LLP
333 Twin Dolphin Drive
Suite 400
Redwood Shores, California 94065
Telephone: (650) 590-0700
Facsimile: (650) 590-1900
lkobialka@kslaw.com

A. Shane Nichols *(pro hac vice)*
Richard W. Miller *(pro hac vice)*
KING & SPALDING LLP

2

|   |   |
|---|---|
| 1 | 1180 Peachtree Street, N.E. |
| 2 | Atlanta, GA 30309-3521 |
|   | (404) 572-4600/(404) 572-5100 |
| 3 | snichols@kslaw.com |
|   | rmiller@kslaw.com |

ATTORNEYS FOR DEFENDANTS DAVID S. CENTANNI AND TYRELL L. SCHIEK

By: /s/ Todd Noah
Todd Noah
DERGOSITS & NOAH LLP
Four Embarcadero Center, Suite 1450
San Francisco, CA 94111
(415) 705-6377/(415) 705-6383
tnoah@dergnoah.com

I hereby attest that I have on file written permission to sign this stipulation from all parties whose signatures are indicated by a "conformed" signature (/s/) within this e-filed document.

/s/ Suong T. Nguyen
Suong T. Nguyen

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: November 18, 2008

MAXINE M. CHESNEY
United States District Judge