1  Jerry R. Selinger (admitted *pro hac vice*)
   PATTERSON & SHERIDAN LLP
2  1700 Pacific Ave., Suite 2650
   Dallas, Texas  75201
3  Telephone:  214-720-2200
   Facsimile:  713-623-4846
4  E-mail:  jselinger@pattersonsheridan.com

5  (Additional attorneys on signature page)

6

7              UNITED STATES DISTRICT COURT
            FOR THE NORTHERN DISTRICT OF CALIFORNIA
8                  SAN FRANCISCO DIVISION

| | |
|---|---|
| 9  VNUS MEDICAL TECHNOLOGIES, INC. | Lead Case No.  C08-3129 MMC |
| 10         Plaintiff, | Case No.  C08-3129 MMC |
| 11         v. | |
| 12 BIOLITEC, INC., DORNIER MEDTECH AMERICA, INC., and NEW STAR LASERS, INC. d/b/a COOLTOUCH, | [~~PROPOSED~~] ORDER ON UNOPPOSED MOTION TO WITHDRAW APPEARANCE |
| 13-14         Defendants. | |
| 16  VNUS MEDICAL TECHNOLOGIES, INC. | Case No.  C08-04234 MMC |
| 17         Plaintiff, | |
| 18-19         v. | |
| 20 TOTAL VEIN SOLUTIONS, LLC d/b/a TOTAL VEIN SYSTEMS, | |
| 21         Defendant. | |

The Court has considered the Unopposed Motion to Withdraw Appearance.  The Motion is hereby GRANTED.

1

**Proposed Order Granting Unopposed Motion to Withdraw Appearance**
**Case Nos. C08-3129 MMC / C08-4234 MMC**
**930956_1**

1  The appearances of Attorneys Jerry R. Selinger, Henry M. Pogorzelski, and John
2  C. Carey of the law firm of Patterson & Sheridan, LLP are hereby withdrawn.
3
4  IT IS SO ORDERED.
5  Dated: December 2, 2008
6  _____
   MAXINE M. CHESNEY
   United States District Judge

2

**Proposed Order Granting Unopposed Motion to Withdraw Appearance**
**Case Nos. C08-3129 MMC / C08-4234 MMC**
**930956_1**