1 | Matthew B. Lehr (Bar No. 213139)
Suong T. Nguyen (Bar No. 237557)
2 | David J. Lisson (Bar No. 250994)
Chung G. Suh (Bar No. 244889)
3 | DAVIS POLK & WARDWELL
1600 El Camino Real
4 | Menlo Park, California  94025
Telephone: (650) 752-2000
5 | Facsimile:   (650) 752-2111

6 | Attorneys for Plaintiff
VNUS Medical Technologies, Inc.
7

8 | UNITED STATES DISTRICT COURT

9 | FOR THE NORTHERN DISTRICT OF CALIFORNIA

10 | SAN FRANCISCO DIVISION

11

12 | VNUS MEDICAL TECHNOLOGIES, INC.,    ) LEAD CASE NO. C08-03129 MMC
                                        )
             Plaintiff,                 ) CASE NO. C08-3129 MMC
                                        )
        v.                              )
                                        ) **STIPULATION AND [PROPOSED]**
BIOLITEC, INC., DORNIER MEDTECH         ) **ORDER TO ADJOURN DEADLINE FOR**
AMERICA, INC., and NEW STAR LASERS,     ) **PLAINTIFF VNUS MEDICAL**
INC. d/b/a COOLTOUCH, INC.,             ) **TECHNOLOGIES, INC. TO RESPOND**
                                        ) **TO COUNTERCLAIMS OF TOTAL**
             Defendants.                ) **VEIN SOLUTIONS, LLC**
                                        )
_____    )
                                        )
VNUS MEDICAL TECHNOLOGIES, INC.,        ) CASE NO. C08-04234 MMC
                                        )
             Plaintiff,                 )
                                        )
        v.                              )
                                        )
TOTAL VEIN SOLUTIONS, LLC d/b/a         )
TOTAL VEIN SYSTEMS,                     )
                                        )
             Defendant.                 )
                                        )
_____    )

STIPULATION TO ADJOURN DEADLINE FOR PLAINTIFF VNUS MEDICAL TECHNOLOGIES, INC. TO
RESPOND TO COUNTERCLAIMS OF TOTAL VEIN SOLUTIONS, LLC
CASE NOs. C08-03129 MMC & C08-04234 MMC

1  WHEREAS, Plaintiff VNUS Medical Technologies, Inc. ("VNUS") filed a complaint against Defendant Total Vein Solutions, LLC, d/b/a Total Vein Systems ("TVS") in the above-captioned action on September 8, 2008 and filed a First Amended Complaint on November 14, 2008;

WHEREAS, TVS filed an answer and counterclaims against VNUS in response to the First Amended Complaint on December 4, 2008;

WHEREAS, good cause for an extension of time for VNUS to answer or otherwise respond to TVS's counterclaims includes enabling VNUS and their counsel to avoid conflict with the year-end holidays in connection with their investigation of TVS's counterclaims and preparation of a response to those counterclaims;

WHEREAS, such adjournment will not alter the date of any event or any deadline already fixed by Court order;

NOW THEREFORE, it is hereby stipulated and agreed by the respective parties by and through their counsel of record that VNUS's deadline to answer or otherwise respond to TVS's counterclaims is adjourned to January 12, 2009.

Dated:  December 11, 2008

Respectfully Submitted,

ATTORNEYS FOR PLAINTIFF
VNUS MEDICAL TECHNOLOGIES, INC.

By:  /s/ Diem-Suong T. Nguyen
Matthew B. Lehr (Bar No. 213139)
Diem-Suong T. Nguyen (Bar No. 237557)
David J. Lisson (Bar No. 250994)
Chung G. Suh (Bar No. 244889)
DAVIS POLK & WARDWELL
1600 El Camino Real
Menlo Park, CA  94025
(650) 752-2000/(650) 752-2111 (fax)
mlehr@dpw.com
nguyen@dpw.com
dlisson@dpw.com
gsuh@dpw.com

1
STIPULATION TO ADJOURN DEADLINE FOR PLAINTIFF VNUS MEDICAL TECHNOLOGIES, INC. TO RESPOND TO COUNTERCLAIMS OF TOTAL VEIN SOLUTIONS, LLC CASE NOs. C08-03129 MMC & C08-04234 MMC

ATTORNEYS FOR DEFENDANT TOTAL VEIN SOLUTIONS, LLC d/b/a TOTAL VEIN SYSTEMS

By:  /s/ John Karl Buche
John Karl Buche (Bar No. 239477)
Sean Sullivan (Bar No. 254372)
BUCHE & ASSOCIATES, PC
875 Prospect, Suite 305
La Jolla, CA 92037
Tel:    (858) 812-2840
Fax:   (858) 459-9120
jbuche@westerniplaw.com
sean@westerniplaw.com

I hereby attest that I have on file written permission to sign this stipulation from all parties whose signatures are indicated by a "conformed" signature (/s/) within this e-filed document.

/s/ Diem-Suong T. Nguyen
Diem-Suong T. Nguyen

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated:  December 12     , 2008

MAXINE M. CHESNEY
United States District Judge