1  Matthew B. Lehr (Bar No. 213139)
   Suong T. Nguyen (Bar No. 237557)
2  David J. Lisson (Bar No. 250994)
   Chung G. Suh (Bar No. 244889)
3  DAVIS POLK & WARDWELL
   1600 El Camino Real
4  Menlo Park, California  94025
   Telephone:  (650) 752-2000
5  Facsimile:   (650) 752-2111

6  Attorneys for Plaintiff
   VNUS Medical Technologies, Inc.
7

8               UNITED STATES DISTRICT COURT

9           FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                  SAN FRANCISCO DIVISION

11

12 | VNUS MEDICAL TECHNOLOGIES, INC., | ) | LEAD CASE NO. C08-03129 MMC |
   |                                   | ) |                              |
13 |               Plaintiff,          | ) | CASE NO. C08-3129 MMC        |
   |                                   | ) |                              |
14 |        v.                         | ) | **STIPULATION AND [PROPOSED]** |
   |                                   | ) | **ORDER REGARDING SCHEDULING** |
15 | BIOLITEC, INC., DORNIER MEDTECH   | ) | **OF PRELIMINARY INFRINGEMENT** |
   | AMERICA, INC., and NEW STAR LASERS,| ) | **CONTENTIONS, PRELIMINARY**  |
16 | INC. d/b/a COOLTOUCH, INC.,       | ) | **INVALIDITY CONTENTIONS, AND** |
   |                                   | ) | **PROPOSED TERMS FOR**        |
17 |               Defendants.         | ) | **CONSTRUCTION**              |
   |                                   | ) |                              |

18

19 | VNUS MEDICAL TECHNOLOGIES, INC., | ) | CASE NO. C08-04234 MMC       |
   |                                   | ) | (consolidated with C08-3129 MMC) |
20 |               Plaintiff,          | ) |                              |

21         v.

22  TOTAL VEIN SOLUTIONS, LLC d/b/a
    TOTAL VEIN SYSTEMS,
23
                Defendant.
24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER REGARDING SCHEDULING OF PRELIMINARY INFRINGEMENT
CONTENTIONS, PRELIMINARY INVALIDITY CONTENTIONS, AND PROPOSED TERMS FOR
CONSTRUCTION
CASE NOs. C08-03129 MMC & C08-04234 MMC

WHEREAS, in its Pretrial Preparation Order ("Pretrial Order") dated November 18, 2008 the Court adopted the parties' schedule for pretrial dates as set forth in the joint Case Management Statement and Rule 26(f) Report filed on November 7, 2008;

WHEREAS, under the Pretrial Order the deadline for Plaintiff VNUS Medical Technologies, Inc. ("VNUS") to serve its Asserted Claims and Preliminary Infringement Contentions pursuant to Patent L.R. 3-1 and 3-2 is January 13, 2009;

WHEREAS, under the Pretrial Order the deadline for Defendants biolitec, Inc., Dornier MedTech America, Inc., New Star Lasers, Inc. d/b/a CoolTouch, Inc., and Total Vein Solutions, LLC d/b/a Total Vein Systems (collectively "Defendants") to serve their Preliminary Invalidity Contentions pursuant to Patent L.R. 3-3 and 3-4 is February 27, 2009;

WHEREAS, under the Pretrial Order the deadline to exchange proposed terms for construction and meet and confer pursuant to Patent L.R. 4-1 is March 13, 2009;

WHEREAS good cause for rescheduling these deadlines includes enabling parties and their counsel to avoid conflict with the year end-holidays and enabling VNUS to conduct depositions of Defendants pursuant to Fed. R. Civ. P. 30(b)(6) prior to serving its infringement contentions;

NOW, THEREFORE, it is hereby stipulated and agreed by the respective parties by and through their counsel of record:

1. The deadline for VNUS to serve its Asserted Claims and Preliminary Infringement Contentions pursuant to Patent L.R. 3-1 and 3-2 shall be moved from January 13, 2009 to February 12, 2009.

2. The deadline for Defendants to serve their Preliminary Invalidity Contentions pursuant to Patent L.R. 3-3 and 3-4 shall be moved from February 27, 2009 to March 13, 2009.

3. The deadline for the parties to exchange proposed terms for construction and meet and confer pursuant to Patent L.R. 4-1 is moved from March 13, 2009 to March 20, 2009.

4. All other deadlines in the Pretrial Order shall remain unchanged.

1

STIPULATION AND [PROPOSED] ORDER REGARDING SCHEDULING OF PRELIMINARY INFRINGEMENT CONTENTIONS, PRELIMINARY INVALIDITY CONTENTIONS, AND PROPOSED TERMS FOR CONSTRUCTION
CASE NOs. C08-03129 MMC & C08-04234 MMC

Dated:   December 12, 2008

Respectfully Submitted,

ATTORNEYS FOR PLAINTIFF
VNUS MEDICAL TECHNOLOGIES, INC.


By:   /s/ Diem-Suong T. Nguyen
Matthew B. Lehr (Bar No. 213139)
Diem-Suong T. Nguyen (Bar No. 237557)
David J. Lisson (Bar No. 250994)
Chung G. Suh (Bar No. 244889)
DAVIS POLK & WARDWELL
1600 El Camino Real
Menlo Park, CA  94025
(650) 752-2000/(650) 752-2111 (fax)
mlehr@dpw.com
nguyen@dpw.com
dlisson@dpw.com
gsuh@dpw.com

ATTORNEYS FOR DEFENDANT BIOLITEC, INC.


By:   /s/ Michael N. Rader
Michael A. Albert *(pro hac vice)*
Michael N. Rader *(pro hac vice)*
Charles T. Steenburg *(pro hac vice)*
WOLF, GREENFIELD & SACKS, P.C.
600 Atlantic Avenue
Boston, MA 02210
(617) 646-8000/(617) 646-8646
malbert@wolfgreenfield.com
mrader@wolfgreenfield.com
csteenburg@wolfgreenfield.com

ATTORNEYS FOR DEFENDANT
NEW STAR LASERS, INC. d/b/a
COOLTOUCH, INC.


By:   /s/ James W. Geriak
James W. Geriak (Bar No. 32871)
Allan W. Jansen (Bar No. 81992)
Mark Stirrat (Bar No. 229448)
ORRICK, HERRINGTON & SUTCLIFFE LLP
4 Park Plaza, Suite 1600
Irvine, CA 92614-2558
(949) 567-6700/(949) 567-6710 (fax)

2
STIPULATION AND [PROPOSED] ORDER REGARDING SCHEDULING OF PRELIMINARY INFRINGEMENT CONTENTIONS, PRELIMINARY INVALIDITY CONTENTIONS, AND PROPOSED TERMS FOR CONSTRUCTION
CASE NOs. C08-03129 MMC & C08-04234 MMC

jgeriak@orrick.com
ajansen@orrick.com
mstirrat@orrick.com

ATTORNEYS FOR DEFENDANT
DORNIER MEDTECH AMERICA, INC.


By: /s/ A. Shane Nichols
Lisa Kobialka (Bar No. 191404)
King & Spalding LLP
333 Twin Dolphin Drive
Suite 400
Redwood Shores, California 94065
Telephone: (650) 590-0700
Facsimile: (650) 590-1900
lkobialka@kslaw.com

A. Shane Nichols *(pro hac vice)*
Richard W. Miller *(pro hac vice)*
KING & SPALDING LLP
1180 Peachtree Street, N.E.
Atlanta, GA 30309-3521
(404) 572-4600/(404) 572-5100
snichols@kslaw.com
rmiller@kslaw.com

ATTORNEYS FOR DEFENDANT TOTAL
VEIN SOLUTIONS, LLC d/b/a TOTAL VEIN
SYSTEMS


By: /s/ John Karl Buche
John Karl Buche
Sean Sullivan
BUCHE & ASSOCIATES, PC
875 Prospect, Suite 305
La Jolla, CA 92037
Tel:   (858) 812-2840
Fax:   (858) 459-9120
jbuche@westerniplaw.com
sean@westerniplaw.com

3
STIPULATION AND [PROPOSED] ORDER REGARDING SCHEDULING OF PRELIMINARY INFRINGEMENT
CONTENTIONS, PRELIMINARY INVALIDITY CONTENTIONS, AND PROPOSED TERMS FOR
CONSTRUCTION
CASE NOs. C08-03129 MMC & C08-04234 MMC

I hereby attest that I have on file written permission to sign this stipulation from all parties whose signatures are indicated by a "conformed" signature (/s/) within this e-filed document.

                                            /s/ Diem-Suong T. Nguyen
                                               Diem-Suong T. Nguyen

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: December 16, 2008

                                      MAXINE M. CHESNEY
                                      United States District Judge