United States District Court

For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

VNUS MEDICAL TECHNOLOGIES, INC.,

     Plaintiff,

  v.

BIOLITEC, INC., et al.,

     Defendants

_____/

No. C-08-3129 MMC

**ORDER DIRECTING DEFENDANT
TOTAL VEIN SOLUTIONS, LLC TO
SUBMIT CHAMBERS COPY IN
COMPLIANCE WITH GENERAL
ORDER 45 AND THE COURT'S
STANDING ORDERS**

On January 7, 2009, defendant Total Vein Solutions, LCC electronically filed its "First Amended Answer to First Amended Complaint for Patent Infringement and Counterclaims of Defendant Total Vein Solutions, LLC."  Defendant has violated General Order 45 and the Court's Standing Orders, however, by failing to deliver to the Clerk's Office "no later than noon on the business day following the day that the papers are filed electronically, one paper copy of each document that is filed electronically . . . marked 'Chambers Copy' and . . . clearly marked with the judge's name, case number, and 'Chambers Copy-Do Not File.'"  See General Order 45 § VI.G; see also Standing Orders for Civil Cases Assigned to the Honorable Maxine M. Chesney ¶ 2.

Defendant is hereby ORDERED to comply with General Order 45 and the Court's Standing Orders by immediately submitting a chambers copy of the above-referenced document.  Defendant is hereby advised that if it fails in the future to comply with General

1  Order 45 and the Court's Standing Order to provide a chambers copy of each

2  electronically-filed document, the Court may impose sanctions, including, but not limited to,

3  striking from the record any electronically-filed document of which a chambers copy has not

4  been timely provided to the Court.

5  **IT IS SO ORDERED.**

6

7  Dated:  January 22, 2009

8  MAXINE M. CHESNEY
   United States District Judge

2