IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VNUS MEDICAL TECHNOLOGIES, INC., | No. C-08-3129 MMC |
| Plaintiff, | **ORDER RE: CLAIM CONSTRUCTION HEARING** |
| v. | |
| BIOLITEC, INC., et al., | |
| Defendants | |

On August 17, 2009, the Court will conduct a claim construction hearing in the above-titled action.

Under the Local Rules of Practice for Patent Case, the parties, in their Joint Claim Construction and Prehearing Statement, are, <u>inter alia</u>, required to identify "the terms whose construction will be most significant to the resolution of the case up to a maximum of 10." <u>See</u> Patent L.R. 4-3(c). The Court hereby informs the parties the Court will construe no more than ten terms in connection with the claim construction hearing, i.e., the terms identified by the parties as the "most significant" pursuant to Patent Local Rule 4-3(c).

**IT IS SO ORDERED.**

Dated: January 23, 2009

MAXINE M. CHESNEY
United States District Judge