Matthew B. Lehr (Bar No. 213139)
Suong T. Nguyen (Bar No. 237557)
David J. Lisson (Bar No. 250994)
Chung G. Suh (Bar No. 244889)
DAVIS POLK & WARDWELL
1600 El Camino Real
Menlo Park, California  94025
Telephone:  (650) 752-2000
Facsimile:   (650) 752-2111

Attorneys for Plaintiff
VNUS Medical Technologies, Inc.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| VNUS MEDICAL TECHNOLOGIES, INC., <br><br> Plaintiff, <br><br> v. <br><br> BIOLITEC, INC., DORNIER MEDTECH AMERICA, INC., and NEW STAR LASERS, INC. d/b/a COOLTOUCH, INC., <br><br> Defendants. | LEAD CASE NO. C08-03129 MMC <br><br> CASE NO. C08-3129 MMC <br><br> **STIPULATION AND [PROPOSED] ORDER TO BIFURCATE AND STAY THE EIGHTH THROUGH ELEVENTH COUNTERCLAIMS OF DEFENDANT TOTAL VEIN SOLUTIONS, LLC, d/b/a/ TOTAL VEIN SYSTEMS** |
| VNUS MEDICAL TECHNOLOGIES, INC., <br><br> Plaintiff, <br><br> v. <br><br> TOTAL VEIN SOLUTIONS, LLC d/b/a TOTAL VEIN SYSTEMS, <br><br> Defendant. | CASE NO. C08-04234 MMC <br> (consolidated with C08-3129 MMC) |

STIPULATION AND [PROPOSED] ORDER TO BIFURCATE AND STAY THE EIGHTH THROUGH ELEVENTH COUNTERCLAIMS OF DEFENDANT TOTAL VEIN SOLUTIONS, LLC, d/b/a/ TOTAL VEIN SYSTEMS  CASE NOs. C08-03129 MMC & C08-04234 MMC

1  WHEREAS, Plaintiff VNUS Medical Technologies, Inc. ("VNUS") filed a Complaint against Defendant Total Vein Solutions, LLC, d/b/a Total Vein Systems ("TVS") in the above-captioned action on September 8, 2008 and filed a First Amended Complaint on November 14, 2008;

WHEREAS, TVS filed an Answer and Counterclaims against VNUS in response to the First Amended Complaint on December 4, 2008 and filed a First Amended Answer and Counterclaims on January 7, 2009;

WHEREAS, VNUS's First Amended Complaint alleges that TVS has infringed the patents-in-suit;

WHEREAS, the parties agree that significant court and party resources would be conserved if discovery and trial on the issue of unenforceability is conducted prior to discovery and trial of TVS's Eighth through Eleventh Counterclaims;

NOW THEREFORE, it is hereby stipulated and agreed by the respective parties by and through their counsel of record that TVS's Eighth, Ninth, Tenth, and Eleventh Counterclaims are bifurcated and stayed pending resolution of the remainder of the parties' claims and counterclaims.

Dated:   January 21, 2009

Respectfully Submitted,

ATTORNEYS FOR PLAINTIFF
VNUS MEDICAL TECHNOLOGIES, INC.

By:   s/ Diem-Suong T. Nguyen
Matthew B. Lehr (Bar No. 213139)
Diem-Suong T. Nguyen (Bar No. 237557)
David J. Lisson (Bar No. 250994)
Chung G. Suh (Bar No. 244889)
DAVIS POLK & WARDWELL
1600 El Camino Real
Menlo Park, CA  94025
(650) 752-2000/(650) 752-2111 (fax)
mlehr@dpw.com
nguyen@dpw.com
dlisson@dpw.com
gsuh@dpw.com

Dated: January 21, 2009 ATTORNEYS FOR DEFENDANT TOTAL VEIN SOLUTIONS, LLC d/b/a TOTAL VEIN SYSTEMS

By: s/ John Karl Buche
John Karl Buche (Bar No. 239477)
Sean Sullivan (Bar No. 254372)
BUCHE & ASSOCIATES, PC
875 Prospect, Suite 305
La Jolla, CA 92037
Tel: (858) 812-2840
Fax: (858) 459-9120
jbuche@westerniplaw.com
sean@westerniplaw.com

I hereby attest that I have on file written permission to sign this stipulation from all parties whose signatures are indicated by a "conformed" signature (/s/) within this e-filed document.

 s/ Diem-Suong T. Nguyen
Diem-Suong T. Nguyen

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: January 26, 2009

 /s/ Maxine M. Chesney
MAXINE M. CHESNEY
United States District Judge