A. Shane Nichols (*pro hac vice*)
(snichols@kslaw.com)
Richard W. Miller (*pro hac vice*)
(rmiller@kslaw.com)
1180 Peachtree Street, N.E.
Atlanta, GA 30309-3521
Telephone:   (404) 572.4600
Facsimile:    (404) 572.5100

Lisa Kobialka (Bar No. 191404)
(lkobialka@kslaw.com)
333 Twin Dolphin Drive, Suite 400
Redwood Shores, CA 94065
Telephone:   (650) 590.0700
Facsimile:    (650) 590.1900
KING & SPALDING LLP

Attorneys for Defendant and Counterclaimant
DORNIER MEDTECH AMERICA, INC.

*(See signature pages for list of all counsel and parties represented)*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| VNUS MEDICAL TECHNOLOGIES, INC., <br><br> Plaintiff and Counter-defendant, <br><br> v. <br><br> BIOLITEC, INC., DORNIER MEDTECH AMERICA, INC., and NEW STAR LASERS, INC. d/b/a COOLTOUCH, INC., <br><br> Defendants and Counterclaimants. | LEAD CASE NO. C08-03129 MMC <br><br><br><br><br> STIPULATION AND [PROPOSED] ORDER EXTENDING MEDIATION DEADLINE |
| VNUS MEDICAL TECHNOLOGIES, INC., <br><br> Plaintiff and Counter-defendant, <br><br> v. <br><br> TOTAL VEIN SOLUTIONS, LLC d/b/a/ TOTAL VEIN SYSTEMS, <br><br> Defendant and Counterclaimant. | CASE NO. C08-04234 MMC (consolidated with Case No. C08-03129 MMC) |

STIPULATION AND [PROPOSED] ORDER EXTENDING MEDIATION DEADLINE
Lead Case No. C08-03129 MMC
Consolidated with Case No. C08-04234 MMC

1  WHEREAS, on November 18, 2008, this Court referred the above-captioned case to the
2  ADR Department for mediation, and ordered the parties to complete mediation no later than May 1,
3  2009;
4  WHEREAS, on January 12, 2009, this Court appointed Mr. A. James Isbester, Esquire, of
5  Townsend and Townsend and Crew, LLP as Mediator;
6
7  WHEREAS, on February 10, 2009, the parties held a teleconference with Mr. Isbester,
8  wherein the parties agreed to select a mutually convenient date to participate in mediation;
9  WHEREAS, the parties have conferred among themselves and with Mr. Isbester, and have
10 determined that May 4, 2009 is the earliest commonly-agreeable date for mediation; and
11 WHEREAS, the parties desire an extension of the mediation deadline to May 4, 2009;
12
13
14 NOW THEREFORE, it is hereby stipulated and agreed by and between the parties, by and
15 through their respective attorneys of record, that the deadline to complete mediation shall be
16 extended to May 4, 2009.
17
18
19 DATED: February 27, 2009          **KING & SPALDING LLP**
20                                    By: ___/s/ Richard W. Miller___
                                       A. Shane Nichols (*pro hac vice*)
21                                     Richard W. Miller (*pro hac vice*)
                                       1180 Peachtree Street, N.E.
22                                     Atlanta, GA  30309-3521
                                       Telephone:   (404) 572.4600 / (404) 572.5100
23
                                       Lisa Kobialka (Bar No. 191404)
24                                     333 Twin Dolphin Drive, Suite 400
                                       Redwood Shores, CA 94065
25                                     Telephone:   (650) 590.0700 / (650) 590.1900
                                       Attorneys for Defendant and Counterclaimant
26                                     DORNIER MEDTECH AMERICA, INC.
27
28

1

STIPULATION AND [PROPOSED] ORDER EXTENDING MEDIATION DEADLINE
Lead Case No. C08-03129 MMC
Consolidated with Case No. C08-04234 MMC

| | |
|---|---|
| 1 | **WOLF GREENFIELD & SACKS, PC** |
| 2 | By: /s/ Michael Rader |
| 3 | Michael A. Albert (*pro hac vice*) <br> Michael Rader (*pro hac vice*) |
| 4 | Charles T. Steenburg (*pro hac vice*) <br> 600 Atlantic Avenue |
| 5 | Boston, MA  02210-2206 <br> Tel: 617.646.8000 |
| 6 | Fax: 617.646.8646 <br> malbert@wolfgreenfield.com |
| 7 | mrader@wolfgreenfield.com <br> csteenburg@wolfgreenfield.com |
| 8 | Attorneys for Defendant and Counterclaimant <br> BIOLITEC, INC. |
| 10 | **ORRICK HERRINGTON & SUTCLIFF LLP** |
| 11 | By: /s/ Allan W. Jansen |
| 12 | James W. Geriak (Bar No. 32871) <br> Allan W. Jansen (Bar No. 81992) |
| 13 | Mark Stirrat (Bar No. 229448) <br> 4 Park Plaza, Suite 1600 |
| 14 | Irvine, CA  92614-2558 <br> Tel: 949.567.6700 |
| 15 | Fax: 949.567.6710 |
| 16 | Robert W. Dickerson (Bar No. 89367) <br> 777 S. Figueroa Street, Suite 3200 |
| 17 | Los Angeles, CA  90017-5855 <br> Tel: 213.629.2020 |
| 18 | Fax: 213.612.2499 |
| 19 | jgeriak@orrick.com <br> ajansen@orrick.com |
| 20 | mstirrat@orrick.com <br> rdickerson@orrick.com |
| 21 | Attorneys for Defendant and Counterclaimant |
| 22 | NEW STAR LASERS, INC. d/b/a COOLTOUCH, INC. |

2

STIPULATION AND [PROPOSED] ORDER EXTENDING MEDIATION DEADLINE
Lead Case No. C08-03129 MMC
Consolidated with Case No. C08-04234 MMC

**BUCHE & ASSOCIATES, P.C.**

By: /s/ John Karl Buche
John Karl Buche (Bar No. 239477)
Sean M. Sullivan (Bar No. 254372)
875 Prospect, Suite 305
La Jolla, California 92037
Telephone: 858.812.2840
Facsimile: 858.459.9120
jbuche@westerniplaw.com
sean@westerniplaw.com
Attorneys for Defendant and Counterclaimant
TOTAL VEIN SOLUTIONS, LLC d/b/a/ TOTAL VEIN SYSTEMS

**DAVIS POLK & WARDWELL**

By: /s/ Diem-Suong T. Nguyen
Matthew B. Lehr (Bar No. 213139)
Diem-Suong T. Nguyen (Bar No. 237557)
Chung G. Suh (Bar No. 244889)
1600 El Camino Real
Menlo Park, CA 94025
Tel: 650.752.2010
Fax: 650.752.3610
mlehr@dpw.com
nguyen@dpw.com
gsuh@dpw.com
Attorneys for Plaintiff and Counter-defendant
VNUS MEDICAL TECHNOLOGIES, INC.

I hereby attest that I have on file written permission to sign this stipulation from all parties whose signatures are indicated by a "conformed" signature (/s/) within this e-filed document.

/s/ Richard W. Miller
Richard W. Miller

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: March 3, 2009.

*[signature: Maxine M. Chesney]*
Honorable Maxine M. Chesney
United States District Court Judge

3

STIPULATION AND [PROPOSED] ORDER EXTENDING MEDIATION DEADLINE
Lead Case No. C08-03129 MMC
Consolidated with Case No. C08-04234 MMC