Matthew B. Lehr (Bar No. 213139)
Suong T. Nguyen (Bar No. 237557)
David J. Lisson (Bar No. 250994)
Chung G. Suh (Bar No. 244889)
Jeremy Brodsky (Bar No. 257674)
DAVIS POLK & WARDWELL
1600 El Camino Real
Menlo Park, California  94025
Telephone:  (650) 752-2000
Facsimile:   (650) 752-2111

Attorneys for Plaintiff
VNUS Medical Technologies, Inc.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| VNUS MEDICAL TECHNOLOGIES, INC., <br><br>Plaintiff, <br><br>v. <br><br>BIOLITEC, INC., DORNIER MEDTECH AMERICA, INC., and NEW STAR LASERS, INC. d/b/a COOLTOUCH, INC., <br><br>Defendants. | LEAD CASE NO. C08-03129 MMC <br><br>CASE NO. C08-3129 MMC <br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND PATENT L.R. 4-2 DEADLINE FOR EXCHANGE OF PRELIMINARY CLAIM CONSTRUCTIONS AND EXTRINSIC EVIDENCE** <br><br>AND ORDER THEREON |
| VNUS MEDICAL TECHNOLOGIES, INC., <br><br>Plaintiff, <br><br>v. <br><br>TOTAL VEIN SOLUTIONS, LLC d/b/a TOTAL VEIN SYSTEMS, <br><br>Defendant. | CASE NO. C08-04234 MMC <br>(consolidated with C08-3129 MMC) |

1    WHEREAS, in its Pretrial Preparation Order ("Pretrial Order") dated November 18, 2008
2 the Court adopted the parties' schedule for pretrial dates as set forth in the Joint Case Management
3 Statements and Rule 26(f) Reports filed in the above-captioned cases on November 7, 2008;

4    WHEREAS, under the Pretrial Order the deadline for the parties to exchange their
5 Preliminary Claim Constructions and Extrinsic Evidence pursuant to Patent L.R. 4-2 is April 3,
6 2009;

7    WHEREAS, on December 16, 2008, the Court entered the parties' Stipulation and Proposed
8 Order Regarding Scheduling of Preliminary Infringement Contentions, Preliminary Invalidity
9 Contentions, and Proposed Terms for Construction (Doc. Ent. 93), wherein the parties requested
10 extensions of the dates within which to exchange their Preliminary Infringement Contentions,
11 Preliminary Invalidity Contentions, and Proposed Terms for Construction pursuant to Patent L.R.
12 3-1, 3-3 and 4-1, but failed to request a corresponding extension of the Patent L.R. 4-2 disclosure
13 deadline, which is calculated from the date the parties exchanged their respective Patent L.R. 4-1
14 lists of Proposed Terms for Construction;

15    WHEREAS rescheduling the Patent L.R. 4-2 disclosure deadline to account for the prior
16 extension of dates will enable the parties to properly develop their positions and arguments related
17 to claim construction;

18    WHEREAS this modification to the case schedule will not otherwise affect the dates set in
19 the Pretrial Order, including the Claim Construction Hearing scheduled for August 17, 2009;

20    WHEREAS all previous time modifications in this case have related to: (1) the time for
21 filing responsive pleadings; (2) the continuance of the initial Case Management Conference; (3) the
22 hearing and briefing schedule on TVS's Rule 12 motions;(4) the exchange of infringement and
23 invalidity contentions and proposed terms for construction; and (5) the deadline to complete
24 mediation.

25    NOW, THEREFORE, it is hereby stipulated and agreed by the respective parties, by and
26 through their counsel of record:

1. The deadline for the parties to exchange their Preliminary Claim Constructions and Extrinsic Evidence pursuant to Patent L.R. 4-2 shall be moved from April 3 to April 8, 2009;

2. All other deadlines in the Pretrial Order shall remain unchanged.

//

Dated: March 27, 2009

Respectfully Submitted,

ATTORNEYS FOR PLAINTIFF
VNUS MEDICAL TECHNOLOGIES, INC.

By:  /s/ Chung G. Suh
    Matthew B. Lehr (Bar No. 213139)
    Diem-Suong T. Nguyen (Bar No. 237557)
    David J. Lisson (Bar No. 250994)
    Chung G. Suh (Bar No. 244889)
    Jeremy Brodsky (Bar No. 257674)
    DAVIS POLK & WARDWELL
    1600 El Camino Real
    Menlo Park, CA  94025
    (650) 752-2000/(650) 752-2111 (fax)
    mlehr@dpw.com
    nguyen@dpw.com
    dlisson@dpw.com
    gsuh@dpw.com
    jbrodsky@dpw.com

ATTORNEYS FOR DEFENDANT BIOLITEC, INC.

Dated: March 27, 2009

By:  /s/ Michael N. Rader
    Michael A. Albert *(pro hac vice)*
    Michael N. Rader *(pro hac vice)*
    Charles T. Steenburg *(pro hac vice)*
    WOLF, GREENFIELD & SACKS, P.C.
    600 Atlantic Avenue
    Boston, MA 02210
    (617) 646-8000/(617) 646-8646
    malbert@wolfgreenfield.com
    mrader@wolfgreenfield.com
    csteenburg@wolfgreenfield.com

| | |
|---|---|
| | ATTORNEYS FOR DEFENDANT NEW STAR LASERS, INC. d/b/a COOLTOUCH, INC. |
| Dated:   March 27, 2009 | |
| | By:  /s/ James W. Geriak |
| | James W. Geriak (Bar No. 32871) |
| | Allan W. Jansen (Bar No. 81992) |
| | Mark Stirrat (Bar No. 229448) |
| | ORRICK, HERRINGTON & SUTCLIFFE LLP |
| | 4 Park Plaza, Suite 1600 |
| | Irvine, CA 92614-2558 |
| | (949) 567-6700/(949) 567-6710 (fax) |
| | jgeriak@orrick.com |
| | ajansen@orrick.com |
| | mstirrat@orrick.com |
| | |
| | ATTORNEYS FOR DEFENDANT DORNIER MEDTECH AMERICA, INC. |
| Dated:   March 27, 2009 | |
| | By:  /s/ Richard W. Miller |
| | A. Shane Nichols *(pro hac vice)* |
| | Richard W. Miller *(pro hac vice)* |
| | KING & SPALDING LLP |
| | 1180 Peachtree Street, N.E. |
| | Atlanta, GA 30309-3521 |
| | (404) 572-4600/(404) 572-5100 |
| | snichols@kslaw.com |
| | rmiller@kslaw.com |
| | |
| | ATTORNEYS FOR DEFENDANT TOTAL VEIN SOLUTIONS, LLC d/b/a TOTAL VEIN SYSTEMS |
| Dated:   March 27, 2009 | |
| | By:  /s/ John Karl Buche |
| | John Karl Buche |
| | Sean Sullivan |
| | BUCHE & ASSOCIATES, PC |
| | 875 Prospect, Suite 305 |
| | La Jolla, CA 92037 |
| | Tel:    (858) 812-2840 |
| | Fax:    (858) 459-9120 |
| | jbuche@westerniplaw.com |
| | sean@westerniplaw.com |

Pursuant to General Order No. 45, I hereby attest that I have concurrence to file this stipulation from all parties whose signatures are indicated by a "conformed" signature (/s/) within this e-filed document.

                                            /s/ Chung G. Suh
                                              Chung G. Suh

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: __March 30_____, 2009

_____
MAXINE M. CHESNEY
United States District Judge