1   Matthew B. Lehr (Bar No. 213139)
    Diem-Suong T. Nguyen (Bar No. 237557)
2   David J. Lisson (Bar No. 250994)
    Chung G. Suh (Bar No. 244889)
3   Jeremy Brodsky (Bar No. 257674)
    DAVIS POLK & WARDWELL
4   1600 El Camino Real
    Menlo Park, California  94025
5   Telephone:  (650) 752-2000
    Facsimile:   (650) 752-2111
6
    Attorneys for Plaintiff
7   VNUS Medical Technologies, Inc.

8

9                       UNITED STATES DISTRICT COURT

10            FOR THE NORTHERN DISTRICT OF CALIFORNIA

11                       SAN FRANCISCO DIVISION

12   VNUS MEDICAL TECHNOLOGIES, INC.,      )   LEAD CASE NO. C08-03129 MMC
                                           )
13                      Plaintiff,         )   CASE NO. C08-03129 MMC
                                           )
14              v.                         )   [PROPOSED] ORDER GRANTING
                                           )   ADMINISTRATIVE MOTION TO FILE
15   BIOLITEC, INC., DORNIER MEDTECH       )   UNDER SEAL
     AMERICA, INC., and NEW STAR LASERS,   )
16   INC. d/b/a COOLTOUCH, INC.,           )
                                           )
17                      Defendants.        )
                                           )
18   _____)
                                           )
19   VNUS MEDICAL TECHNOLOGIES, INC.,      )   CASE NO. C08-04234 MMC
                                           )
20                      Plaintiff,         )
                                           )
21              v.                         )
                                           )
22   TOTAL VEIN SOLUTIONS, LLC d/b/a       )
     TOTAL VEIN SYSTEMS,                   )
23                                         )
                        Defendant.         )
24                                         )
                                           )
25                                         )
     _____)
26

27

28

1     Before the Court is Plaintiff VNUS Medical Technologies, Inc.'s Administrative Motion to

2  File Under Seal, dated May 1, 2009, by which Plaintiff seeks leave to file under seal certain

3  portions of Exhibit C to the parties' Patent Local Rule 4-3 Joint Claim Construction and Prehearing

4  Statement ("Joint Statement") that are designated "Confidential – Attorneys' Eyes Only" pursuant

5  to the Stipulated Protective Order in this case.

6     Having reviewed Plaintiff's submission of the Declaration of Mark Kertz Pursuant to Civil

7  Local Rule 79-5(c), and good cause appearing for the reasons stated therein, the motion is

8  GRANTED as to the designated portions of Exhibit C to the Joint Statement, which Plaintiff has

9  shown constitute material properly filed under seal.

10     The Clerk is DIRECTED to file under seal the unredacted version of the Joint Statement.

11  IT IS SO ORDERED.

12  Dated: __May 8___, 2009

Hon. Maxine M. Chesney
Judge, United States District Court

1