1  HOWARD A. SLAVITT (State Bar # 172840)
   COBLENTZ, PATCH, DUFFY & BASS, LLP
2  One Ferry Building, Suite 200
3  San Francisco, CA 94111-4213
   Telephone: (415) 391-4800
4  Facsimile:  (415) 989-1663
   E-mail:     has@cpdb.com
5
   MICHAEL A. ALBERT (admitted *pro hac vice*)
6  MICHAEL N. RADER (admitted *pro hac vice*)
   CHARLES T. STEENBURG (admitted *pro hac vice*)
7  WOLF, GREENFIELD & SACKS, P.C.
8  600 Atlantic Avenue
   Boston, MA  02210-2206
9  Telephone: (617) 646-8000
   Facsimile:  (617) 646-8646
10 E-mail:     malbert@wolfgreenfield.com
               mrader@wolfgreenfield.com
11             csteenburg@wolfgreenfield.com
12 Attorneys for Defendant biolitec, Inc.
13 [Other counsel of record listed on last page]

14             UNITED STATES DISTRICT COURT
15             NORTHERN DISTRICT OF CALIFORNIA
16                SAN FRANCISCO DIVISION

| 17 | VNUS MEDICAL TECHNOLOGIES, INC., | Case No. C08-03129 MMC |
|---|---|---|
| 18 | Plaintiff, | **STIPULATED REQUEST AND [PROPOSED] ORDER PURSUANT TO L.R. 6-2 TO CHANGE DATE OF CLAIM CONSTRUCTION HEARING** |
| 19 | vs. | |
| 20 | BIOLITEC, INC., DORNIER MEDTECH AMERICA, INC., and NEW STAR LASERS, INC. d/b/a COOLTOUCH, INC., | AND ORDER THEREON |
| 22 | Defendants. | |
| 23 | VNUS MEDICAL TECHNOLOGIES, INC., | Case No. C08-04234 MMC (consolidated with Case No. C08-03129 MMC) |
| 24 | Plaintiff, | |
| 25 | vs. | |
| 26 | TOTAL VEIN SOLUTIONS, LLC. d/b/a TOTAL VEIN SYSTEMS, | |
|    | Defendants. | |

STIPULATED REQUEST AND [PROPOSED] ORDER TO CHANGE DATE OF
CLAIM CONSTRUCTION HEARING  – C08-3129 MMC

WHEREAS a claim construction hearing and technology tutorial are currently scheduled in this matter for August 17, 2009;

WHEREAS the accompanying declaration of Michael N. Rader, lead counsel for Defendant biolitec, explains why Mr. Rader will be unable, for medical reasons, to travel to San Francisco for the claim construction hearing and technology tutorial as currently scheduled;

WHEREAS Defendants' counsel had planned for Mr. Rader to assume primary responsibility for argument at the claim construction hearing; and

WHEREAS Plaintiff and Defendants have mutually agreed to reschedule the claim construction hearing and technology tutorial for September 14, 2009, subject to the Court's availability;

NOW, THEREFORE, it is stipulated and agreed by the respective parties by and through their counsel of record that:

The claim construction hearing and technology tutorial shall be rescheduled from August 17, 2009 to September 14, 2009, subject to the Court's availability.

| | |
|---|---|
| Dated: August 5, 2009 | WOLF, GREENFIELD & SACKS, P.C. |
| |   /s/ Michael N. Rader |
| | Michael N. Rader (*admitted pro hac vice*) |
| | Charles T. Steenburg (*admitted pro hac vice*) |
| | 600 Atlantic Avenue |
| | Boston, MA 02210 |
| | Tel: (617) 646-8000 |
| | Fax: (617) 646-8646 |
| | mrader@wolfgreenfield.com |
| | csteenburg@wolfgreenfield.com |
| | |
| | Attorneys for Defendant biolitec, Inc. |
| | |
| | KING & SPALDING LLP |
| | |
| |   /s/ A. Shane Nichols |
| | A. Shane Nichols (*admitted pro hac vice*) |
| | Richard W. Miller (*admitted pro hac vice*) |
| | 1180 Peachtree Street N.E. |
| | Atlanta, GA 30309-3521 |
| | Tel: (404) 572-4600 |
| | Fax: (404) 572-5100 |
| | snichols@kslaw.com |
| | rmiller@kslaw.com |
| | |
| | Attorneys for Defendant |
| | Dornier MedTech America, Inc. |
| | |
| | ORRICK, HERRINGTON & SUTCLIFFE LLP |
| | |
| |   /s/ James W. Geriak |
| | James W. Geriak (Bar No. 32871) |
| | Allan W. Jansen (Bar No. 81992) |
| | 4 Park Plaza, Suite 1600 |
| | Irvine, CA 92614-2558 |
| | Tel: (949) 567-6700 |
| | Fax: (949) 567-6710 |
| | jgeriak@orrick.com |
| | ajansen@orrick.com |
| | |
| | Attorneys for Defendant |
| | New Star Lasers, Inc. d/b/a CoolTouch, Inc. |

**COBLENTZ, PATCH, DUFFY & BASS, LLP**
One Ferry Building, Suite 200, san francisco, ca 94111-4213
(415) 391-4800 • fax (415) 989-1663

STIPULATED REQUEST AND [PROPOSED] ORDER TO CHANGE DATE OF
CLAIM CONSTRUCTION HEARING – C08-3129 MMC

COBLENTZ, PATCH, DUFFY & BASS, LLP
One Ferry Building, Suite 200, san francisco, ca 94111-4213
(415) 391-4800 • fax (415) 989-1663

|   |   |
|---|---|
| 1 | |
| 2 | |
| 3 | BUCHE & ASSOCIATES, P.C. |
| 4 |   /s/ John Karl Buche |
|   | John Karl Buche (Bar No. 239477) |
| 5 | Sean M. Sullivan (Bar No. 254372) |
|   | 875 Prospect, Suite 305 |
| 6 | La Jolla, CA 92037 |
|   | Tel: (858) 812-2840 |
| 7 | Fax: (858) 459-9120 |
|   | jbuche@westerniplaw.com |
| 8 | sean@westerniplaw.com |

Attorneys for Defendant
Total Vein Solutions, LLC d/b/a Total Vein Systems

DAVIS POLK & WARDWELL LLP

  /s/ Matthew B. Lehr
Matthew B. Lehr
Suong T. Nguyen
1600 El Camino Real
Menlo Park, CA 94025
Tel: (650) 752-2000
Fax: (650) 752-2111
matthew.lehr@davispolk.com
suong.nguyen@davispolk.com

Attorneys for Plaintiff
VNUS Medical Technologies, Inc.

    I hereby attest that I have on file written (or e-mail) permission to sign this stipulation from all parties whose signatures are indicated by a "confirmed" signature (/s/) within this e-filed document.

Dated: August 5, 2009            /s/ Michael N. Rader
                                                               Michael N. Rader

# [~~PROPOSED~~] ORDER

The Court, having considered the above stipulation of Plaintiff VNUS Medical Technologies, Inc. and Defendants biolitec, Inc.; Dornier MedTech America, Inc.; New Star Lasers, Inc. d/b/a Cooltouch, Inc.; and Total Vein Solutions, LLC d/b/a Total Vein Systems, and good cause appearing, hereby ORDERS that the technology tutorial and claim construction hearing currently scheduled for August 17, 2009 is rescheduled for September 14, 2009.

IT IS SO ORDERED.

Dated:   August 5, 2009

HON. MAXINE M. CHESNEY, U.S.D.J.
COBLENTZ, PATCH, DUFFY & BASS, LLP
One Ferry Building, suite 200, san francisco, ca 94111-4213
(415) 391-4800 • fax (415) 989-1663