1  Matthew B. Lehr (Bar No. 213139)
   Diem-Suong T. Nguyen (Bar No. 237557)
2  David J. Lisson (Bar No. 250994)
   Chung G. Suh (Bar No. 244889)
3  Jeremy Brodsky (Bar No. 257674)
   DAVIS POLK & WARDWELL LLP
4  1600 El Camino Real
   Menlo Park, California 94025
5  Telephone: (650) 752-2000
   Facsimile: (650) 752-2111
6
   Attorneys for Plaintiff
7  VNUS Medical Technologies, Inc.

8
                    UNITED STATES DISTRICT COURT
9
                FOR THE NORTHERN DISTRICT OF CALIFORNIA
10
                       SAN FRANCISCO DIVISION
11

| 12 | VNUS MEDICAL TECHNOLOGIES, INC., | ) | LEAD CASE NO. C08-03129 MMC |
|---|---|---|---|
| 13 | Plaintiff, | ) ) ) | CASE NO. C08-03129 MMC |
| 14 | v. | ) ) | **[PROPOSED]** **ORDER GRANTING STIPULATED JOINT** |
| 15 | BIOLITEC, INC., DORNIER MEDTECH AMERICA, INC., and NEW STAR LASERS, INC. d/b/a COOLTOUCH, INC., | ) ) ) | **ADMINISTRATIVE MOTION FOR PERMISSION TO BRING EQUIPMENT INTO COURTROOM FOR CLAIM** |
| 16 | | ) ) | **CONSTRUCTION HEARING** |
| 17 | Defendants. | ) ) ) | AND DIRECTIONS TO PARTIES **(Civil Local Rule 7-11)** |
| 18 | | ) ) | |
| 19 | VNUS MEDICAL TECHNOLOGIES, INC., | ) ) | CASE NO. C08-04234 MMC (consolidated with Case No. C08-03129 |
| 20 | Plaintiff, | ) ) | MMC) |
| 21 | v. | ) ) | |
| 22 | TOTAL VEIN SOLUTIONS, LLC d/b/a TOTAL VEIN SYSTEMS, | ) ) ) | |
| 23 | | ) ) | |
| 24 | Defendant. | ) ) ) | |
| 25 | | ) ) ) | |
| 26 | | | |

27      Plaintiff VNUS Medical Technologies, Inc. and defendants biolitec, Inc., Dornier MedTech

28  America, Inc. and New Star Lasers, Inc. d/b/a CoolTouch, Inc. have requested permission to bring

certain equipment into the courtroom for the hearing presently set for September 14, 2009.  The parties have further requested permission to set up the equipment in the courtroom on the afternoon of September 11, 2009, and leave said equipment in the courtroom over the weekend for use on September 14, 2009.

     IT IS HEREBY ORDERED that VNUS Medical Technologies, Inc., biolitec, Inc., Dornier MedTech America, Inc. and New Star Lasers, Inc. d/b/a CoolTouch, Inc. shall be permitted to bring and set up the following items into the courtroom on September 11, 2009, for the claim construction hearing scheduled for September 14, 2009 at 10:00 a.m.:

1. Overhead projectors
2. Elmo projector
3. Laptop computers
4. Projection screens
5. Computer cables
6. Connection cords
7. Power cords
8. Power strip
9. Computer mouse
10. Video switch
11. Small tables
12. Laser pointers
13. Duct tape
14. General office supplies
15. Small toolset
16. Samples of the accused products, including laser fiber kits

     Further, the parties are DIRECTED to contact the Deputy Clerk to schedule a time to set up the equipment.

IT IS SO ORDERED.

Dated: September 2, 2009

_____
Honorable Maxine M. Chesney
United States District Court Judge

1

[PROPOSED] ORDER GRANTING STIPULATED JOINT ADMINISTRATIVE MOTION FOR PERMISSION TO BRING EQUIPMENT INTO COURTROOM FOR CLAIM CONSTRUCTION HEARING – Case Nos.: C08-03129 MMC & C08-04234 MMC