**CIVIL MINUTES**

**Judge MAXINE M. CHESNEY**

Date: **September 14, 2009**

**C-08-3129 - MMC**

**VNUS MEDICAL TECHNOLOGIES     vs   BIOLITEC, INC.**

| | |
|---|---|
| Attorneys:   Matthew Lehr | James Geriak, Michael Rader, Howard Slavitt |
| Diem-Suong Nguyen | John Buche, Sean Sullivan, Alan Nichols |
| | Charles Steenburg |

Deputy Clerk: **TRACY LUCERO**          Reporter:   **Debra Pas**

**PROCEEDINGS:**                                                                                    **RULING:**

1. Tutorial

2. Claim Construction Hearing

3. _____

   ( ) Status Conference     ( ) P/T Conference     ( ) Case Management Conference

(X) ORDER TO BE PREPARED BY:   Plntf_____   Deft_____   Court X

( ) Referred to Magistrate For:_____
           ( )By Court
( ) CASE CONTINUED TO _____   for _____

Discovery Cut-Off_____Expert Discovery Cut-Off_____

Plntf to Name Experts by _____Deft to Name Experts by_____

P/T Conference Date_____ Trial Date_____ Set for _____ days
                     Type of Trial:  ( )Jury    ( )Court
Notes: _____