Matthew B. Lehr (Bar No. 213139)
Suong T. Nguyen (Bar No. 237557)
David J. Lisson (Bar No. 250994)
Chung G. Suh (Bar No. 244889)
Jeremy Brodsky (Bar No. 257674)
DAVIS POLK & WARDWELL LLP
1600 El Camino Real
Menlo Park, California 94025
Telephone: (650) 752-2000
Facsimile: (650) 752-2111

Attorneys for Plaintiff
VNUS Medical Technologies, Inc.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| VNUS MEDICAL TECHNOLOGIES, INC., | ) | LEAD CASE NO. C08-03129 MMC |
| | ) | |
| Plaintiff, | ) | CASE NO. C08-3129 MMC |
| | ) | |
| v. | ) | **STIPULATION AND [PROPOSED] ORDER SUBSTITUTING TYCO HEALTHCARE GROUP LP D/B/A VNUS MEDICAL TECHNOLOGIES AS PLAINTIFF AND COUNTER-CLAIM DEFENDANT PURSUANT TO FED. R. CIV. P. 25(C)** |
| BIOLITEC, INC., DORNIER MEDTECH AMERICA, INC., and NEW STAR LASERS, INC. d/b/a COOLTOUCH, INC., | ) | |
| Defendants. | ) | |
| | ) | |
| VNUS MEDICAL TECHNOLOGIES, INC., | ) | CASE NO. C08-04234 MMC (consolidated with C08-3129 MMC) |
| Plaintiff, | ) | |
| v. | ) | |
| TOTAL VEIN SOLUTIONS, LLC d/b/a TOTAL VEIN SYSTEMS, | ) | |
| Defendant. | ) | |

STIPULATION AND [PROPOSED] ORDER SUBSTITUTING PLAINTIFF AND COUNTER-CLAIM
DEFENDANT – CASE NOs. C08-03129 MMC & C08-04234 MMC

1   WHEREAS, this action involves *inter alia* claims for patent infringement and
2   counterclaims for invalidity, non-infringement, and unenforceability of the following patents: U.S.
3   Patent Nos. 6,752,803; 6,769,433; 6,258,084; 7,396,355; and 7,406,970 (collectively, the "patents-
4   in-suit");
5   WHEREAS, at the time of filing this action, Plaintiff VNUS Medical Technologies, Inc.
6   ("VNUS") alleged that it owned all right, title and interest in the patents-in-suit;
7   WHEREAS, on June 26, 2009, VNUS executed and filed with the Secretary of State of the
8   State of Delaware a Certificate of Conversion of VNUS into VNUS Medical Technologies, LLC
9   ("VNUS LLC");
10  WHEREAS, Tyco Healthcare Group LP d/b/a VNUS Medical Technologies ("THGLP"), a
11  Delaware limited partnership, is the sole member, and owner of all the outstanding limited liability
12  company interests, of VNUS LLC;
13  WHEREAS, on June 26, 2009, THGLP authorized and approved (i) the dissolution of VNUS
14  LLC, and (ii) the winding up of VNUS LLC's affairs and the distribution of its assets.
15  WHEREAS, in connection with and to effectuate such distribution, VNUS LLC and THGLP
16  entered into an Assignment and Assumption Agreement whereby VNUS LLC assigned to THGLP all
17  of the assets of VNUS LLC and THGLP assumed all of the liabilities of VNUS LLC;
18  WHEREAS, pursuant to the Assignment and Assumption Agreement effective June 26,
19  2009, VNUS LLC transferred and assigned the entire right, title and interest in the patents-in-suit,
20  including the right to sue for present, past and future infringement, to THGLP;
21  WHEREAS, THGLP accordingly has become the real party in interest in this litigation with
22  standing to sue for present, past and future infringement of the patents-in-suit;
23  NOW, THEREFORE, the parties to this action, through their respective attorneys of record,
24  stipulate and agree as follows:
25  1.   Pursuant to Federal Rule of Civil Procedure 25(c), THGLP is substituted for VNUS
26  as plaintiff and counter-claim defendant in the above-captioned action, and shall assume all of
27  VNUS's rights and obligations with respect thereto.
28

1    2.   THGLP hereby acknowledges actual notice of this action and subjects itself to the
2 jurisdiction of the Court in this action.
3    3.   To avoid confusion, THGLP shall continue to be called VNUS for purposes of this
4 action, which shall be re-captioned as follows: "Tyco Healthcare Group LP d/b/a VNUS Medical
5 Technologies, Plaintiff/Counterclaim Defendant v. biolitec, Inc., Dornier MedTech America, Inc.,
6 and New Star Lasers, Inc. d/b/a CoolTouch, Inc., Defendants/Counterclaim Plaintiffs, Lead Case
7 No. C08-03129 MMC" and "Tyco Healthcare Group LP d/b/a VNUS Medical Technologies,
8 Plaintiff/Counterclaim Defendant v. Total Vein Solutions, LLC d/b/a Total Vein Systems,
9 Defendant/Counterclaim Plaintiff, Case No. C08-04234 MMC (consolidated with Lead Case No.
10 C08-3129 MMC)."

Dated:   October 21, 2009

Respectfully Submitted,

ATTORNEYS FOR PLAINTIFF
VNUS MEDICAL TECHNOLOGIES, INC.

By:   /s/ David J. Lisson
Matthew B. Lehr (Bar No. 213139)
Diem-Suong T. Nguyen (Bar No. 237557)
David J. Lisson (Bar No. 250994)
Chung G. Suh (Bar No. 244889)
Jeremy Brodsky (Bar No. 257674)
DAVIS POLK & WARDWELL LLP
1600 El Camino Real
Menlo Park, CA  94025
(650) 752-2000/(650) 752-2111 (fax)
matthew.lehr@davispolk.com
suong.nguyen@davispolk.com
david.lisson@davispolk.com
gemma.suh@davispolk.com
jeremy.brodsky@davispolk.com

ATTORNEYS FOR DEFENDANT BIOLITEC, INC.

By:   /s/ Charles T. Steenburg
Michael A. Albert *(pro hac vice)*
Michael N. Rader *(pro hac vice)*
Charles T. Steenburg *(pro hac vice)*
WOLF, GREENFIELD & SACKS, P.C.
600 Atlantic Avenue
Boston, MA 02210
(617) 646-8000/(617) 646-8646 (fax)
malbert@wolfgreenfield.com
mrader@wolfgreenfield.com
csteenburg@wolfgreenfield.com

| | |
|---|---|
| 1 | ATTORNEYS FOR DEFENDANT |
| | NEW STAR LASERS, INC. d/b/a COOLTOUCH, |
| 2 | INC. |
| 3 | |
| | By:   /s/ Allan W. Jansen |
| 4 |      James W. Geriak (Bar No. 32871) |
| |      Allan W. Jansen (Bar No. 81992) |
| 5 |      Mark Stirrat (Bar No. 229448) |
| |      ORRICK, HERRINGTON & SUTCLIFFE |
| 6 |      LLP |
| |      4 Park Plaza, Suite 1600 |
| 7 |      Irvine, CA 92614-2558 |
| |      (949) 567-6700/(949) 567-6710 (fax) |
| 8 |      jgeriak@orrick.com |
| |      ajansen@orrick.com |
| 9 |      mstirrat@orrick.com |
| 10 | ATTORNEYS FOR DEFENDANT |
| | DORNIER MEDTECH AMERICA, INC. |
| 11 | |
| 12 | By:   /s/ Richard W. Miller |
| |      Lisa Kobialka (Bar No. 191404) |
| 13 |      King & Spalding LLP |
| |      333 Twin Dolphin Drive |
| 14 |      Suite 400 |
| |      Redwood Shores, California 94065 |
| 15 |      Telephone: (650) 590-0700 |
| |      Facsimile: (650) 590-1900 |
| 16 |      lkobialka@kslaw.com |
| 17 |      A. Shane Nichols *(pro hac vice)* |
| |      Richard W. Miller *(pro hac vice)* |
| 18 |      KING & SPALDING LLP |
| |      1180 Peachtree Street, N.E. |
| 19 |      Atlanta, GA 30309-3521 |
| |      (404) 572-4600/(404) 572-5100 |
| 20 |      snichols@kslaw.com |
| |      rmiller@kslaw.com |
| 21 | |
| 22 | ATTORNEYS FOR DEFENDANT TOTAL VEIN |
| | SOLUTIONS, LLC d/b/a TOTAL VEIN SYSTEMS |
| 23 | |
| 24 | By:   /s/ John Karl Buche |
| |      John Karl Buche (Bar No. 239477) |
| 25 |      Sean M. Sullivan (Bar No. 254372) |
| |      BUCHE & ASSOCIATES, PC |
| 26 |      875 Prospect, Suite 305 |
| |      La Jolla, CA 92037 |
| 27 |      Tel:    (858) 459-9111 |
| |      Fax:   (858) 459-9120 |
| 28 |      jbuche@ buchelaw.com |
| |      ssullivan@buchelaw.com |

Pursuant to General Order No. 45, I hereby attest that that I have concurrence to file this stipulation from all parties whose signatures are indicated by a "conformed" signature (/s/) within this e-filed document.

／s/ David J. Lisson
David J. Lisson

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: October 22, 2009

MAXINE M. CHESNEY
United States District Judge