John Karl Buche (SBN 239477)
Sean M. Sullivan (SBN 254372)
BUCHE & ASSOCIATES, P.C.
875 Prospect, Suite 305
La Jolla, California 92037
Telephone: 858.459.9111
Facsimile: 858.459.9120
jbuche@buchelaw.com
ssullivan@buchelaw.com

Attorneys for Defendants,
TOTAL VEIN SOLUTIONS, LLC

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| TYCO HEALTHCARE GROUP LP d/b/a VNUS MEDICAL TECHNOLOGIES,<br><br>　　　　Plaintiff/Counter-defendants,<br><br>　　v.<br><br>BIOLITEC, INC., DORNIER MEDTECH AMERICA, INC., and NEW STAR LASERS, INC., d/b/a COOLTOUCH, INC.,<br><br>　　　　Defendants/Counterclaimants. | LEAD CASE NO. C08-3129-MMC<br><br>(Consolidated Case No. C08-4234-MMC)<br>ORDER APPROVING<br>**STIPULATION AND [PROPOSED] ORDER TO PERMIT COUNSEL TO APPEAR BY TELEPHONE AT FURTHER STATUS CONFERENCE SET FOR NOVEMBER 6, 2009**<br><br>**(Civil Local Rule 7-12)** |
| TYCO HEALTHCARE GROUP LP d/b/a VNUS MEDICAL TECHNOLOGIES,<br><br>　　　　Plaintiff/Counter-defendants,<br><br>　　v.<br><br>TOTAL VEIN SOLUTIONS, LLC, d/b/a TOTAL VEIN SYSTEMS,<br><br>　　　　Defendant/Counterclaimants. | |

- 1 -

**STIPULATION TO APPEAR BY TELEPHONE** *Lead Case No. C08-03129 MMC*
*Consolidated Case No. C08-04234 MMC*

WHEREAS, a Further Status Conference is scheduled to take place on November 6, 2009, at 10:30 a.m., in Courtroom No. 7, before the Honorable Maxine M. Chesney;

WHEREAS, lead counsel for the various defendants live and practice in various cities across the country. Below-signed lead trial counsel for defendant biolitec, Inc. ("biolitec") live and practice in Boston, Massachusetts. Below-signed lead trial counsel for defendant Dornier MedTech America, Inc. ("Dornier") live and practice in Atlanta, Georgia. Below-signed lead trial counsel for defendant New Star Lasers, Inc. d/b/a Cooltouch, Inc. ("Cooltouch") live and practice in Irvine, California. Below-signed lead trial counsel for defendant Total Vein Solutions, LLC d/b/a Total Vein Systems ("TVS") live and practice in La Jolla/San Diego, California;

WHEREAS no motions are set for argument at the hearing set for November 6, and counsel each believe the hearing will be relatively brief and relate only to case status updates and other straightforward and brief procedural matters;

WHEREAS counsel believe the benefit of a personal appearance at a brief procedural hearing is outweighed by the significant expense to each of the defendants for their respective counsel to travel to San Francisco from the various cities in which each attorney practices;

WHEREAS plaintiff Tyco Healthcare Group LP d/b/a VNUS Medical Technologies ("VNUS"), by and through their counsel of record, have agreed to the request by defense counsel to appear by telephone;

NOW THEREFORE, defendants Cooltouch, biolitec, Dornier, TVS and plaintiff VNUS Medical Technologies, Inc., by and through their respective counsel of record, hereby stipulate, agree, and jointly apply to the Court for an Order in the above-entitled action permitting the below-signed defense counsel to telephonically appear at the Further Status Conference set for November 6, 2009.

//

//

//

//

**STIPULATION TO APPEAR BY TELEPHONE**  *Lead Case No. C08-03129 MMC*
*Consolidated Case No. C08-04234 MMC*

| | | |
|---|---|---|
| 1 | Dated: October 27, 2009 | Respectfully Submitted, |
| 2 | | ATTORNEYS FOR DEFENDANT TOTAL VEIN SOLUTIONS, LLC d/b/a TOTAL VEIN SYSTEMS |
| 3 | | |
| 4 | | |
| 5 | | By: /s/ Sean M. Sullivan |
| 6 | | John Karl Buche (SBN 239477) |
| | | Sean M. Sullivan (SBN 254372) |
| 7 | | BUCHE & ASSOCIATES, P.C. |
| | | 875 Prospect, Suite 305 |
| 8 | | La Jolla, California 92037 |
| | | Telephone: 858.459.9111 |
| 9 | | Facsimile: 858.459.9120 |
| 10 | | jbuche@buchelaw.com |
| | | ssullivan@buchelaw.com |
| 11 | | |
| 12 | | |
| | | ATTORNEYS FOR DEFENDANT BIOLITEC, INC. |
| 13 | | |
| 14 | | |
| 15 | | By: /s/ Michael N. Rader |
| | | Michael A. Albert *(pro hac vice)* |
| 16 | | Michael N. Rader *(pro hac vice)* |
| | | Charles T. Steenburg *(pro hac vice)* |
| 17 | | WOLF, GREENFIELD & SACKS, P.C. |
| | | 600 Atlantic Avenue |
| 18 | | Boston, MA 02210 |
| | | (617) 646-8000/(617) 646-8646 |
| 19 | | malbert@wolfgreenfield.com |
| | | mrader@wolfgreenfield.com |
| 20 | | csteenburg@wolfgreenfield.com |

- 3 -

**STIPULATION TO APPEAR BY TELEPHONE**  *Lead Case No. C08-03129 MMC*
*Consolidated Case No. C08-04234 MMC*

ATTORNEYS FOR DEFENDANT
NEW STAR LASERS, INC. d/b/a COOLTOUCH, INC.

By: /s/ James W. Geriak
James W. Geriak (Bar No. 32871)
Allan W. Jansen (Bar No. 81992)
ORRICK, HERRINGTON & SUTCLIFFE LLP
4 Park Plaza, Suite 1600
Irvine, CA 92614-2558
(949) 567-6700/(949) 567-6710 (fax)
jgeriak@orrick.com
ajansen@orrick.com

ATTORNEYS FOR DEFENDANT
DORNIER MEDTECH AMERICA, INC.

By: /s/ A. Shane Nichols
A. Shane Nichols *(pro hac vice)*
Richard W. Miller *(pro hac vice)*
KING & SPALDING LLP
1180 Peachtree Street, N.E.
Atlanta, GA 30309-3521
(404) 572-4600/(404) 572-5100
snichols@kslaw.com
rmiller@kslaw.com

ATTORNEYS FOR PLAINTIFF
VNUS MEDICAL TECHNOLOGIES, INC.

By: /s/ Diem-Suong T. Nguyen
Matthew B. Lehr (Bar No. 213139)
Diem-Suong T. Nguyen (Bar No. 237557)
DAVIS POLK & WARDWELL
1600 El Camino Real
Menlo Park, CA 94025
(650) 752-2000/(650) 752-2111 (fax)
mlehr@dpw.com
nguyen@dpw.com

1  Pursuant to General Order No. 45, I hereby attest that I have concurrence to file this
2  stipulation from all parties whose signatures are indicated by a "conformed" signature (/s/) within
3  this e-filed document.

                                                              __/s/ Sean M. Sullivan_____

                                                                              Sean M. Sullivan

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: __November 3_____, 2009

                                                               _____
                                                               HON. MAXINE M. CHESNEY
                                                               United States District Judge