IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TYCO HEALTHCARE GROUP LP d/b/a<br>VNUS MEDICAL TECHNOLOGIES<br><br>    Plaintiff<br><br>  v.<br><br>BIOLITEC, INC., et al.,<br><br>    Defendants | No. C-08-3129 MMC<br><br>**ORDER DENYING STIPULATED REQUEST FOR EXTENSION OF DEADLINES** |

    Before the Court is the parties' Stipulated Request to Extend Certain Deadlines for Discovery and Dispositive Motions, filed November 13, 2009.

    In support thereof, the parties state, with little elaboration, that "scheduling difficulties" have rendered the current schedule "impractical." (See Stipulated Req. at 2:1-2; Rader Decl. ¶ 3 (referring to "volume of documents produced by [p]laintiff" and "obligations faced by [d]efendants' counsel in other matters").) Moreover, the parties fail to address the effect of their proposed extensions on the pretrial and trial dates. The parties propose, for example, a dispositive motion filing deadline that would require a hearing on any such filing to be conducted only six court days in advance of the filing deadline for motions in limine and other pretrial submissions.

    Accordingly, the Stipulated Request is hereby DENIED without prejudice.

**IT IS SO ORDERED.**

Dated: November 17, 2009

                                      MAXINE M. CHESNEY
                                      United States District Judge