HOWARD A. SLAVITT (State Bar # 172840)
COBLENTZ, PATCH, DUFFY & BASS, LLP
One Ferry Building, Suite 200
San Francisco, CA 94111-4213
Telephone: (415) 391-4800
Facsimile: (415) 989-1663
E-mail: has@cpdb.com

MICHAEL A. ALBERT (admitted *pro hac vice*)
MICHAEL N. RADER (admitted *pro hac vice*)
CHARLES T. STEENBURG (admitted *pro hac vice*)
WOLF, GREENFIELD & SACKS, P.C.
600 Atlantic Avenue
Boston, MA 02210-2206
Telephone: (617) 646-8000
Facsimile: (617) 646-8646
E-mail: malbert@wolfgreenfield.com
mrader@wolfgreenfield.com
csteenburg@wolfgreenfield.com

Attorneys for Defendant biolitec, Inc.

[Other counsel of record listed on last page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| TYCO HEALTHCARE GROUP LP d/b/a VNUS MEDICAL TECHNOLOGIES,<br><br>Plaintiff,<br><br>vs.<br><br>BIOLITEC, INC., DORNIER MEDTECH AMERICA, INC., and NEW STAR LASERS, INC. d/b/a COOLTOUCH, INC.,<br><br>Defendants. | Case No. C08-03129 MMC<br><br>**STIPULATED REQUEST AND [PROPOSED] ORDER PURSUANT TO CIVIL L.R. 6-2 TO EXTEND CERTAIN DISCOVERY DEADLINES**<br><br>AND ORDER THEREON |
| TYCO HEALTHCARE GROUP LP d/b/a VNUS MEDICAL TECHNOLOGIES,<br><br>Plaintiff,<br><br>vs.<br><br>TOTAL VEIN SOLUTIONS, LLC. d/b/a TOTAL VEIN SYSTEMS,<br><br>Defendants. | Case No. C08-04234 MMC<br>(consolidated with Case No. C08-03129 MMC) |

COBLENTZ, PATCH, DUFFY & BASS, LLP
One Ferry Building, Suite 200, san francisco, ca 94111-4213
(415) 391-4800 • fax (415) 989-1663

WHEREAS scheduling difficulties have rendered impractical certain discovery deadlines in this case and in order to efficiently manage discovery, Tyco Healthcare Group LP d/b/a VNUS Medical Technologies, Inc., biolitec, Inc., Dornier MedTech America, Inc., New Star Lasers, Inc. d/b/a CoolTouch, Inc. and Total Vein Solutions, LLC d/b/a Total Vein Systems (each a "Party" and collectively the "Parties") have conferred and respectfully request that the Court enter an order in accordance with the stipulation among the parties as follows:

1. The Parties agree that each side will be entitled to take more than the default number of depositions contemplated by Fed. R. Civ. P. 30. VNUS may take up to 28 total fact depositions (including individual fact witness depositions and Rule 30(b)(6) depositions). VNUS may take no more than seven depositions of each Defendant (including individual fact witness depositions and Rule 30(b)(6) depositions). Defendants may take 20 total fact depositions (including individual fact witness depositions and Rule 30(b)(6) depositions). Expert depositions and depositions of third party witnesses are not included in the aforementioned limits.

2. On or before August 30, 2010, each Party will disclose to the opposing side all persons they intend to offer as witnesses in their case in chief at trial. In addition, to the extent such witnesses were not identified in the Party's Initial Disclosures, the Party intending to call such witness will promptly identify such witness as soon as known and, in any event, on or before August 30, 2010. Except for witnesses offered in rebuttal to evidence offered by another Party, the Parties will be barred from introducing testimony of witnesses not disclosed to the other side by August 30, 2010.

3. Each side shall be permitted to depose, no later than four weeks before the commencement of trial, any person identified as a potential trial witness by the opposing side, to the extent such individuals have not previously been deposed in this litigation. Such depositions are not subject to and do not count against the aforementioned limit on fact depositions.

4. A further status conference will be held on Friday May 14, 2010 at 10:30 am, subject to the Court's availability.

5. The Pretrial Preparation Order (D.I. 81) shall be amended to specify the following new discovery deadlines, none of which affect the Pre-Trial Conference or the Trial Date in this action:

| Event | Current Date | New Date |
|---|---|---|
| Fact Discovery Cut-Off | February 1, 2010 | March 1, 2010 |
| Final Date for Motions to Compel Fact Discovery (Civ. L.R. 26-2) | February 8, 2010 | March 8, 2010 |
| Deadline for Expert Reports for Issues on which the Parties Bear the Burden | March 5, 2010 | April 2, 2010 |
| Deadline for Rebuttal Expert Reports | April 9, 2010 | May 7, 2010 |
| Status Conference | n/a | May 14, 2010 |
| Expert Discovery Cut-Off | May 14, 2010 | June 4, 2010 |
| Final Date for Motions to Compel Expert Discovery (Civ. L.R. 26-2) | May 21, 2010 | June 11, 2010 |
| Deadline for Filing of Dispositive Motions | June 25, 2010 (no change) ||
| Deadline for Filing of Oppositions to Dispositive Motions | July 9, 2010 (no change) ||
| Deadline for Filing of Replies to Dispositive Motions | July 16, 2010 (no change) ||
| Deadline for Production of Summary Sales and Financial Data for Quarters Concluded After Fact Discovery Cut-Off | n/a | July 16, 2010 |

| Event | Current Date | New Date |
|---|---|---|
| Hearing on Dispositive Motions | July 30, 2010 (no change) | |
| Deadline for Plaintiff's Supplemental Expert Reports Related to Damages[1] | n/a | July 26, 2010 |
| Deadline for Defendants' Supplemental Rebuttal Expert Reports Related to Damages[2] | n/a | August 13, 2010 |
| Pre-Trial Conference | September 14, 2010 (no change) | |
| Trial Begins | October 18, 2010 (no change) | |

Pursuant to Civil L.R. 6-2, the accompanying declaration of Michael N. Rader describes the reasons for the enlargement of time, discloses all previous time modifications in the case, and explains that the requested time modification would not have any effect on the currently-scheduled trial date.

Dated: November 18, 2009         WOLF, GREENFIELD & SACKS, P.C.

  /s/ Michael N. Rader
Michael N. Rader (*admitted pro hac vice*)
Charles T. Steenburg (*admitted pro hac vice*)
600 Atlantic Avenue
Boston, MA 02210
Tel: (617) 646-8000
Fax: (617) 646-8646
mrader@wolfgreenfield.com
csteenburg@wolfgreenfield.com

Attorneys for Defendant biolitec, Inc.

---

[1] The Parties stipulate that the content of Plaintiff's supplemental expert reports related to damages will be limited to the analysis of the summary sales and financial data required to be produced by July 16, 2010.

[2] The Parties stipulate that the content of Defendants' supplemental expert reports related to damages will be limited to the analysis of (1) Plaintiff's supplemental expert reports related to damages and (2) the summary sales and financial data required to be produced by July 16, 2010.

COBLENTZ, PATCH, DUFFY & BASS, LLP
One Ferry Building, Suite 200, san francisco, ca 94111-4213
(415) 391-4800 • fax (415) 989-1663

Coblentz, Patch, Duffy & Bass, LLP
One Ferry Building, Suite 200, san francisco, ca 94111-4213
(415) 391-4800 • fax (415) 989-1663

| | |
|---|---|
| 1 | |
| 2 | KING & SPALDING LLP |
| 3 | ___/s/ Richard W. Miller___ |
|   | A. Shane Nichols (*admitted pro hac vice*) |
| 4 | Richard W. Miller (*admitted pro hac vice*) |
|   | 1180 Peachtree Street N.E. |
| 5 | Atlanta, GA 30309-3521 |
|   | Tel: (404) 572-4600 |
| 6 | Fax: (404) 572-5100 |
|   | snichols@kslaw.com |
| 7 | rmiller@kslaw.com |
| 8 | |
|   | Attorneys for Defendant |
| 9 | Dornier MedTech America, Inc. |
| 10 | ORRICK, HERRINGTON & SUTCLIFFE LLP |
| 11 | |
|    | ___/s/ James W. Geriak___ |
| 12 | James W. Geriak (Bar No. 32871) |
|    | Allan W. Jansen (Bar No. 81992) |
| 13 | 4 Park Plaza, Suite 1600 |
|    | Irvine, CA 92614-2558 |
| 14 | Tel: (949) 567-6700 |
|    | Fax: (949) 567-6710 |
| 15 | jgeriak@orrick.com |
|    | ajansen@orrick.com |
| 16 | |
| 17 | Attorneys for Defendant |
|    | New Star Lasers, Inc. d/b/a CoolTouch, Inc. |
| 18 | |
| 19 | BUCHE & ASSOCIATES, P.C. |
| 20 | |
|    | ___/s/ John Karl Buche___ |
| 21 | John Karl Buche (Bar No. 239477) |
|    | Sean M. Sullivan (Bar No. 254372) |
| 22 | 875 Prospect, Suite 305 |
|    | La Jolla, CA 92037 |
| 23 | Tel: (858) 812-2840 |
|    | Fax: (858) 459-9120 |
| 24 | jbuche@westerniplaw.com |
|    | sean@westerniplaw.com |
| 25 | |
| 26 | Attorneys for Defendant |
|    | Total Vein Solutions, LLC d/b/a Total Vein Systems |

COBLENTZ, PATCH, DUFFY & BASS, LLP
One Ferry Building, Suite 200, san francisco, ca 94111-4213
(415) 391-4800 • fax (415) 989-1663

DAVIS POLK & WARDWELL LLP

 /s/ David J. Lisson
Matthew B. Lehr (Bar No. 213139)
Suong T. Nguyen (Bar No. 237557)
David J. Lisson (Bar No. 250994)
1600 El Camino Real
Menlo Park, CA 94025
Tel: (650) 752-2000
Fax: (650) 752-2111
matthew.lehr@davispolk.com
suong.nguyen@davispolk.com
david.lisson@davispolk.com

Attorneys for Plaintiff
Tyco Healthcare Group LP d/b/a
VNUS Medical Technologies

I hereby attest that I have on file written (or e-mail) permission to sign this stipulation from all parties whose signatures are indicated by a "confirmed" signature (/s/) within this e-filed document.

Dated: November 18, 2009          /s/ Michael N. Rader
                                  Michael N. Rader


PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated:       November 20, 2009
                                  HON. MAXINE M. CHESNEY, U.S.D.J.