HOWARD A. SLAVITT (State Bar # 172840)
COBLENTZ, PATCH, DUFFY & BASS, LLP
One Ferry Building, Suite 200
San Francisco, CA 94111-4213
Telephone: (415) 391-4800
Facsimile: (415) 989-1663
E-mail:    has@cpdb.com

MICHAEL A. ALBERT (admitted *pro hac vice*)
MICHAEL N. RADER (admitted *pro hac vice*)
CHARLES T. STEENBURG (admitted *pro hac vice*)
WOLF, GREENFIELD & SACKS, P.C.
600 Atlantic Avenue
Boston, MA  02210-2206
Telephone: (617) 646-8000
Facsimile: (617) 646-8646
E-mail:    malbert@wolfgreenfield.com
           mrader@wolfgreenfield.com
           csteenburg@wolfgreenfield.com

Attorneys for Defendant biolitec, Inc.

[Other counsel of record listed on last page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| TYCO HEALTHCARE GROUP LP d/b/a VNUS MEDICAL TECHNOLOGIES,<br><br>    Plaintiff,<br><br>    vs.<br><br>BIOLITEC, INC., DORNIER MEDTECH AMERICA, INC., and NEW STAR LASERS, INC. d/b/a COOLTOUCH, INC.,<br><br>    Defendants. | Case No. C08-03129 MMC<br><br>**CIVIL L.R. 7-12 STIPULATION REGARDING AMENDMENT OF INVALIDITY CONTENTIONS**<br><br>AND ORDER THEREON |
| TYCO HEALTHCARE GROUP LP d/b/a VNUS MEDICAL TECHNOLOGIES,<br><br>    Plaintiff,<br><br>    vs.<br><br>TOTAL VEIN SOLUTIONS, LLC. d/b/a TOTAL VEIN SYSTEMS,<br><br>    Defendants. | Case No. C08-04234 MMC<br>(consolidated with Case No. C08-03129 MMC) |

COBLENTZ, PATCH, DUFFY & BASS, LLP
One Ferry Building, Suite 200, San Francisco, CA 94111-4213
(415) 391-4800 • fax (415) 989-1663

1   WHEREAS Defendants biolitec, Inc., Dornier Medtech America, Inc., New Star Lasers,

2   Inc. d/b/a Cooltouch, Inc., and Total Vein Solutions, LLC d/b/a Total Vein Systems

3   ("Defendants") recently obtained certain references that Defendants contend to be material prior

4   art to patents asserted by Plaintiff Tyco Healthcare Group LP d/b/a VNUS Medical Technologies

5   (Plaintiff) in the above-captioned litigation;

6

7   WHEREAS despite diligent searching, those references were not known to Defendants at

8   the time their Patent L.R. 3-3 Invalidity Contentions were due;

9   WHEREAS Patent Local Rule 3-6 permits parties to amend Invalidity Contentions by

10  Order of the Court;

11  WHEREAS Defendant biolitec, Inc., provided Plaintiff with a [Proposed] Amendment to

12  biolitec Inc.'s Invalidity Contentions, attached hereto as Exhibit A;

13  WHEREAS the proposed amendment would not affect the schedule of the case; and

14  WHEREAS Plaintiff does not object to the proposed amendment;

15

16  NOW, THEREFORE, Defendants request, and Plaintiff does not oppose, that the Court

17  grant leave for biolitec, Inc. to amend its Invalidity Contentions to include Exhibit A, and permit

18  the other Defendants to rely on the amendment to the same extent as biolitec.

19

20  Dated:  February 22, 2010          WOLF, GREENFIELD & SACKS, P.C.

21

22   /s/ Michael N. Rader
    Michael N. Rader (*admitted pro hac vice*)

23  Charles T. Steenburg (*admitted pro hac vice*)

    600 Atlantic Avenue
24  Boston, MA 02210
    Tel: (617) 646-8000
25  Fax: (617) 646-8646
    mrader@wolfgreenfield.com
26  csteenburg@wolfgreenfield.com

27  Attorneys for Defendant biolitec, Inc.

28

KING & SPALDING LLP

  /s/ A. Shane Nichols
A. Shane Nichols (*admitted pro hac vice*)
Richard W. Miller (*admitted pro hac vice*)
1180 Peachtree Street N.E.
Atlanta, GA 30309-3521
Tel: (404) 572-4600
Fax: (404) 572-5100
snichols@kslaw.com
rmiller@kslaw.com

Attorneys for Defendant
Dornier MedTech America, Inc.

ORRICK, HERRINGTON & SUTCLIFFE LLP

  /s/ Allan W. Jansen
James W. Geriak (Bar No. 32871)
Allan W. Jansen (Bar No. 81992)
4 Park Plaza, Suite 1600
Irvine, CA 92614-2558
Tel: (949) 567-6700
Fax: (949) 567-6710
jgeriak@orrick.com
ajansen@orrick.com

Attorneys for Defendant
New Star Lasers, Inc. d/b/a CoolTouch, Inc.

BUCHE & ASSOCIATES, P.C.

  /s/ Sean M. Sullivan
John Karl Buche (Bar No. 239477)
Sean M. Sullivan (Bar No. 254372)
875 Prospect, Suite 305
La Jolla, CA 92037
Tel: (858) 812-2840
Fax: (858) 459-9120
jbuche@westerniplaw.com
sean@westerniplaw.com

Attorneys for Defendant
Total Vein Solutions, LLC d/b/a Total Vein Systems

COBLENTZ, PATCH, DUFFY & BASS, LLP
One Ferry Building, Suite 200, san francisco, ca 94111-4213
(415) 391-4800 • fax (415) 989-1663

DAVIS POLK & WARDWELL LLP

__/s/ Suong T. Nguyen_____
Matthew B. Lehr (Bar No. 213139)
Suong T. Nguyen (Bar No. 237557)
David J. Lisson (Bar No. 250994)
1600 El Camino Real
Menlo Park, CA 94025
Tel: (650) 752-2000
Fax: (650) 752-2111
matthew.lehr@davispolk.com
suong.nguyen@davispolk.com
david.lisson@davispolk.com

Attorneys for Plaintiff
Tyco Healthcare Group LP d/b/a
VNUS Medical Technologies


     I hereby attest that I have on file written (or e-mail) permission to sign this stipulation from all parties whose signatures are indicated by a "confirmed" signature (/s/) within this e-filed document.

Dated: February 22, 2010                  _____/s/ Michael N. Rader_____
                                        Michael N. Rader


**PURSUANT TO STIPULATION, IT IS SO ORDERED.**


Dated:    February 23, 2010____
                            HON. MAXINE M. CHESNEY, U.S.D.J.

COBLENTZ, PATCH, DUFFY & BASS, LLP
One Ferry Building, Suite 200, San Francisco, CA 94111-4213
(415) 391-4800 • Fax (415) 989-1663