IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

Tyco Healthcare Group LP d/b/a VNUS Medical Technologies, Inc.

Plaintiff,

v.

biolitec, Inc., et al.

Defendant.

CASE NO. 08-03129 M MC

~~(Proposed)~~
ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

C. Suzanne Johnson                , whose business address and telephone number is

King & Spalding LLP
1180 Peachtree St, N.E., Atlanta, Georgia 30309
(404) 572-2759

and who is an active member in good standing of the bar of Northern District of Georgia having applied in the above-entitled action for admission to practice in the Northern District of California on a pro hac vice basis, representing Dornier MedTech America, Inc.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: February 23, 2010

Maxine M. Chesney
United States District Judge