IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

TYCO HEALTHCARE GROUP LP, d/b/a
VNUS MEDICAL TECHNOLOGIES, INC.,

    Plaintiff,

  v.

BIOLITEC, INC., et al.,

    Defendants
_____/

No. C 08-3129 MMC

**ORDER REFERRING TO MAGISTRATE JUDGE DEFENDANT TOTAL VEIN SOLUTIONS, LLC'S MOTION TO COMPEL**

    Pursuant to Civil Local Rule 72-1, defendant Total Vein Solutions, LLC's "Motion to Compel Testimony and Overrule Objections of Tyco to TVS's 30(b)(6) Deposition Notice and Objections to Discovery," filed March 8, 2010, and all further discovery matters, are hereby REFERRED to a Magistrate Judge to be heard and considered at the convenience of the assigned Magistrate Judge's calendar.

    Counsel will be advised of the date, time and place of the next appearance, if any, by notice from the assigned Magistrate Judge's chambers.[1]

    **IT IS SO ORDERED**.

Dated: March 8, 2010

                                                MAXINE M. CHESNEY
                                                United States District Judge

---

[1] The April 16, 2010 hearing before the undersigned is VACATED.