HOWARD A. SLAVITT (State Bar # 172840)
COBLENTZ, PATCH, DUFFY & BASS, LLP
One Ferry Building, Suite 200
San Francisco, California 94111-4213
Telephone: (415) 391-4800
Facsimile:  (415) 989-1663
E-mail:  has@cpdb.com

MICHAEL N. RADER (admitted pro hac vice)
CHARLES T. STEENBURG (admitted pro hac vice)
WOLF, GREENFIELD & SACKS, P.C.
600 Atlantic Avenue
Boston, MA  02210-2206
Telephone:  (617) 646-8000
Facsimile:  (617) 646-8646
E-mail:  malbert@wolfgreenfield.com
         mrader@wolfgreenfield.com
         csteenburg@wolfgreenfield.com

Attorneys for Defendant biolitec, Inc.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| TYCO HEALTHCARE GROUP LP d/b/a VNUS MEDICAL TECHNOLOGIES,<br><br>Plaintiff,<br><br>vs.<br><br>BIOLITEC, INC., DORNIER MEDTECH AMERICA, INC., and NEW STAR LASERS, INC. d/b/a COOLTOUCH, INC.<br><br>Defendants. | Case No. C08-03129 MMC<br><br>**STIPULATION AND [PROPOSED] ORDER TO PERMIT COUNSEL TO APPEAR BY TELEPHONE AT FURTHER STATUS CONFERENCE SET FOR MAY 14, 2010**  AND ORDER THEREON<br><br>**(Civil Local Rule 7-12)** |
| TYCO HEALTHCARE GROUP LP d/b/a VNUS MEDICAL TECHNOLOGIES,<br><br>Plaintiff,<br><br>vs.<br><br>TOTAL VEIN SOLUTIONS, LLC. d/b/a TOTAL VEIN SYSTEMS,<br><br>Defendants. | Case No. C08-04234 MMC<br>(consolidated with Case No. C08-03129 MMC) |

WHEREAS a status conference in this case is scheduled to take place at 10:30 am on May 14, 2010 (D.I. 152 ¶ 4).

WHEREAS lead counsel for the various defendants live and practice in various cities across the country. Lead trial counsel for defendant biolitec, Inc. ("biolitec") live and practice in Boston, Massachusetts. Lead trial counsel for defendant Dornier MedTech America, Inc. ("Dornier") live and practice in Atlanta, Georgia. Lead trial counsel for defendant New Star Lasers, Inc. d/b/a Cooltouch, Inc. ("Cooltouch") live and practice in Irvine, California. Lead trial counsel for defendant Total Vein Solutions, LLC d/b/a Total Vein Systems ("TVS") live and practice in La Jolla/San Diego, California.

WHEREAS no motions are set for argument at the May 14 conference, and counsel believe the conference will be relatively brief and will relate to procedural matters such as case management;

WHEREAS counsel believe the benefit of a personal appearance at the conference is outweighed by the significant expense to each of the defendants for their respective counsel to travel to San Francisco from the various cities in which each attorney practices;

WHEREAS biolitec's lead counsel Michael Rader cannot travel to San Francisco in mid-May for the additional reason that his wife is expecting a baby in June.

WHEREAS plaintiff Tyco Healthcare Group LP d/b/a VNUS Medical Technologies ("VNUS"), by and through its counsel of record, have agreed to the request by defense counsel to appear by telephone.

NOW THEREFORE, the parties, by and through their respective counsel of record, hereby stipulate, agree, and jointly apply to the Court for an Order in the above-entitled action permitting all counsel to appear telephonically at the May 14, 2010 status conference.

Dated: April 16, 2010          Respectfully submitted,

ATTORNEYS FOR DEFENDANT
BIOLITEC, INC.


By:      /s/ Michael N. Rader
Michael N. Rader (pro hac vice)
Charles T. Steenburg (pro hac vice)
WOLF, GREENFIELD & SACKS, P.C.
600 Atlantic Avenue
Boston, MA 02210
(617) 646-8000
mrader@wolfgreenfield.com
csteenburg@wolfgreenfield.com


ATTORNEYS FOR DEFENDANT
TOTAL VEIN SOLUTIONS, LLC d/b/a
TOTAL VEIN SYSTEMS


By:      /s/ John Karl Buche
John Karl Buche (SBN 239477)
Sean M. Sullivan (SBN 254372)
BUCHE & ASSOCIATES, P.C.
875 Prospect, Suite 305
La Jolla, California 92037
(858) 459-9111
jbuche@buchelaw.com
ssullivan@buchelaw.com


ATTORNEYS FOR DEFENDANT
NEW STAR LASERS, INC. d/b/a
COOLTOUCH, INC.


By:      /s/ James W. Geriak
James W. Geriak (Bar No. 32871)
Allan W. Jansen (Bar No. 81992)
ORRICK, HERRINGTON & SUTCLIFFE
4 Park Plaza, Suite 1600
Irvine, CA 92614-2558
(949) 567-6700
jgeriak@orrick.com
ajansen@orrick.com

1
2   ATTORNEYS FOR DEFENDANT
    DORNIER MEDTECH AMERICA, INC.
3
4   By: _____/s/ A. Shane Nichols_____
    A. Shane Nichols (pro hac vice)
5   Richard W. Miller (pro hac vice)
    KING & SPALDING LLP
6   1180 Peachtree Street, N.E.
    Atlanta, GA 30309-3521
7   (404) 572-4600
    snichols@kslaw.com
8   rmiller@kslaw.com
9
10  ATTORNEYS FOR PLAINTIFF
    VNUS MEDICAL TECHNOLOGIES, INC.
11
12
13  By: _____/s/ Diem-Suong T. Nguyen___
    Matthew B. Lehr (Bar No. 213139)
14  Diem-Suong T. Nguyen (Bar No. 237557)
    DAVIS POLK & WARDWELL
15  1600 El Camino Real
    Menlo Park, CA 94025
16  (650) 752-2000
    mlehr@dpw.com
17  nguyen@dpw.com
18
19
20
21
22
23
24
25
26
27
28

4   STIPULATION TO APPEAR BY
    TELEPHONE – CASE NO. C08-3129 MMC

Pursuant to General Order No. 45, I hereby attest that I have concurrence to file this stipulation from all parties whose signatures are indicated by a "conformed" signature (/s/) within this e-filed document.

/s/ Michael N. Rader

Michael N. Rader

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: __April 19_____, 2010

*Maxine M. Chesney*
HON. MAXINE M. CHESNEY
United States District Judge

COBLENTZ, PATCH, DUFFY & BASS, LLP
One Ferry Building, Suite 200, san francisco, ca 94111-4213
(415) 391-4800 • fax (415) 989-1663