Reset Form

RECEIVED
2010 APR 22 P 3: 48
RICHARD W. WIEKING
U.S. DISTRICT COURT
N. DISTRICT OF CALIFORNIA

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

United States District Court
For the Northern District of California

VNUS MEDICAL TECHNOLOGIES,
INC.

Plaintiff(s),

v.

BIOLITEC, INC. ET AL.,

Defendant(s).

**CASE NO.** 08-03129 MMC

~~(Proposed)~~
**ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY
*PRO HAC VICE***

Allen S. Rugg , an active member in good standing of the bar of

whose business address and telephone number

(particular court to which applicant is admitted)

is  Wolf, Greenfield & Sacks, P.C.
600 Atlantic Avenue, Boston, MA 02210
(617) 646-8000

, having applied in the

above-entitled action for admission to practice in the Northern District of California on a *pro hac*

*vice* basis, representing

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and

conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac*

*vice* . Service of papers upon and communication with co-counsel designated in the application

will constitute notice to the party. All future filings in this action are subject to the requirements

contained in General Order No. 45, *Electronic Case Filing* .

Dated:  April 26, 2010

Maxine M. Chesney
United States District   Judge