John Karl Buche (SBN 239477)
Sean M. Sullivan (SBN 254372)
BUCHE & ASSOCIATES, P.C.
875 Prospect, Suite 305
La Jolla, California 92037
Telephone: 858.459.9111
Facsimile: 858.459.9120
jbuche@buchelaw.com
ssullivan@buchelaw.com

Attorneys for Defendants,
TOTAL VEIN SOLUTIONS, LLC

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| TYCO HEALTHCARE GROUP LP d/b/a VNUS MEDICAL TECHNOLOGIES, <br><br> Plaintiff/Counter-defendants, <br><br> v. <br><br> BIOLITEC, INC., DORNIER MEDTECH AMERICA, INC., and NEW STAR LASERS, INC., d/b/a COOLTOUCH, INC., <br><br> Defendants/Counterclaimants. | LEAD CASE NO. C08-3129-MMC <br><br> (Consolidated Case No. C08-4234-MMC) <br><br> **STIPULATION AND [PROPOSED] ORDER REGARDING CLARIFICATION OF ORDER ON PLAINTIFF'S MOTION TO STRIKE DEFENDANT TOTAL VEIN SOLUTIONS, LLC'S EXPERT REPORTS** <br><br> Judge: Hon. Maxine M. Chesney |
| TYCO HEALTHCARE GROUP LP d/b/a VNUS MEDICAL TECHNOLOGIES, <br><br> Plaintiff/Counter-defendants, <br><br> v. <br><br> TOTAL VEIN SOLUTIONS, LLC, d/b/a TOTAL VEIN SYSTEMS, <br><br> Defendant/Counterclaimants. | |

- 1 -

**STIPULATION AND ORDER REGARDING ORDER ON EXPERT DISCOVERY DISPUTE**
*Lead Case No. C08-03129 MMC (Consolidated Case No. C08-04234 MMC)*

WHEREAS, Defendant Total Vein Solutions, LLC d/b/a Total Vein Systems ("TVS") submitted expert reports of both Dr. Wayne Gradman ("Gradman") and David Draper ("Draper") on May 7, 2010;

WHEREAS, Plaintiff Tyco Healthcare Group LP d/b/a VNUS Medical Technologies ("VNUS") objected to certain portions of the Gradman and Draper reports as containing untimely opinions on enablement issues;

WHEREAS, TVS asserted that such opinions were timely in that said portions of the reports rebutted VNUS's own infringement expert report;

WHEREAS, in accordance with the Local Rules and governing court orders, VNUS and TVS submitted a joint statement to Magistrate Judge James Larson concerning the expert discovery dispute on May 25, 2010 (Docket No. 174);

WHEREAS, on June 29, 2010, Magistrate Judge Larson issued an order stating "it is hereby ordered that the TVS expert reports of Dr. Gradman and Dr. Draper are stricken, and TVS is precluded from relying on them in motions or at trial." (Docket No. 196);

WHEREAS, VNUS only sought a court order striking the portions of the Gradman and Draper reports relating to enablement issues and precluding TVS from relying on such opinions;

WHEREAS, the Court's June 29th order does not specify that only the enablement portions of the Gradman and Draper opinions were struck;

NOW THEREFORE, it is hereby stipulated and agreed by the respective parties by and through their counsel of record that TVS is not precluded from relying on the portions of the Gradman and Draper reports relating to non-infringement and testimony regarding the non-infringement opinions disclosed in said reports either in motions or at trial.

[Signatures on following page].

//

//

//

//

1

**STIPULATION AND ORDER REGARDING ORDER ON EXPERT DISCOVERY DISPUTE**
*Lead Case No. C08-03129 MMC (Consolidated Case No. C08-04234 MMC)*

| | |
|---|---|
| Dated:   July 15, 2010 | Respectfully Submitted, |
| | BUCHE & ASSOCIATES, P.C. |
| | By:   /s/ John Karl Buche |
| | John Karl Buche (SBN 239477) |
| | Sean M. Sullivan (SBN 254372) |
| | |
| | Telephone: 858.459.9111 |
| | Facsimile: 858.459.9120 |
| | |
| | ATTORNEYS FOR DEFENDANT TOTAL VEIN SOLUTIONS, LLC d/b/a TOTAL VEIN SYSTEMS |
| Dated:   July 15, 2010 | DAVIS POLK & WARDWELL LLP |
| | By:   /s/ Chung G. Suh |
| | Matthew B. Lehr (SBN 213139) |
| | Suong T. Nguyen (SBN 237557) |
| | Chung G. Suh (Bar No. 244889) |
| | |
| | Tel: (650) 752-2000 |
| | Fax: (650) 752-2111 |
| | |
| | ATTORNEYS FOR PLAINTIFF TYCO HEALTHCARE GROUP LP d/b/a VNUS MEDICAL TECHNOLOGIES |

I hereby attest that I have on file written (or e-mail) permission to sign this stipulation from all parties whose signatures are indicated by a "confirmed" signature (/s/) within this e-filed document.

Dated:   07/15/10                                                              /s/ John K. Buche
                                                                                            John K. Buche

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated:   _____                    _____
                                                                         HON. JAMES LARSON
                                                                         U.S. MAGISTRATE JUDGE

2

**STIPULATION AND ORDER REGARDING ORDER ON EXPERT DISCOVERY DISPUTE**
*Lead Case No. C08-03129 MMC (Consolidated Case No. C08-04234 MMC)*