1  Matthew B. Lehr (Bar No. 213139)
   Suong T. Nguyen (Bar No. 237557)
2  David J. Lisson (Bar No. 250994)
   Chung G. Suh (Bar No. 244889)
3  Jeremy Brodsky (Bar No. 257674)
   DAVIS POLK & WARDWELL LLP
4  1600 El Camino Real
   Menlo Park, California  94025
5  Telephone:  (650) 752-2000
   Facsimile:   (650) 752-2111
6
   Attorneys for Plaintiff
7  Tyco Healthcare Group LP d/b/a
   VNUS Medical Technologies
8
                            UNITED STATES DISTRICT COURT
9
                    FOR THE NORTHERN DISTRICT OF CALIFORNIA
10
                                SAN FRANCISCO DIVISION
11

| 12 | TYCO HEALTHCARE GROUP LP d/b/a VNUS MEDICAL TECHNOLOGIES, | LEAD CASE NO. C08-03129 MMC |
|---|---|---|
| 13 | Plaintiff, | CASE NO. C08-03129 MMC |
| 14 | v. | [PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO FILE THE DECLARATIONS OF DR. ROBERT T. ANDREWS, DR. WARREN S. GRUNDFEST, AND TERRY A. FULLER IN FURTHER SUPPORT OF ITS OPPOSITIONS TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT; DIRECTIONS TO PLAINTIFF |
| 15-17 | BIOLITEC, INC., DORNIER MEDTECH AMERICA, INC., and NEW STAR LASERS, INC. d/b/a COOLTOUCH, INC., Defendants. | |
| 20-21 | TYCO HEALTHCARE GROUP LP d/b/a VNUS MEDICAL TECHNOLOGIES, | CASE NO. C08-04234 MMC (consolidated with C08-03129 MMC) |
| 22 | Plaintiff, | |
| 23 | v. | |
| 24-25 | TOTAL VEIN SOLUTIONS, LLC d/b/a TOTAL VEIN SYSTEMS, | |
| 26 | Defendant. | |

[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO FILE EXPERT DECLARATIONS
CASE NOS. C08-03129 MMC & C08-04234 MMC

1  Before the Court is Plaintiff's Motion for Leave to File the Declarations of Dr. Robert T.
2  Andrews, Dr. Warren S. Grundfest, and Dr. Terry A. Fuller in Further Support of its Oppositions to
   and defendants' opposition thereto.
3  Defendants' Motions for Summary Judgment. Having considered the arguments and papers
4  submitted by the parties, the Plaintiff's Motion is GRANTED., and plaintiff is DIRECTED to file
   said declarations no later than July 30, 2010.
5      To the extent defendants' opposition challenges the admissibility and relevance of said
6  IT IS SO ORDERED.   declarations, the Court will consider such challenges in connection with
                       its ruling on defendants' motions for summary judgment.
7  Dated: July 26        2010       _____
8                                   HON. MAXINE M. CHESNEY
                                    United States District Judge

---

1
[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO FILE EXPERT DECLARATIONS
CASE NOS. C08-03129 MMC & C08-04234 MMC