Matthew B. Lehr (Bar No. 213139)
Suong T. Nguyen (Bar No. 237557)
David J. Lisson (Bar No. 250994)
Chung G. Suh (Bar No. 244889)
Jeremy Brodsky (Bar No. 257674)
DAVIS POLK & WARDWELL LLP
1600 El Camino Real
Menlo Park, California 94025
Telephone: (650) 752-2000
Facsimile: (650) 752-2111

Attorneys for Plaintiff
Tyco Healthcare Group LP d/b/a
VNUS Medical Technologies

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| TYCO HEALTHCARE GROUP LP d/b/a VNUS MEDICAL TECHNOLOGIES,<br><br>Plaintiff,<br><br>v.<br><br>BIOLITEC, INC., DORNIER MEDTECH AMERICA, INC., and NEW STAR LASERS, INC. d/b/a COOLTOUCH, INC.,<br><br>Defendants. | LEAD CASE NO. C08-03129 MMC<br><br>CASE NO. C08-03129 MMC<br><br>**ORDER GRANTING IN PART AND DENYING IN PART**<br><br>[PROPOSED] ORDER GRANTING **PLAINTIFF'S MOTION FOR ADMINISTRATIVE RELIEF TO FILE DOCUMENTS UNDER SEAL**<br><br>**[CIVIL LOCAL RULES 7-11, 79-5]** |
| TYCO HEALTHCARE GROUP LP d/b/a VNUS MEDICAL TECHNOLOGIES,<br><br>Plaintiff,<br><br>v.<br><br>TOTAL VEIN SOLUTIONS, LLC d/b/a TOTAL VEIN SYSTEMS,<br><br>Defendant. | CASE NO. C08-04234 MMC<br>(consolidated with C08-3129 MMC) |

1   Before the Court is the Plaintiff's Motion for Administrative Relief to File Documents
2   Under Seal dated July 9, 2010, by which Plaintiff seeks leave to file under seal unredacted versions
3   of certain documents submitted in support of Plaintiff's Oppositions to (1) Total Vein Solutions,
4   LLC's Motion for Summary Judgment of No Contributory Infringement; (2) biolitec's Motion for
5   Summary Judgment of Non-Infringement and in the Alternative Summary Adjudication Limiting
6   Damages; (3) Defendants' Motion for Summary Judgment That the Asserted '433 and '970 Claims
7   are Invalid for Lack of Written Description; and (4) Defendants' Motion for Summary Judgment
8   that the Asserted '084 Claims are Obvious ("VNUS's Opposition Briefs").  Having reviewed the
9   parties' submissions filed in support of the motion, the Court rules as follows:

10   1.   The motion is GRANTED as to the following documents that the parties have
11   shown contain material properly filed under seal, each of which ~~the Clerk is directed to file under seal.~~ plaintiff is directed to file under seal, no later than five calendar days from the date of this order.  See General Order 62 ("If a motion to file under seal is granted in full or in part, the requesting party will e-file the document according to the procedures outlined . . . on the ECF website.")

- The entirety of Exhibits 7, 8, 24, 64, 68, 84, 85, 86, 87, 88 and 89 and designated portions of Exhibits 17, 62 and 99 to the Declaration of David J. Lisson in Support of VNUS's Opposition Briefs which have been designated by VNUS.

- The entirety of Exhibits ~~14, 25, 26, 29, 30, 33~~, 34, 36, 37, 38, ~~40, 41, 42, 43, 44, 45, 46~~, 47, ~~48, 49, 50, 51, 54, 55~~, 57, ~~59, 60, 65, 70, 76, 77, 80, 82, 90, 91, 95, 97, 98, 101~~, 102, ~~104, 107, 108, 109, 112, 113 and 114 and designated portions of Exhibits 17 and 62~~ to the Declaration of David J. Lisson in Support of VNUS's Opposition Briefs which have been designated by the Defendants.

- Designated portions of VNUS's Opposition Briefs, dated July 9, 2010, specifically, those portions of VNUS's Opposition Briefs in which the content of the above exhibits is set forth.

2.   The motion is DENIED as to the following documents, as the designating party has not filed a "responsive declaration," see Civil Local Rule 79-5(d): Exs. 14, 17, 25, 26, 29, 30, 33, 40-46, 48-51, 54, 55, 59, 60, 62, 65, 70, 76, 77, 80, 82, 90, 91, 95, 97, 98, 101, 104, 107-09, and 112-14.
Plaintiff is directed to file such documents in the public record no later than five calendar days from the date of this order.

IT IS SO ORDERED.

Dated: __July 26_____ 2010           _/s/ Vaughn R Walker for_____
                                       HON. MAXINE M. CHESNEY
                                       United States District Judge

1
[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR ADMINISTRATIVE RELIEF TO FILE DOCUMENTS UNDER SEAL
CASE NOS. C08-03129 MMC & C08-04234 MMC