1  Matthew B. Lehr (Bar No. 213139)
   Diem-Suong T. Nguyen (Bar No. 237557)
2  DAVIS POLK & WARDWELL LLP
   1600 El Camino Real
3  Menlo Park, California  94025
   Telephone: (650) 752-2000
4  Facsimile:  (650) 752-2111

5  Attorneys for Plaintiff Tyco Healthcare Group LP
   d/b/a VNUS Medical Technologies
6
   (additional counsel on signature page)
7
                    UNITED STATES DISTRICT COURT
8
                 FOR THE NORTHERN DISTRICT OF CALIFORNIA
9
                          SAN FRANCISCO DIVISION
10

11 | TYCO HEALTHCARE GROUP LP d/b/a          ) LEAD CASE NO. C08-03129 MMC
   | VNUS MEDICAL TECHNOLOGIES,              )
12 |                                         ) CASE NO. C08-03129 MMC
   |                  Plaintiff,             )
13 |                                         ) **STIPULATION AND [PROPOSED]**
   |        v.                               ) **ORDER FOR DISMISSAL OF**
14 |                                         ) **DEFENDANT DORNIER MEDTECH**
   | BIOLITEC, INC., DORNIER MEDTECH         ) **AMERICA, INC.**
15 | AMERICA, INC., and NEW STAR LASERS,     )
   | INC. d/b/a COOLTOUCH, INC.,             )
16 |                                         )
   |                  Defendants.            )
17 |                                         )
   |_____)
18 |                                         )
   | TYCO HEALTHCARE GROUP LP d/b/a          )
19 | VNUS MEDICAL TECHNOLOGIES,              ) CASE NO. C08-04234 MMC
   |                                         ) (consolidated with Case No. C08-03129
20 |                  Plaintiff,             ) MMC)
   |                                         )
21 |        v.                               )
   |                                         )
22 |                                         )
   | TOTAL VEIN SOLUTIONS, LLC d/b/a         )
23 | TOTAL VEIN SYSTEMS,                     )
   |                                         )
24 |                  Defendant.             )
   |                                         )
25 |                                         )
   |                                         )
26 |_____)

27

28

STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL OF DEFENDANT DORNIER
CASE NOS. C08-03129 MMC & C08-04234 MMC

WHEREAS, Plaintiff Tyco Healthcare Group LP d/b/a VNUS Medical Technologies ("VNUS") and Defendant Dornier MedTech America, Inc. ("Dornier") have entered into a Settlement Agreement resolving all claims asserted by VNUS against Dornier and all counterclaims asserted by Dornier against VNUS in the above-captioned action;

NOW THEREFORE, VNUS and Dornier hereby stipulate, by and through their respective counsel, as follows:

1. Dornier is dismissed with prejudice from this action pursuant to Federal Rule of Civil Procedure 41(a)(2);

2. The counterclaims asserted by Dornier against VNUS are dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(c);

3. Each party will bear its own costs and attorneys' fees;

4. The caption shall be amended in all subsequent pleadings to reflect this dismissal.

Dated: July 22, 2010

ATTORNEYS FOR PLAINTIFF TYCO HEALTHCARE GROUP LP d/b/a VNUS MEDICAL TECHNOLOGIES

   /s/ Matthew B. Lehr
Matthew B. Lehr (Bar No. 213139)
Diem-Suong T. Nguyen (Bar No. 237557)
DAVIS POLK & WARDWELL LLP
1600 El Camino Real
Menlo Park, CA  94025
(650) 752-2000/(650) 752-2111 (fax)
mlehr@dpw.com
nguyen@dpw.com

| | |
|---|---|
| Dated: July 22, 2010 | ATTORNEYS FOR DEFENDANT<br>DORNIER MEDTECH AMERICA, INC.<br><br>　　/s/ A. Shane Nichols<br>A. Shane Nichols *(pro hac vice)*<br>Richard W. Miller *(pro hac vice)*<br><br>KING & SPALDING LLP<br>1180 Peachtree Street, N.E.<br>Atlanta, GA 30309-3521<br>(404) 572-4600/(404) 572-5100 (fax)<br>snichols@kslaw.com<br>rmiller@kslaw.com |

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated:  July 28         , 2010

　　　　　　　　　　　　　　　　　　/s/ Vaughn R Walker for
　　　　　　　　　　　　　　　　　　THE HON. MAXINE M. CHESNEY
　　　　　　　　　　　　　　　　　　United States District Judge

2

STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL OF DEFENDANT DORNIER
CASE NOS. C08-03129 MMC & C08-04234 MMC