Matthew B. Lehr (Bar No. 213139)
Diem-Suong T. Nguyen (Bar No. 237557)
David J. Lisson (Bar No. 250994)
Chung G. Suh (Bar No. 244889)
Jeremy Brodsky (Bar No. 257674)
DAVIS POLK & WARDWELL LLP
1600 El Camino Real
Menlo Park, California 94025
Telephone: (650) 752-2000
Facsimile: (650) 752-2111

Attorneys for Plaintiff Tyco Healthcare Group
LP d/b/a VNUS Medical Technologies

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| TYCO HEALTHCARE GROUP LP d/b/a VNUS MEDICAL TECHNOLOGIES,<br><br>Plaintiff,<br><br>v.<br><br>BIOLITEC, INC., and NEW STAR LASERS, INC. d/b/a COOLTOUCH, INC.,<br><br>Defendants. | LEAD CASE NO. C08-03129 MMC<br><br>CASE NO. C08-03129 MMC<br><br>**CIVIL L.R. 7-12 STIPULATION AND [PROPOSED] ORDER REGARDING AMENDMENT OF INFRINGEMENT CONTENTIONS** |
| TYCO HEALTHCARE GROUP LP d/b/a VNUS MEDICAL TECHNOLOGIES,<br><br>Plaintiff,<br><br>v.<br><br>TOTAL VEIN SOLUTIONS, LLC d/b/a TOTAL VEIN SYSTEMS,<br><br>Defendant. | CASE NO. C08-04234 MMC<br>(consolidated with C08-03129 MMC) |

1    WHEREAS Plaintiff Tyco Healthcare Group LP d/b/a VNUS Medical Technologies ("VNUS") served its Infringement Contentions pursuant to Patent L.R. 3-1 on February 12, 2009—before substantial discovery in the above-captioned litigation had taken place and before certain of the Defendants' accused products were commercialized;

WHEREAS despite diligent discovery efforts, VNUS was not aware of certain accused products of Defendants New Star Lasers, Inc. d/b/a CoolTouch, Inc. ("CoolTouch") and Total Vein Solutions, LLC d/b/a Total Vein Systems ("TVS") at the time its Infringement Contentions were due;

WHEREAS Patent Local Rule 3-6 permits parties to amend Infringement Contentions by Order of the Court;

WHEREAS VNUS provided Defendants with a [Proposed] Amendment to VNUS's Infringement Contentions, attached hereto as Exhibit 1;

WHEREAS each of the accused products identified in the proposed amendment were disclosed in interrogatory responses of CoolTouch and TVS, as well as in the report of VNUS's damages expert Julie L. Davis, after the service of VNUS's Infringement Contentions;

WHEREAS the proposed amendment would not affect the schedule of the case; and

WHEREAS CoolTouch and TVS do not object to the proposed amendment;

NOW, THEREFORE, VNUS requests, and CoolTouch and TVS do not oppose, that the Court grant leave for VNUS to amend its Infringement Contentions to include the accused products identified in Exhibit 1.

//
//
//
//
//
//
//
//

| | | |
|---|---|---|
| 1 | Dated: August 26, 2010 | DAVIS POLK & WARDWELL LLP |
| 2 | | |
| 3 | |    /s/ Chung G. Suh<br>Matthew B. Lehr (Bar No. 213139) |
| 4 | | Suong T. Nguyen (Bar No. 237557)<br>David J. Lisson (Bar No. 250994) |
| 5 | | Chung G. Suh (Bar No. 244889)<br>Jeremy Brodsky (Bar No. 257674) |
| 6 | | 1600 El Camino Real<br>Menlo Park, CA 94025 |
| 7 | | Tel: (650) 752-2000 |
| 8 | | Fax: (650) 752-2111<br>matthew.lehr@davispolk.com |
| 9 | | suong.nguyen@davispolk.com<br>david.lisson@davispolk.com |
| 10 | | |
| 11 | | Attorneys for Plaintiff<br>Tyco Healthcare Group LP d/b/a |
| 12 | | VNUS Medical Technologies |
| 13 | Dated: August 26, 2010 | ORRICK, HERRINGTON & SUTCLIFFE LLP |
| 14 | | |
| 15 | |    /s/ Allan W. Jansen<br>James W. Geriak (Bar No. 32871) |
| 16 | | Allan W. Jansen (Bar No. 81992)<br>4 Park Plaza, Suite 1600 |
| 17 | | Irvine, CA 92614-2558<br>Tel: (949) 567-6700 |
| 18 | | Fax: (949) 567-6710 |
| 19 | | jgeriak@orrick.com<br>ajansen@orrick.com |
| 20 | | Attorneys for Defendant |
| 21 | | New Star Lasers, Inc. d/b/a CoolTouch, Inc. |
| 22 | Dated: August 26, 2010 | BUCHE & ASSOCIATES, P.C. |
| 23 | | |
| 24 | |    /s/ John Karl Buche<br>John Karl Buche (Bar No. 239477) |
| 25 | | Sean M. Sullivan (Bar No. 254372)<br>875 Prospect, Suite 305 |
| 26 | | La Jolla, CA 92037<br>Tel: (858) 812-2840 |
| 27 | | Fax: (858) 459-9120<br>jbuche@westerniplaw.com |
| 28 | | |

2

CIVIL L.R. 7-12 STIPULATION AND [PROPOSED] ORDER REGARDING AMENDMENT OF INFRINGEMENT CONTENTIONS
CASE NOS. C08-03129 MMC & C08-04234 MMC

sean@westerniplaw.com

Attorneys for Defendant
Total Vein Solutions, LLC d/b/a Total Vein Systems

I hereby attest that I have on file written (or e-mail) permission to sign this stipulation from all parties whose signatures are indicated by a "confirmed" signature (/s/) within this e-filed document.

Dated:  August 26, 2010        /s/ Chung G. Suh
                               Chung G. Suh

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated:  _August 30_____, 2010        _____
                                     HON. MAXINE M. CHESNEY, U.S.D.J.