1  Matthew B. Lehr (Bar No. 213139)
   Suong T. Nguyen (Bar No. 237557)
2  David J. Lisson (Bar No. 250994)
   Chung G. Suh (Bar No. 244889)
3  Jeremy Brodsky (Bar No. 257674)
   DAVIS POLK & WARDWELL LLP
4  1600 El Camino Real
   Menlo Park, California  94025
5  Telephone:  (650) 752-2000
   Facsimile:   (650) 752-2111
6
   Attorneys for Plaintiff
7  Tyco Healthcare Group LP d/b/a
   VNUS Medical Technologies
8

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| TYCO HEALTHCARE GROUP LP d/b/a VNUS MEDICAL TECHNOLOGIES,<br><br>Plaintiff,<br><br>v.<br><br>BIOLITEC, INC. and NEW STAR LASERS, INC. d/b/a COOLTOUCH, INC.,<br><br>Defendants. | LEAD CASE NO. C08-03129 MMC<br><br>CASE NO. C08-03129 MMC<br><br>**AMENDED** ~~[PROPOSED]~~ **ORDER GRANTING IN PART AND DENYING IN PART DEFENDANTS' MOTION FOR ADMINISTRATIVE RELIEF TO FILE DOCUMENTS UNDER SEAL (D.I. 265)**<br><br>**[CIVIL L.R. 7-11, 79-5]** |
| TYCO HEALTHCARE GROUP LP d/b/a VNUS MEDICAL TECHNOLOGIES,<br><br>Plaintiff,<br><br>v.<br><br>TOTAL VEIN SOLUTIONS, LLC d/b/a TOTAL VEIN SYSTEMS,<br><br>Defendant. | CASE NO. C08-04234 MMC<br>(consolidated with C08-3129 MMC) |

[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION FOR ADMINISTRATIVE RELIEF TO FILE DOCUMENTS UNDER SEAL
CASE NOS. C08-03129 MMC & C08-04234 MMC

1   Before the Court is the Defendants' Motion for Administrative Relief to File Documents
2   Under Seal dated August 30, 2010, by which Defendants seek leave to file under seal unredacted
3   versions of certain documents submitted in support of a Motion in Limine (1) to Preclude VNUS
4   from Introducing Settlement Agreements or Related Evidence; (2) to Preclude VNUS from Relying
5   on Evidence Related to 510(k) Statements of Substantial Equivalence; (3) to preclude Reference to
6   Defendants as a Group; (4) to Preclude VNUS from Referring to Unclaimed Functions of
7   Tumescent Anesthesia; and (5) to Preclude Julie Davis from Testifying as to Impermissible Reply
8   Opinions (collectively "Defendants' Motions in Limine").

9   Having reviewed the parties' submissions filed in support of the motion, the Court rules as
10  follows:

11   1.   The motion is GRANTED in part, specifically, as to the following documents that
12   or Dornier Medtech America, Inc. ("Dornier")[1]
13   plaintiff has shown contain material properly filed under seal (see Kertz Decl., filed September 2,
14   2010), each of which the requesting party is directed to file ~~under seal:~~ no later than September 21, 2010 under seal:

- Exhibits 1 (bates-stamped pages VNUS_150328-29, VNUS_150331, VNUS_150336, VNUS_150338-41, VNUS_150348), 5, 6 (pages 27, 30, 34-35, 45, 55), 10, 12, 13, 15 (pages 7-10), 19 (bates-stamped pages VNUS_144136-140), 20, 28, and 29 (pages 13, 15-16, 28) to the Declaration of Charles T. Steenburg in Support of Defendants' Motions in Limine Numbers 1 through 6

- Redacted pages 2 (lns. 11-13, 16, 24-26, 29), 3 (lns. 1-4, 9-10, 27-28), and 6 (ln. 15) of Defendants' Motion in Limine No. 1, filed on August 30, 2010

- Redacted page 3 (lns. 1-9) of Defendants' Motion in Limine No. 3, filed on August 30, 2010

- Redacted page 2 (lns. 1-5, 25-28) of Defendants' Motion in Limine No. 4, filed on August 30, 2010

24   2.   The motion is DENIED in part, specifically, as to the following documents, in light
25  of plaintiff's having withdrawn its prior designation of confidentiality, each of which the requesting
26  party is directed to file in the public record no later than ~~five calendar days from the date of this~~

---

[1] Dornier's showing was made after the Court issued its order of September 10, 2010.

1
[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION FOR ADMINISTRATIVE RELIEF TO FILE DOCUMENTS UNDER SEAL
CASE NOS. C08-03129 MMC & C08-04234 MMC

1  ~~order:~~ September 21, 2010:

2  • Exhibits 8, 9, 18, and 27 to the Declaration of Charles T. Steenburg in Support of Defendants' Motions in Limine Numbers 1 through 6

4  • Designated portions of Defendants' Motions in Limine not identified above, and any portion of Exhibits 1, 6, 15, and 29 not identified above.

6  IT IS SO ORDERED.

7  Dated: September 15, 2010

   *[Signature]*
   HON. MAXINE M. CHESNEY
   United States District Judge