Matthew B. Lehr (Bar No. 213139)
Diem-Suong T. Nguyen (Bar No. 237557)
David J. Lisson (Bar No. 250994)
Chung G. Suh (Bar No. 244889)
Jeremy Brodsky (Bar No. 257674)
DAVIS POLK & WARDWELL LLP
1600 El Camino Real
Menlo Park, California  94025
Telephone:  (650) 752-2000
Facsimile:   (650) 752-2111

Attorneys for Plaintiff
Tyco Healthcare Group LP d/b/a
VNUS Medical Technologies

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| TYCO HEALTHCARE GROUP LP d/b/a VNUS MEDICAL TECHNOLOGIES,<br><br>            Plaintiff,<br><br>       v.<br><br>BIOLITEC, INC. and NEW STAR LASERS, INC. d/b/a COOLTOUCH, INC.,<br><br>            Defendants. | LEAD CASE NO. C08-03129 MMC<br><br>CASE NO. C08-03129 MMC<br><br>[PROPOSED] ORDER GRANTING IN PART AND DENYING IN PART DEFENDANTS' MOTION FOR ADMINISTRATIVE RELIEF TO FILE DOCUMENTS UNDER SEAL (D.I. 296)<br><br>[CIVIL L.R. 7-11, 79-5] |
| TYCO HEALTHCARE GROUP LP d/b/a VNUS MEDICAL TECHNOLOGIES,<br><br>            Plaintiff,<br><br>       v.<br><br>TOTAL VEIN SOLUTIONS, LLC d/b/a TOTAL VEIN SYSTEMS,<br><br>            Defendant. | CASE NO. C08-04234 MMC<br>(consolidated with C08-3129 MMC) |

[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION FOR ADMINISTRATIVE RELIEF TO FILE DOCUMENTS UNDER SEAL
CASE NOS. C08-03129 MMC & C08-04234 MMC

Before the Court is the Defendants' Motion for Administrative Relief to File Documents Under Seal dated September 7, 2010, by which Defendants seek leave to file under seal unredacted versions of certain documents submitted in support of Defendants' Opposition to VNUS's Motion *in Limine* No. 1 to Exclude Testimony and the use of Prior Testimony Regarding Certain Alleged Uses by Drs. Bush, Mercier and Dunne ("Defendants' Opposition").  Having reviewed the parties' submissions filed in support of the motion, the Court rules as follows:

1. The motion is GRANTED in part, specifically, as to the following documents that plaintiff has shown contain material properly filed under seal (see Kertz Decl., filed September 13, 2010), each of which the requesting party is directed to file ~~under seal:~~ no later than September 22, 2010, under seal:

- Exhibits D, E, F, I, J, L, X, and DD to the Declaration of Charles T. Steenburg in Support of Defendants' Opposition

- Redacted pages 2 (lns. 21-22), 3 (lns. 1-4), and 4 (lns. 5-7) of Defendants' Opposition, filed on September 7, 2010

2. The motion is DENIED in part, specifically, as to the following documents, in light of plaintiff's having withdrawn its prior designation of confidentiality, each of which the requesting party is directed to file in the public record no later than ~~five calendar days from the date of this order:~~ September 22, 2010:

- Exhibits N and EE to the Declaration of Charles T. Steenburg in Support of Defendants' Opposition

- Designated portions of Defendants' Opposition not identified above

IT IS SO ORDERED.

Dated: September 16, 2010



HON. MAXINE M. CHESNEY
United States District Judge

1
[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION FOR ADMINISTRATIVE RELIEF TO FILE DOCUMENTS UNDER SEAL
CASE NOS. C08-03129 MMC & C08-04234 MMC