| | |
|---|---|
| 1 | Matthew B. Lehr (Bar No. 213139) |
|  | Diem-Suong T. Nguyen (Bar No. 237557) |
| 2 | David J. Lisson (Bar No. 250994) |
|  | Chung G. Suh (Bar No. 244889) |
| 3 | Jeremy Brodsky (Bar No. 257674) |
|  | DAVIS POLK & WARDWELL LLP |
| 4 | 1600 El Camino Real |
|  | Menlo Park, California 94025 |
| 5 | Telephone: (650) 752-2000 |
|  | Facsimile: (650) 752-2111 |
| 6 | |
|  | Attorneys for Plaintiff |
| 7 | Tyco Healthcare Group LP d/b/a |
|  | VNUS Medical Technologies |

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| TYCO HEALTHCARE GROUP LP d/b/a VNUS MEDICAL TECHNOLOGIES, <br><br>Plaintiff, <br><br>v. <br><br>BIOLITEC, INC. and NEW STAR LASERS, INC. d/b/a COOLTOUCH, INC., <br><br>Defendants. | LEAD CASE NO. C08-03129 MMC <br><br> CASE NO. C08-03129 MMC <br><br> [PROPOSED] ORDER GRANTING IN PART AND DENYING IN PART **PLAINTIFF'S MOTION FOR ADMINISTRATIVE RELIEF TO FILE DOCUMENTS UNDER SEAL** <br><br> **[CIVIL LOCAL RULES 7-11, 79-5]** |
| TYCO HEALTHCARE GROUP LP d/b/a VNUS MEDICAL TECHNOLOGIES, <br><br>Plaintiff, <br><br>v. <br><br>TOTAL VEIN SOLUTIONS, LLC d/b/a TOTAL VEIN SYSTEMS, <br><br>Defendant. | CASE NO. C08-04234 MMC (consolidated with C08-3129 MMC) |

1  Before the Court is the Plaintiff's Motion for Administrative Relief to File Documents
2  Under Seal dated September 7, 2010, by which Plaintiff seeks leave to file under seal unredacted
3  versions of certain documents submitted in support of Plaintiff's Opposition to Defendants' Motion
4  *in Limine* No. 1 and Omnibus Opposition and Response to Defendants' Motions *in Limine* Nos. 2-7
5  ("VNUS's Opposition Briefs").  Having reviewed the parties' submissions filed in support of the
6  motion, the Court rules as follows:

7  1.  The motion is GRANTED as to the following documents that the parties have
8  shown contain material properly filed under seal, each of which the requesting party is directed to
9  file under seal, no later than ~~five calendar days from the date of this order~~ October 4, 2010.  See General Order 62
10  ("If a motion to file under seal is granted in full or in part, the requesting party will e-file the
11  document according to the procedure outlined in the FAQs on the ECF website."):

- The entirety of Exhibits 34 and 35 and designated portions of Exhibits 5 (page 63), 14 (page 34), 18 (Ex. A, pages 5-6), 20 (page 2), 26 (pages 13, 40-42, 45), 28 (pages 4-7), 30 (pages 195-96, 199-200), and 31 (pages 2-3, 5, 10, 12-15, 20) to the Declaration of Diem-Suong T. Nguyen in Support of VNUS's Opposition Briefs which contain information that has been designated by VNUS.

   Designated portions of Exhibit 26 (pages 45-46)
- ~~The entirety of Exhibits 1, 3, 9, 13, 22, 26, 29, 30, 32, 33, 38, and 39 and designated portions of Exhibits 4 (pages 73, 95), 5 (pages 56, 64), 14 (page 39), and 28 (pages 2, 3)~~ to the Declaration of Diem-Suong T. Nguyen in Support of VNUS's Opposition Briefs which contain information that has been designated by ~~the Defendants.~~ defendant Total Vein Solutions, LLC.

- Designated portions of VNUS's Opposition Briefs, dated September 7, 2010, specifically, those portions in which the content of the above-referenced exhibits or portions thereof are discussed.

2.  The motion is DENIED as to Exhibits 1, 3, 4 (pages 73, 95), 5 (pages 56, 64), 9, 13, 14 (page 39), 22, 28 (pages 2-3), 29, 30 (pages 101-102, 104, 217-219, 260-262), 32, 33, 38, and 39 to the Declaration of Diem-Suong T. Nguyen, for the reason that no party has filed a declaration to show that any such exhibit, or portion thereof, is properly filed under seal.  See Civil Local Rule 79-5(d).  Plaintiff is DIRECTED to file such exhibits in the public record no later than October 4, 2010.

IT IS SO ORDERED.

Dated: September 28, 2010

_____
HON. MAXINE M. CHESNEY
United States District Judge

1
[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR ADMINISTRATIVE RELIEF TO FILE DOCUMENTS UNDER SEAL
CASE NOS. C08-03129 MMC & C08-04234 MMC