1  Matthew B. Lehr (Bar No. 213139)
   Diem-Suong T. Nguyen (Bar No. 237557)
2  David J. Lisson (Bar No. 250994)
   Chung G. Suh (Bar No. 244889)
3  Jeremy Brodsky (Bar No. 257674)
   DAVIS POLK & WARDWELL LLP
4  1600 El Camino Real
   Menlo Park, California  94025
5  Telephone:  (650) 752-2000
   Facsimile:   (650) 752-2111
6
   Attorneys for Plaintiff
7  Tyco Healthcare Group LP d/b/a
   VNUS Medical Technologies
8

9              UNITED STATES DISTRICT COURT

10            FOR THE NORTHERN DISTRICT OF CALIFORNIA

11                  SAN FRANCISCO DIVISION

12 | TYCO HEALTHCARE GROUP LP d/b/a VNUS MEDICAL TECHNOLOGIES, | LEAD CASE NO. C08-03129 MMC
13 |  | CASE NO. C08-03129 MMC
14 | Plaintiff, | **STIPULATION AND [PROPOSED] ORDER REGARDING ADDENDA TO STIPULATIONS REFLECTED IN JOINT PRETRIAL STATEMENT (D.I. 286)**
15 | v. |
16 | BIOLITEC, INC. and NEW STAR LASERS, INC. d/b/a COOLTOUCH, INC., |
17 | Defendants. |
18 |  | Judge:  Hon. Maxine M. Chesney

20 | TYCO HEALTHCARE GROUP LP d/b/a VNUS MEDICAL TECHNOLOGIES, | CASE NO. C08-04234 MMC
21 |  | (consolidated with C08-03129 MMC)
22 | Plaintiff, |
23 | v. |
24 | TOTAL VEIN SOLUTIONS, LLC d/b/a TOTAL VEIN SYSTEMS, |
25 |  |
26 | Defendant. |

STIPULATION AND [PROPOSED] ORDER RE: ADDENDA TO STIPULATIONS IN JOINT PRETRIAL STATEMENT –
CASE NOS. C08-03129 MMC & C08-04234 MMC

1  WHEREAS, on August 30, 2010 pursuant to this Court's Pretrial Preparation Order, the parties filed a Joint Pretrial Statement (D.I. 286) that set forth the parties' stipulations regarding pretrial preparation and the conduct of trial and stipulations of fact;

WHEREAS since the filing of the Joint Pretrial Statement, the parties have reached the following additional stipulations:

1. Defendants agree not to reference, or present evidence or ask questions regarding, statements by PTO Examiner Lee S. Cohen made in connection with the prosecution of U.S. Patent Application No. 10/738,488, including (1) in the course of Defendants' witness' testimony, and (2) when cross-examining VNUS's witnesses;

2. The parties agree not to reference, or present evidence or ask questions regarding, any alleged independent or prior invention or copying of the claimed methods of the patents-in-suit by Dr. Robert Min or Dr. Luis Navarro, including (1) in the course of the party's experts' testimony, and (2) when cross-examining another party's expert;

3. VNUS agrees not to reference, or present evidence or ask questions regarding, benefits of tumescent anesthesia solely for insulation and/or anesthesia (and without compression) to show secondary indicia of nonobviousness or copying;

4. Defendants agree to make available at trial Tyrell Schiek, Brian Foley, and David Hennings for VNUS to call during its case in chief, and that no subpoenas will be required as to such witnesses;

5. biolitec believes that it had knowledge of VNUS's Closure procedure as of November 2001;

6. SAFONOV, "Multimodality Treatment of Varicosity with Electrocoagulation Medical Guidelines," May 5, 1974, Moscow (starting production number BIO006428) is authentic and constitutes a printed publication within the meaning of 35 U.S.C. § 102(b) published more than one year prior to September 11, 1997; however, VNUS reserves all rights to contest whether such reference invalidates any of the patents-in-suit under 35 U.S.C. §§ 102 and/or 103; and

1    7. The translation accompanying the foregoing publication and produced therewith is
2    adequate to be admitted into evidence; however, VNUS reserves all rights to contest the accuracy
3    of the translation.
4    8. The parties agree that a party may offer at trial any exhibit from the opposing side's
5    exhibit list, subject to whatever objections are made at the time of proffer.
6    9. To assist all parties in scheduling for trial, the parties agree to exchange, by 5:00 pm
7    Eastern time on September 28, 2010, a good-faith list of the witnesses they intend to call in their
8    respective cases-in-chief at trial, the order in which they intend to call those witnesses, and a good-
9    faith estimate of the length of each witness's direct testimony.  The parties further agree to apprise
10   one another of any changes to their witness lists, order and time estimates by 5:00 pm Eastern time
11   on October 4, 2010 and October 11, 2010, if they in good faith expect any changes to the lists,
12   order or time estimates they have previously provided.
13   10. The parties agree that if they elect to call witnesses from their "May Call" lists to
14   testify live as part of their respective cases-in-chief, the party calling the witness will disclose such
15   intention no later than 5:00 pm California time three days before the witness is called to the witness
16   stand.
17   11. The parties agree that, to the extent witnesses are called in (or back) for rebuttal or
18   impeachment, the party calling the witness will disclose such intention no later than 5:00 pm
19   California time the day before the witness is called to the witness stand, if sufficient time exists for
20   such notice to be provided.
21       NOW, THEREFORE, the parties request that the stipulations set forth in paragraphs 1-4and
22   8-11 above be entered as addenda to Section III of the Joint Pretrial Statement (Stipulations
23   Regarding Pretrial Preparation and Conduct of Trial) and that the stipulations set forth in
24   paragraphs 5-7 above be entered as addenda to Section IV.A. of the Joint Pretrial Statement
25   (Stipulated Facts).

| | | |
|---|---|---|
| 1 | Dated:  September 27, 2010 | DAVIS POLK & WARDWELL LLP |

                                                          /s/ David J. Lisson
Matthew B. Lehr (Bar No. 213139)
Diem-Suong T. Nguyen (Bar No. 237557)
1600 El Camino Real
Menlo Park, CA 94025
Tel: (650) 752-2000
Fax: (650) 752-2111
matthew.lehr@davispolk.com
suong.nguyen@davispolk.com

Attorneys for Plaintiff
Tyco Healthcare Group LP d/b/a
VNUS Medical Technologies

WOLF, GREENFIELD & SACKS, P.C.

               /s/ Michael N. Rader
Michael N. Rader (admitted pro hac vice)
Charles T. Steenburg (admitted pro hac vice)
600 Atlantic Avenue
Boston, MA 02210
Tel: (617) 646-8000
Fax: (617) 646-8646
mrader@wolfgreenfield.com
csteenburg@wolfgreenfield.com

Attorneys for Defendant biolitec, Inc.

ORRICK, HERRINGTON & SUTCLIFFE LLP

               /s/ James W. Geriak
James W. Geriak (Bar No. 32871)
Allan W. Jansen (Bar No. 81992)
4 Park Plaza, Suite 1600
Irvine, CA 92614-2558
Tel: (949) 567-6700
Fax: (949) 567-6710
jgeriak@orrick.com
ajansen@orrick.com

Attorneys for Defendant
New Star Lasers, Inc. d/b/a CoolTouch, Inc.

3
STIPULATION AND [PROPOSED] ORDER RE: ADDENDA TO STIPULATIONS IN JOINT PRETRIAL STATEMENT –
CASE NOS. C08-03129 MMC & C08-04234 MMC

BUCHE & ASSOCIATES, P.C.

   /s/ John K. Buche
John Karl Buche (Bar No. 239477)
Sean M. Sullivan (Bar No. 254372)
875 Prospect, Suite 305
La Jolla, CA 92037
Tel: (858) 812-2840
Fax: (858) 459-9120
jbuche@westerniplaw.com
sean@westerniplaw.com

Attorneys for Defendant
Total Vein Solutions, LLC d/b/a Total Vein Systems

  I hereby attest that I have on file written (or e-mail) permission to sign this stipulation from all parties whose signatures are indicated by a "conformed" signature (/s/) within this e-filed document.

Dated:  September 27, 2010        /s/ David J. Lisson
                David J. Lisson

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated:  September 29, 2010     HON. MAXINE M. CHESNEY, U.S.D.J.

4
STIPULATION AND [PROPOSED] ORDER RE: ADDENDA TO STIPULATIONS IN JOINT PRETRIAL STATEMENT –
CASE NOS. C08-03129 MMC & C08-04234 MMC