| | |
|---|---|
| 1 | Matthew B. Lehr (Bar No. 213139) |
| | Diem-Suong T. Nguyen (Bar No. 237557) |
| 2 | David J. Lisson (Bar No. 250994) |
| | Chung G. Suh (Bar No. 244889) |
| 3 | Jeremy Brodsky (Bar No. 257674) |
| | DAVIS POLK & WARDWELL LLP |
| 4 | 1600 El Camino Real |
| | Menlo Park, California  94025 |
| 5 | Telephone:  (650) 752-2000 |
| | Facsimile:   (650) 752-2111 |
| 6 | |
| 7 | Attorneys for Plaintiff |
| | VNUS Medical Technologies, Inc. |

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| VNUS MEDICAL TECHNOLOGIES, INC., | ) | LEAD CASE NO. C08-03129 MMC |
| | ) | |
| Plaintiff, | ) | CASE NO. C08-03129 MMC |
| | ) | |
| v. | ) | [PROPOSED] ORDER GRANTING |
| | ) | STIPULATED JOINT |
| BIOLITEC, INC. and NEW STAR LASERS, | ) | ADMINISTRATIVE MOTION FOR |
| INC. d/b/a COOLTOUCH, INC., | ) | PERMISSION TO BRING EQUIPMENT |
| | ) | INTO COURTROOM FOR TRIAL ; |
| Defendants. | ) | DIRECTIONS TO PARTIES |
| | ) | (**Civil Local Rule 7-11**) |
| | ) | |
| | ) | |
| VNUS MEDICAL TECHNOLOGIES, INC., | ) | CASE NO. C08-04234 MMC |
| | ) | (consolidated with Case No. C08-03129 |
| Plaintiff, | ) | MMC) |
| | ) | |
| v. | ) | |
| | ) | |
| TOTAL VEIN SOLUTIONS, LLC d/b/a | ) | |
| TOTAL VEIN SYSTEMS, | ) | |
| | ) | |
| Defendant. | ) | |

("[PROPOSED]" shown with strikethrough)

Plaintiff Tyco Healthcare Group LP d/b/a VNUS Medical Technologies and defendants biolitec, Inc., New Star Lasers, Inc. d/b/a CoolTouch, Inc. and Total Vein Solutions, LLC d/b/a Total Vein Systems have requested permission to bring certain equipment into the courtroom for trial presently set for October 18, 2010.  The parties have further requested permission to set up the equipment in the courtroom on the afternoon of October 15, 2010, and leave said equipment in the courtroom over the weekend for use on October 18, 2010.

IT IS HEREBY ORDERED that plaintiff Tyco Healthcare Group LP d/b/a VNUS Medical Technologies and defendants biolitec, Inc., New Star Lasers, Inc. d/b/a CoolTouch, Inc. and Total Vein Solutions, LLC d/b/a Total Vein Systems shall be permitted to bring and set up the following items into the courtroom on October 15, 2010, for the trial scheduled for October 18, 2010 at 8:30 a.m.:

1. Overhead projector
2. Elmo Projector
3. Laptop computers
4. Computer cables
5. Connection cords
6. Power cords
7. Power strip
8. Computer mouse
9. Video switch
10. Small tables
11. Laser pointers
12. Gaffer tape
13. General office supplies
14. Small toolset
15. Sample products of the parties
16. External computer hard drives
17. Speakers
18. 4-way switching device
19. AV carts with skirts
20. VGA cabling
21. Easel
22. Pointers
23. Foam core boards

IT IS SO ORDERED.  The parties are DIRECTED to contact the Deputy Clerk to schedule a time for access to the courtroom on October 15, 2010.

Dated: __October 12, 2010__                    _____
                                                Honorable Maxine M. Chesney
                                                United States District Court Judge

---

1

[PROPOSED] ORDER GRANTING STIPULATED JOINT ADMINISTRATIVE MOTION FOR PERMISSION TO BRING EQUIPMENT INTO COURTROOM FOR TRIAL  – CASE NOS.: C08-03129 MMC & C08-04234 MMC