Matthew B. Lehr (Bar No. 213139)
Diem-Suong T. Nguyen (Bar No. 237557)
David J. Lisson (Bar No. 250994)
Chung G. Suh (Bar No. 244889)
Jeremy Brodsky (Bar No. 257674)
DAVIS POLK & WARDWELL LLP
1600 El Camino Real
Menlo Park, California 94025
Telephone:     (650) 752-2000
Facsimile:      (650) 752-2111

Attorneys for Plaintiff
Tyco Healthcare Group LP
d/b/a VNUS Medical Technologies

Michael A. Albert (*pro hac vice*)
Michael Rader (*pro hac vice*)
Charles T. Steenburg (*pro hac vice*)
WOLF GREENFIELD & SACKS, PC
600 Atlantic Avenue
Boston, Massachusetts 02210
Telephone:     (617) 646-8000
Facsimile:      (617) 646-8646

Attorneys for Defendant biolitec, Inc.

John K. Buche (Bar No. 239477)
Sean M. Sullivan (Bar No. 254372)
BUCHE & ASSOCIATES, PC
875 Prospect, Suite 305
La Jolla, California 92037
Telephone:     (858) 812-2840
Facsimile:      (858) 459-9120

Attorneys for Defendant Total Vein Solutions,
LLC d/b/a Total Vein Systems

James W. Geriak (Bar No. 32871)
Allan W. Jansen (Bar No. 81992)
Mark Stirrat (Bar No. 229448)
ORRICK HERRINGTON & SUTCLIFF LLP
4 Park Plaza, Suite 1600
Irvine, California 92614
Telephone:     (949) 567-6700
Facsimile:      (949) 567-6710

Attorneys for Defendant New Star Lasers, Inc.
d/b/a CoolTouch, Inc.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

TYCO HEALTHCARE GROUP LP d/b/a
VNUS MEDICAL TECHNOLOGIES,

Plaintiff,

v.

BIOLITEC, INC. and NEW STAR LASERS,
INC. d/b/a COOLTOUCH, INC.,

Defendants.

LEAD CASE NO. C08-03129 MMC

[PROPOSED] ORDER GRANTING
JOINT STIPULATED MOTION TO
ADMIT CERTAIN EXHIBITS INTO
EVIDENCE

Judge:  The Honorable Maxine M. Chesney
Date:    October 18, 2010
Time:    9:00 a.m.

TYCO HEALTHCARE GROUP LP d/b/a
VNUS MEDICAL TECHNOLOGIES,

Plaintiff,

v.

TOTAL VEIN SOLUTIONS, LLC d/b/a
TOTAL VEIN SYSTEMS,

Defendant.

CASE NO. C08-04234 MMC
(consolidated with C08-03129 MMC)

1   Plaintiff Tyco Healthcare Group LP d/b/a VNUS Medical Technologies and defendants

2   biolitec, Inc., New Star Lasers, Inc. d/b/a CoolTouch, Inc. and Total Vein Solutions, LLC d/b/a

3   Total Vein Systems have jointly moved the Court for an order admitting certain exhibits into

4   evidence in this case.

5   Having considered the papers submitted by the parties, the Joint Stipulated Motion to Admit

6   Certain Exhibits into Evidence is GRANTED.  The exhibits admitted by this order are listed in the

7   chart attached hereto as Exhibit A.

8

9   **IT IS SO ORDERED.**

10  Dated:  October 15, 2010

11  Honorable Maxine M. Chesney
    United States District Court Judge

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

# Exhibit A

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CASE NOS: **C-08-03129 MMC (LEAD CASE)**
C-08-4234 MMC                                DATE: **October 18, 2010**

TYCO HEALTHCARE GROUP LP                vs.    BIOLITEC, INC., NEW STAR
d/b/a VNUS MEDICAL TECHNOLOGIES                LASERS, INC. d/b/a
                                               COOLTOUCH, INC., and TOTAL
                                               VEIN SOLUTIONS, LLC d/b/a
                                               TOTAL VEIN SYSTEMS

EXHIBIT LIST

(X) Plaintiff                                            (X) Defendant

| Exhibit | Marked | Admitted | Sponsoring Witness | Description |
|---------|--------|----------|--------------------|-------------|
| PTX 1 | X | X | | Ribbon copy of U.S. Patent No. 6,258,084 B1<br><br>Method for Applying Energy to Biological Tissue Including the Use of Tumescent Tissue Compression<br><br>(Goldman, Weiss, Zikorus, Chandler) |
| PTX 2 | X | X | | Ribbon copy of U.S. Patent No. 6,752,803 B2<br><br>Method and Apparatus for Applying Energy to Biological Tissue Including the Use of Tumescent Tissue Compression<br><br>(Goldman, Weiss, Zikorus, Chandler) |
| PTX 3 | X | X | | Ribbon copy of U.S. Patent No. 6,769,433 B2<br><br>Expandable Vein Ligator Catheter Having Multiple Electrode Leads, and Method<br><br>(Zikorus, Parker, Jones, Petty, Farley, Tartaglia) |
| PTX 4 | X | X | | Ribbon copy of U.S. Patent No. 7,406,970<br><br>Method of Using Expandable Vein Ligator Catheter Having Multiple Electrode Leads<br><br>(Zikorus, Parker, Jones, Petty, Farley, Tartaglia) |
| PTX 5 | X | X | | Ribbon copy of U.S. Patent No. 7,396,355<br><br>Method and Apparatus for Applying Energy to Biological Tissue Including the Use of Tumescent Compression<br><br>(Goldman, Weiss, Zikorus, Chandler) |
| PTX 6 | X | X | | File Wrapper for 6,258,084<br><br>*Irrelevant portions eliminated per Pretrial Preparation Order*<br><br>VNUS_000001 – VNUS_000174 |

A-1

| Exhibit | Marked | Admitted | Sponsoring Witness | Description |
|---------|--------|----------|--------------------|-------------|
| PTX 7 | X | X | | File Wrapper for 6,752,803<br><br>*Irrelevant portions eliminated per Pretrial Preparation Order*<br><br>VNUS 000341 – VNUS 000536 |
| PTX 8 | X | X | | File Wrapper for 6,769,433<br><br>*Irrelevant portions eliminated per Pretrial Preparation Order*<br><br>VNUS 000537 – VNUS 000756 |
| PTX 9 | X | X | | File Wrapper for 7,406,970<br><br>*Irrelevant portions eliminated per Pretrial Preparation Order*<br><br>VNUS_148525 – VNUS149094 |
| PTX 10 | X | X | | File Wrapper for 7,396,355<br><br>*Irrelevant portions eliminated per Pretrial Preparation Order*<br><br>VNUS_147830 – VNUS_148502 |
| PTX 12 | X | X | | VNUS Closure® Plus kit |
| PTX 13 | X | X | | biolitec, Micro Introducer Kit<br>BIO002956 |
| PTX 14 | X | X | | biolitec, Fiber<br>BIO002957 |
| PTX 15 | X | X | | biolitec 810, 980 and 1470 Ceralas laser console images<br>*Compilation exhibit of separate documents*<br><br>(BIO000297, BIO000280, BIO000303) |
| PTX 16 | X | X | | CoolTouch, Micro Introducer Kit<br>C0010252 |
| PTX 17 | X | X | | CoolTouch, Long Introducer Kit<br>C0010249 |
| PTX 18 | X | X | | CoolTouch, SaphFire Fiber |
| PTX 19 | X | X | | CoolTouch 1320 (NS-160) and CoolLipo TRIO laser console images<br><br>*Compilation exhibit of separate documents* |

| Exhibit | Marked | Admitted | Sponsoring Witness | Description |
|---------|--------|----------|--------------------|-------------|
| PTX 20 | X | X | | TVS Long Introducer Kit<br>TVS3105 SS |
| PTX 21 | X | X | | TVS Kingsley Pack<br>TVS4008K |
| PTX 22 | X | X | | TVS Endovenous Pack<br>TVS 4003J<br>TVSB13483 |
| PTX 23 | X | X | | TVS Ravi Pack<br>TVS 4012NI<br>TVSB13482 |
| PTX 24 | X | X | | TVS Short Introducer Kit<br>TVS 2004<br>TVSB13478 |
| PTX 25 | X | X | | TVS 600 Micron Fiber<br>TVSB13480 |
| PTX 26 | X | X | | TVS 400 Micron Fiber<br>TVSB13479 |
| PTX 27 | X | X | | TVS 980 and 1470 laser console images<br>*Compilation exhibit of separate documents*<br><br>(screenshot of TVSB12672 and TVSB12674) |
| PTX 28 | X | X | | ELVeS Procedure Kit – Endovascular Laser Venous System, Instructions for Use<br>PI-024 Rev. A<br><br>BIO004915 – BIO004920 |
| PTX 29 | X | X | | ELVeS Procedure Kit – Endo Laser Vein System, Instructions for Use<br>PI-044 Rev. A<br><br>BIO004973 – BIO004976 |
| PTX 30 | X | X | | ELVeS Procedure Kit – Endo Laser Vein System, Instructions for Use<br>PI-045 Rev. A<br><br>BIO000005 – BIO000008 |
| PTX 31 | X | X | | ELVeS Procedure Kit – Endo Laser Vein System, Instructions for Use<br>PI-045 Rev. B |

| Exhibit | Marked | Admitted | Sponsoring Witness | Description |
|---------|--------|----------|--------------------|-------------|
| | | | | BIO001485 – BIO001488 |
| PTX 32 | X | X | | ELVeS Procedure Kit – Endo Laser Vein System, Instructions for Use<br>PI-045 Rev. C<br><br>BIO002958 – BIO002961 |
| PTX 33 | X | X | | Ceralas D15 810nm – Fiber-Coupled Diode Laser System, User's Manual<br><br>LA-0740 Rev. E<br><br>BIO004544 – BIO004593 |
| PTX 34 | X | X | | Ceralas D15 980nm – Fiber-Coupled Diode Laser System, User's Manual<br>LA-0766 Rev. D<br><br>BIO000017 – BIO000042 |
| PTX 35 | X | X | | Ceralas E15 1470nm – Fiber-Coupled Diode Laser System<br>LA-0882 Rev. C<br><br>BIO002908 – BIO002951 |
| PTX 36 | X | X | | CoolTouch CTEV Safe Start Protocol – Endovenous Laser Treatment<br><br>7030-0009 Rev. D (1-25-05)<br><br>C0007092 – C0007099 |
| PTX 37 | X | X | | CoolTouch CTEV Safe Start Protocol – Endovenous Laser Treatment<br><br>7030-0009 Rev. E (6-02-05)<br><br>C0007774 – C0007781 |
| PTX 38 | X | X | | CoolTouch CTEV Treatment Guidelines – Endovenous Laser Procedure<br>7035-0006 Rev. B (9-2007)<br><br>C0005731 – C0005738 |
| PTX 39 | X | X | | CoolTouch CTEV Treatment Guidelines – Endovenous Laser Procedure<br><br>7035-0006 Rev. C (3/27/2009)<br><br>C0020044 – C0020051 |

| Exhibit | Marked | Admitted | Sponsoring Witness | Description |
|---------|--------|----------|--------------------|-------------|
| PTX 40 | X | X | | Laser Endovenous Treatment for Varicose Veins – Owner's Reference Guide<br><br>*Multimedia Files may be shortened for presentation at trial*<br>C0006620 |
| PTX 42 | X | X | | VNUS Closure Catheter – Instructions For Use<br>RM55-285-01 Rev. E<br><br>VNUS_140196 – VNUS_140238 |
| PTX 43 | X | X | | VNUS Vessel and Tissue Coagulation Device – Instructions For Use<br>RM55-430-01 Rev 2<br><br>VNUS 97087 –  VNUS 97092 |
| PTX 45 | X | X | | Art Zikorus Lab Notebook No. 005<br>VNUS 004475 – VNUS 004569<br><br>VNUS 047526 – VNUS 047533<br><br>*Compilation exhibit of separate documents* |
| PTX 56 | X | X | | 01/20/97 Handwritten notes from Art Zikorus Lab Notebook No. 005<br>VNUS_004511 – VNUS_004512 |
| PTX 59 | X | X | | 10/20/97 Handwritten notes from A. Zikorus Lab Notebook 005<br>VNUS_087543 – VNUS_087544 |
| PTX 71 | X | X | | biolitec Master Price List<br>FM09-125 Rev. A<br>(Approved: 01/08/07, Effective: 1/08/07)<br>BIO002902 – BIO002903 |
| PTX 72 | X | X | | TVS Product Catalog<br>TVSB01842 – TVSB01845<br>*Redacted* |
| PTX 73 | X | X | | Total Vein System's Product Catalog February 2004<br>TVSB01944 – TVSB01957<br>*Redacted* |
| PTX 74 | X | X | | Total Vein Systems' Product Catalog October 2004<br>TVSB01958 – TVSB01977 |

| Exhibit | Marked | Admitted | Sponsoring Witness | Description |
|---|---|---|---|---|
| | | | | *Redacted |
| PTX 75 | X | X | | Total Vein Systems' 2007 Product Catalog<br>TVS20683 – TVS20697 |
| PTX 76 | X | X | | Total Vein Systems' Product Catalog Fall 2007<br>TVS25342 – TVS25369 |
| PTX 77 | X | X | | Total Vein Systems' Product Catalog 2008<br>TVSB00188 – TVSB00210 |
| PTX 78 | X | X | | Total Vein Systems' Product Catalog 2009<br>produced as TVSB01987 – TVSB02014 |
| PTX 79 | X | X | | Total Vein Systems' Product Catalog 2010<br>TVSB13998 – TVSB14024 |
| PTX 80 | X | X | | TVS Procedure Packs Catalog<br>TVSB00246 – TVSB00263 |
| PTX 82 | X | X | | 10/17/08 letter from J. Kahan to R. Felten<br>*Irrelevant portions eliminated per Pretrial Preparation Order<br>BIO001793 – BIO001874 |
| PTX 84 | X | X | | 04/06/04 letter from D. Johnson to the Office of Device Evaluation re: 510(k) Premarket Notification for Additional Indication for the CoolTouch NS-160 Nd:YAG Laser System<br>*Irrelevant portions eliminated per Pretrial Preparation Order<br>*Redacted<br>C0007128 – C0007309 |
| PTX 85 | X | X | | 10/25/04 letter from T. Schiek to C. Shirk<br>TVSB01802 – TVSB01803<br>*Redacted |
| PTX 86 | X | X | | ThermaLite™ 1470 – FDA Clearance Number: K083613<br>TVSB12670 |
| PTX 87 | X | X | | 06/13/02 biolitec Press Release, "biolitec's New ELVeS™ Vein Treatment"<br>VNUS_145888 – VNUS_145893 |
| PTX 88 | X | X | | Brochure entitled, "ELVeS™ PL – Endo Laser Vein System |

| Exhibit | Marked | Admitted | Sponsoring Witness | Description |
|---|---|---|---|---|
| | | | | – The gentle standard in Endovenous Therapies"<br>VNUS_145861 – VNUS_145866 |
| PTX 89 | X | X | | Brochure entitled, "ELVeS™ – Endo Laser Vein System: A unique and complete solution for treatment of the cause and results of venous incompetence"<br>VNUS_145867 – VNUS_145872 |
| PTX 90 | X | X | | Brochure entitled, "A Patient's Guide to Gentle Treatment for Laser Vein Therapy"<br>BIO000260 – BIO000261 |
| PTX 91 | X | X | | Presentation entitled, "ELVeS® PL Laser – Sales Selling Points"<br>BIO010816 – BIO010820 |
| PTX 93 | X | X | | Brochure entitled, "ELVeS™ – A Unique and Complete Solution for Treatment of Venous Incompetence"<br>VNUS_145873 – VNUS_145878 |
| PTX 94 | X | X | | CoolTouch Press Release entitled, "CoolTouch Inc. Introduces New Saphfire 2.5F Fiber" dated May 16, 2006<br>VNUS_146247 – VNUS_146248 |
| PTX 95 | X | X | | Brochure entitled, "CoolTouch CTEV – Laser Endovenous Treatment for Varicose Veins"<br>C0002449 – C00002450 |
| PTX 97 | X | X | | Brochure entitled, "Why Choose the CoolTouch CTEV for Your Varicose Vein Treatment?"<br>C0002451 – C00002452 |
| PTX 98 | X | X | | Brochure entitled, "CoolLipo Trio – Laser Assisted Liplysis & Skin Tightening"<br>C0010088 – C0010089 |
| PTX 100 | X | X | | Brochure entitled, "CoolTouch CTEV™ - 1320 nm Laser Endovenous Treatment for Varicose Veins"<br>C0002453 – C0002458 |
| PTX 101 | X | X | | Presentation entitled, "CoolTouch CTEV™ - CoolTouch EndoVenous Varicose Vein Therapy"<br>C078026 – C078046 |
| PTX 102 | X | X | | Collection of letters from R. Puddu to various doctors reintroducing the TVS product line (2005) |

[PROPOSED] ORDER GRANTING JOINT STIPULATED MOTION TO ADMIT CERTAIN EXHIBITS INTO EVIDENCE –
CASE NOS. C08-03129 MMC & C08-04234 MMC

| Exhibit | Marked | Admitted | Sponsoring Witness | Description |
|---|---|---|---|---|
| | | | | TVSB01870 – TVSB01932 |
| | | | | *Redacted* |
| PTX 104 | X | X | | Collection of customer contact information from the International Vein Congress in Miami, FL (April 20-22, 2006) |
| | | | | TVS21268 – TVS21305 |
| PTX 106 | X | X | | TVS flier entitled, "Please Save the Date!" (July 14, 2007 Symposium) |
| | | | | TVS20712 |
| PTX 108 | X | X | | Flier entitled, "Customize Your Own Endovenous Pack" |
| | | | | TVSB00751 – TVSB00753 |
| PTX 109 | X | X | | Flier entitled, "Customize Your Own Endovenous Pack" |
| | | | | TVS01525 |
| PTX 110 | X | X | | Draft mailer from D. Centanni with reviews from doctors (April 7, 2008) |
| | | | | TVSB00158 |
| PTX 111 | X | X | | Flier entitled, "All TVS Introducers…are compatible with all TVS Laser Fibers" |
| | | | | TVS20695 |
| PTX 112 | X | X | | Entry by R. Puddu re: Dr. R. Corpus |
| | | | | TVSB01611 |
| PTX 113 | X | X | | Collection of various TVS fliers and price lists |
| | | | | TVS01497 – TVS01507 |
| PTX 114 | X | X | | Flier entitled, "Why Use Sterile Endovenous Packs?" |
| | | | | TVS01504 |
| PTX 116 | X | X | | TVS flier entitled, "What Our Customers Have to Say" |
| | | | | TVSB00056 |
| PTX 117 | X | X | | TVS flier entitled, "Get Superior Results at a Fraction of the Cost!" |
| | | | | VNUS2_083531 – VNUS2_083532 |
| PTX 120 | X | X | | 10/30/08 Sales Quote for Carestation Health Centre |
| | | | | BIO072093 – BIO072095 |
| PTX 122 | X | X | | Presentation entitled, "Experience with Endovenous Laser |

| Exhibit | Marked | Admitted | Sponsoring Witness | Description |
|---------|--------|----------|--------------------|-------------|
|  |  |  |  | Ablation for Varicose Veins" by Dr. P. Do |
|  |  |  |  | BIO098328 – BIO098349 |
| PTX 123 | X | X |  | CoolTouch CTEV – Endovenous Surgical Procedure Presentation (2004) |
|  |  |  |  | C0010255 – C0010272 |
| PTX 130 | X | X |  | 03/18/08 Consulting Agreement between biolitec, Inc. and Dr. J. Mauriello |
|  |  |  |  | Mauriello Deposition Exhibit 178 |
| PTX 131 | X | X |  | 02/02/09 E-mail from J. Furcht to B. Foley |
|  |  |  |  | BIO037543 – BIO037544 |
| PTX 132 | X | X |  | 09/24/09 Letter from D. Centanni to Dr. N. Rattehali |
|  |  |  |  | TVSB13921 |
| PTX 135 | X | X |  | List of doctors' contact information |
|  |  |  |  | TVS20659 – TVS20661 |
| PTX 137 | X | X |  | Flier entitled, "We're Celebrating March Madness!!" |
|  |  |  |  | TVSB01801 |
|  |  |  |  | *Redacted* |
| PTX 139 | X | X |  | 04/30/02 E-mail from B. Appling to B. Skutnik |
|  |  |  |  | BIO100089 |
| PTX 141 | X | X |  | 07/16/08 E-mail from C. Estes to S. Digby, M. Tessier and C. Crossland |
|  |  |  |  | BIO016002 – BIO016005 |
| PTX 142 | X | X |  | 07/22/08 E-mail from K. Moran to W. Neuberger and S. Spaniol |
|  |  |  |  | BIO051838 – BIO051841 |
| PTX 143 | X | X |  | 07/24/08 E-mail from C. Estes to J. Ushinski, K. Diaz, N. Smith, L. Marchman, K. Rossner, T. Steele and T. Stock |
|  |  |  |  | BIO010991 – BIO0100994 |
| PTX 144 | X | X |  | 07/29/08 E-mail from C. Estes to L. Marchman, T. Stock and K. Moran |
|  |  |  |  | BIO015457 |
| PTX 145 | X | X |  | 07/30/08 E-mail from C. Estes to K. Moran and T. Stock |
|  |  |  |  | BIO016207 – BIO016208 |
| PTX 146 | X | X |  | 08/07/08 E-mail from J. Mauriello to C. Crossland, K. |

| Exhibit | Marked | Admitted | Sponsoring Witness | Description |
|---|---|---|---|---|
| | | | | Moran and T. Stock |
| | | | | BIO086326 |
| PTX 147 | X | X | | 08/13/08 E-mail from C. Estes to K. Moran |
| | | | | BIO014327 – BIO014329 |
| PTX 148 | X | X | | 08/18/08 E-mail from C. Estes to N. Smith |
| | | | | BIO017108 |
| PTX 153 | X | X | | 10/12/08 E-mail from C. Estes to J. Knudsen |
| | | | | BIO016419 |
| PTX 154 | X | X | | 10/14/08 E-mail from C. Estes to K. Moran |
| | | | | BIO011541 |
| PTX 155 | X | X | | 10/14/08 E-mail from C. Estes to Dr. Vanderpool and L. Marchman |
| | | | | BIO017381 |
| PTX 157 | X | X | | 01/13/09 E-mail from J. Furcht to C. Estes and M. Meade |
| | | | | BIO072189 |
| PTX 159 | X | X | | 02/11/09 E-mail from C. Estes to B. Foley, M. Sabado, B. Skutnik and T. Driscoll |
| | | | | BIO011175 – BIO011176 |
| PTX 163 | X | X | | 04/13/09 E-mail from C. Estes to B. Foley |
| | | | | BIO017161 – BIO017163 |
| PTX 164 | X | X | | 06/08/09 E-mail from C. Sagnak to J. Furcht and W. Neuberger |
| | | | | BIO070367 |
| PTX 171 | X | X | | 03/04/04 Facsimile from T. Schiek/D. Centanni and J. Kingsley |
| | | | | TVS0922 – TVS0923 |
| PTX 173 | X | X | | 05/27/04 Letter from T. Schiek Dr. Manjoney |
| | | | | TVS01737 |
| PTX 174 | X | X | | 10/27/04 Letter from T. Schiek to S. Eason |
| | | | | TVS24492 |
| PTX 178 | X | X | | 09/15/05 Facsimile from R. Puddu to S. Elias |
| | | | | TVSB01606 – TVSB01607 |
| PTX 186 | X | X | | Declaration of Dave Centanni, dated June 27, 2007 |

| Exhibit | Marked | Admitted | Sponsoring Witness | Description |
|---|---|---|---|---|
| | | | | submitted in *Diomed, Inc. v. Total Vein Solutions, LLC*, U.S. District Court for the District of Massachusetts, Case No. 04-10686 NMG |
| | | | | TVSB005779 – TVSB05781 |
| | | | | *Redacted* |
| PTX 188 | X | X | | Flier entitled, "Total Vein Systems Means Value" |
| | | | | TVSB01261 |
| PTX 189 | X | X | | biolitec Radially Emitting Fiber x 6F ELVeS® Kit – Validation Sheets (101030 Rev. A) |
| | | | | BIO001619 – BIO001648 |
| PTX 190 | X | X | | 12/09/08 E-mail from K. Moran to J. Furcht, W. Neuberger and C. Estes |
| | | | | BIO051322 – BIO051323 |
| PTX 218 | X | X | | 09/28/04 510(k) Summary CoolTouch NS-160 Nd:YAG Laser System (K040921) |
| | | | | C0007979 – C0007983 |
| PTX 219 | X | X | | CoolTouch Inc. Nd:YAG Laser System 510(k) Premarket Notification Treatment of Varicose Veins Indication |
| | | | | C0007140 – C0007153 |
| | | | | *Redacted* |
| PTX 222 | X | X | | U.S. Patent No. 4,564,011 Laser Optic Device and Method (Goldman) |
| PTX 223 | X | X | | U.S. Patent No. 4,643,186 Percutaneous Transluminal Microwave Catheter Angioplasty (Rosen and Walinsky) |
| PTX 224 | X | X | | U.S. Patent No. 4,854,320 Laser Healing Method and Apparatus (Dew, Hsu and Halpern) |
| PTX 225 | X | X | | U.S. Patent No. 5,196,004 Infrared Laser Catheter System (Sinofsky) |
| PTX 226 | X | X | | U.S. Patent No. 5,531,739 Method of Treating Veins (Trelles) |
| PTX 227 | X | X | | U.S. Patent No. 5,827,268 |

| Exhibit | Marked | Admitted | Sponsoring Witness | Description |
|---|---|---|---|---|
| | | | | Device for the Treatment of Patent Ductus Arteriosus and Method of Using the Device (Laufer) <br><br> VNUS_041027 – VNUS_041042 |
| PTX 228 | X | X | | Berlien et al., "Lasers in Pediatric Surgery," 25 PROGRESS IN PEDIATRIC SURGERY (1990) <br><br> DMA-KS-000525 – DMA-KS-000542 |
| PTX 229 | X | X | | Bing Liem and Mead, "Microwave Linear Ablation of the Isthmus Between the Inferior Vena Cava and Tricuspid Annulus," 21 PACE 2079-2086 (November 1998) <br><br> VNUS2_084132 – VNUS2_084139 |
| PTX 230 | X | X | | Cheong et al., "Laser Balloon Angioplasty," CRITICAL REVIEWS IN BIOMEDICAL ENGINEERING, 19(2,3):113-146 (1991) <br><br> VNUS_0140328 – VNUS_140361 |
| PTX 231 | X | X | | Gorisch & Boergen, "Laser Related Heat Effects on Blood Vessels," Lasers in Biology and Medicine, Plenum Press, NY (1980) |
| PTX 232 | X | X | | Harada et al., "Microwave Surgical Treatment of Diseases of Prostate," UROLOGY.  1985 Dec;26(6):572-6 <br><br> VNUS2_084071 – VNUS2_084075 |
| PTX 233 | X | X | | Lin, "Catheter Microwave Ablation Therapy for Cardiac Arrhythmias," 20 BIOELECTROMAGNETICS (1999) 120-132 <br><br> VNUS2_084161 – VNUS2_084173 |
| PTX 234 | X | X | | O'Reilly et al., "Transcatheter Fiberoptic Laser Coagulation of Blood Vessels," RADIOLOGY 142:777-780, March 1982 <br><br> BIO007184 – BIO007187 |
| PTX 235 | X | X | | Sharp et al., "Microwaves for Menorrhaglia: A New Fast Technique for Eudometrial Ablation," LANCET 1995; 346 (8981): 1003-1004 <br><br> VNUS2_083994 – VNUS2_083996 |
| PTX 236 | X | X | | Smith et al., "Microwave Thermal Balloon Angioplasty in the Normal Rabbit," AMERICAN HEART JOURNAL 123(6); 1516-1521 (June 1992) <br><br> VNUS2_084414 – VNUS2_084419 |
| PTX 238 | X | X | | Ryan et al., "Experimental Brain Hyperthermia: Techniques for Heat Delivery and Thermometry," I. J. RADIATION |

[PROPOSED] ORDER GRANTING JOINT STIPULATED MOTION TO ADMIT CERTAIN EXHIBITS INTO EVIDENCE – CASE NOS. C08-03129 MMC & C08-04234 MMC

| Exhibit | Marked | Admitted | Sponsoring Witness | Description |
|---|---|---|---|---|
| | | | | ONCOLOGY 20(4): 739-750 (April 1991) |
| | | | | VNUS2_084302 – VNUS2_084313 |
| PTX 239 | X | X | | Whayne et al., "Microwave Catheter Ablation of Myocardium in Vitro," CIRCULATION 1994;89;2390-2395 |
| | | | | VNUS2_083908 – VNUS2_083914 |
| PTX 240 | X | X | | Wonnell et al., "Evaluation of Microwave and Radio Frequency Catheter Ablation in a Myocardium-Equivalent Phantom Model," IBEE TRANSACTIONS ON BIOMEDICAL ENGINEERING 39(10) 1086-1095 (October 1992) |
| | | | | VNUS2_084450 – VNUS2_084459 |
| PTX 241 | X | X | | Compilation of biolitec's Responses to VNUS's Requests for Admission |
| | | | | *Excerpted and redacted* |
| PTX 242 | X | X | | Compilation of CoolTouch's Responses to VNUS's Requests for Admission |
| | | | | *Excerpted and redacted* |
| PTX 243 | X | X | | Compilation of TVS's Responses to VNUS's Requests for Admission |
| | | | | *Excerpted and redacted* |
| PTX 244 | X | X | | Compilation of biolitec's Responses to VNUS's Interrogatories |
| | | | | *Excerpted and redacted* |
| PTX 245 | X | X | | Compilation of CoolTouch's Responses to VNUS's Interrogatories |
| | | | | *Excerpted and redacted* |
| PTX 246 | X | X | | Compilation of TVS's Responses to VNUS's Interrogatories |
| | | | | *Excerpted and redacted* |
| PTX 252 | X | X | | VNUS presentation entitled, "The Competitive Landscape" (National Sales Meeting, February 2005) |
| | | | | VNUS_126331 – VNUS_126351 |
| PTX 253 | X | X | | American College Phlebology Final Program of 21st Annual Congress (November 8-11, 2007) |
| | | | | VNUS_825256 – VNUS_825298 |
| PTX 254 | X | X | | VNUS presentation entitled, "Selling Against the Competition" by M. Abelmann |

| Exhibit | Marked | Admitted | Sponsoring Witness | Description |
|---------|--------|----------|--------------------|-------------|
| | | | | VNUS_140126 – VNUS_140158 |
| PTX 257 | X | X | | VNUS® Closure System – Sales Training Manual<br>CJ_01406 – CJ_01883 |
| PTX 258 | X | X | | 04/01/02 Supply and Distribution Agreement between AngioDynamics, Inc. and biolitec, Inc.<br>BIO003977 – BIO004002 |
| PTX 259 | X | X | | 12/29/08 E-mail from C. Estes to J. Furcht<br>BIO016007 |
| PTX 262 | X | X | | CoolTouch Executive Summary<br>(05/14/04)<br>C0089137 – C0089143 |
| PTX 263 | X | X | | CoolTouch Executive Summary<br>(08/05/04)<br>C0088568 – C0088573 |
| PTX 264 | X | X | | 09/30/04 CoolTouch press release entitled, "CoolTouch CTEV™ 1320 nm Laser Gets FDA Clearance for Endovenous Treatment of the Greater Saphenous Vein"<br>VNUS_146251 – VNUS_146252 |
| PTX 267 | X | X | | CoolTouch Company Profile<br>C0087368 |
| PTX 268 | X | X | | CoolTouch Company Overview<br>C0087358 – C0087359 |
| PTX 283 | X | X | | 1/14/09 E-Mail from K. Moran to A. Henneberger and B. Foley<br>BIO033259 |
| PTX 284 | X | X | | TVS flier entitled, "EVLT, ELVeS, ELAS and VNUS – Why use Sterile Endovenous Packs?"<br>TVS1472 |
| PTX 288 | X | X | | FRE 1006 Summary (List of Asserted Claims) |
| PTX 290 | X | X | | FRE 1006 Summary (chart depicting accused biolitec product sales and margin calculations prepared by Julie Davis) |

| Exhibit | Marked | Admitted | Sponsoring Witness | Description |
|---------|--------|----------|--------------------|-------------|
| PTX 291 | X | X | | FRE 1006 Summary (chart depicting accused CoolTouch product sales and margin calculations prepared by Julie Davis) |
| PTX 292 | X | X | | FRE 1006 Summary (chart depicting CoolTouch accused fiber revenue compared to fiber, parts and accessories revenue prepared by Julie Davis) |
| PTX 293 | X | X | | FRE 1006 Summary (chart depicting accused TVS product sales and margin calculations prepared by Julie Davis) |
| PTX 294 | X | X | | FRE 1006 Summary (chart depicting VNUS operating income statement prepared by Julie Davis) |
| PTX 295 | X | X | | FRE 1006 Summary (chart depicting incremental margin on VNUS products prepared by Julie Davis) |
| PTX 296 | X | X | | FRE 1006 Summary (chart depicting Defendants' laser and fiber sales as % of VNUS generator and catheter sales from 2002-2010 prepared by Julie Davis) |
| PTX 297 | X | X | | FRE 1006 Summary (chart depicting Defendants' laser and fiber sales as % of VNUS generator and catheter sales from 2005-2010 prepared by Julie Davis) |
| PTX 300 | X | X | | FRE 1006 Summary (chart of claims as construed by the Court in its Markman Ruling) |
| PTX 301 | X | X | | 06/12/01 E-Mail from Wolfneuber@aol.com to W.Rauschning and C. Morello<br><br>BIO100163 – BIO100165 |
| DTX 501 | X | X | | biolitec Radial-Emitting Laser Fiber (e.g., Defendants' Depo. Ex. 357) |
| DTX 502 | X | X | | Percutaneous Introducer (e.g., Defendants' Depo. Ex. 358) |
| DTX 503 | X | X | | 1994 Article by Whayne et al re: "Microwave catheter ablation of myocardium in vitro. Assessment of the characteristics of issue heating and injury" (VNUS_140612 - VNUS_140618) |
| DTX 505 | X | X | | 1996 Syllabus from 10th Annual Congress of the North American Society of Phlebology (VNUS_033404 - VNUS_033416) |
| DTX 506 | X | X | | 1997 Program from the 11th Annual Congress of the North American Society of Phlebology (VNUS_033438 - VNUS_033518) |
| DTX 514 | X | X | | Apr. 12, 1999 Memo from Chris Jones and Liz Newman to Various Recipients re: "Trip Report - Dr. Goldman: Closure |

| Exhibit | Marked | Admitted | Sponsoring Witness | Description |
|---------|--------|----------|--------------------|-------------|
| | | | | Patient #2 Treated on Friday, April 9, 1999" (CJ_03948 - CJ_03949) |
| DTX 517 | X | X | | Apr. 1999 Correspondence Between VNUS Personnel and Dr. Goldman (VNUS_041733 - VNUS_041735) |
| DTX 518 | X | X | | Apr. 2, 2001 Email from Doug Petty to Various Recipients re: "Confirmation Order Letter 01188" (VNUS_418949 - VNUS_418951) |
| DTX 519 | X | X | | Apr. 2004 VNUS Slides re: "Marketing/International/Reimbursement MIR April 2004 Update" (VNUS_677355 - VNUS_677444) |
| DTX 520 | X | X | | Apr. 24, 2001 VNUS Slides re: "Patent Status: Current States & Claims Expansion" (VNUS_053279 - VNUS_053290) |
| DTX 521 | X | X | | Apr. 24, 2002 VNUS Slides re: "VNUS Medical Technologies Board of Directors Meeting" (VNUS_795663 - VNUS_795697) |
| DTX 522 | X | X | | Apr. 25, 1997 VNUS Slides re: "VNUS Medical Technologies Board of Directors Meeting" (VNUS_885628 - VNUS_885663) |
| DTX 523 | X | X | | Apr. 25, 2006 Email from Brian Farley to Martha Stephens re: "Letter from Martha Stephens" (VNUS_249330 - VNUS_249331) |
| DTX 524 | X | X | | Apr. 28, 1999 Memo from Grace Schulz and Diane Villegas to Various Recipients re: "Goldman case reports, 4/15/99 and 4/21/99" (VNUS_025978 - VNUS_025980) |
| DTX 527 | X | X | | Art Zikorus Lab Notebook (No. 005) (VNUS_004475 - VNUS_004569) |
| DTX 530 | X | X | | Aug. 14, 2007 Email from Parvinder Kalotia to Brian Farley re: "History of IFU's" (VNUS_672134 - VNUS_672135) |
| DTX 532 | X | X | | Aug. 18, 2006 Email from Jim Fitzsimmons to Brian Farley re: "Proposed Medicare rates for Closure vs. EVL in 2007" (VNUS_966057 - VNUS_966058) |
| DTX 533 | X | X | | Aug. 22, 2006 VNUS Slides re: "Meeting of the Board of Directors: Business Update" (VNUS_877163 - VNUS_877241) |
| DTX 535 | X | X | | Aug. 25, 1999 Memo from Chris Jones to Various Recipients re: CL-Fast Paint Alternative heating modalities (CJ_04176 - CJ_04177) |
| DTX 536 | X | X | | Aug. 30, 2010 Screenshot of VNUS Webpage "Comparing |

| Exhibit | Marked | Admitted | Sponsoring Witness | Description |
|---|---|---|---|---|
| | | | | Treatment Options" |
| DTX 538 | X | X | | biolitec LA-0766 Rev. C (BIO004640 - BIO004663) |
| DTX 539 | X | X | | biolitec ELVes Brochure ML-061 Rev. E (BIO000280 - BIO000281) |
| DTX 540 | X | X | | biolitec ELVeS PL Advertisement (BIO046045 - BIO046046) |
| DTX 541 | X | X | | biolitec ELVeS PL-1470 ML-290 Rev. E (BIO096358 - BIO096363) |
| DTX 542 | X | X | | biolitec IFU PI-024 Rev. A (BIO004915 - BIO004920) |
| DTX 543 | X | X | | biolitec IFU PI-024 Rev. B (BIO099275 - BIO099278) |
| DTX 544 | X | X | | biolitec IFU PI-024 Rev. C (BIO099245 - BIO0099274) |
| DTX 545 | X | X | | biolitec IFU PI-044 Rev. A (BIO004973 - BIO004976) |
| DTX 546 | X | X | | biolitec IFU PI-045 Rev A (BIO000005 - BIO000008) |
| DTX 547 | X | X | | biolitec IFU PI-045 Rev. B (BIO001485 - BIO001488) |
| DTX 548 | X | X | | biolitec IFU PI-045 Rev. C (BIO010435 - BIO010439) |
| DTX 549 | X | X | | biolitec LA-0766 Rev E (BIO003401 - BIO003417) |
| DTX 550 | X | X | | biolitec LA-0766 Rev. D (BIO000017 - BIO000042) |
| DTX 551 | X | X | | biolitec LA-0777 Rev. A (BIO004774 - BIO004779) |
| DTX 552 | X | X | | biolitec D15/810 Laser Manual ML-094 Rev A (BIO000297 - BIO000298) |
| DTX 553 | X | X | | Chart re "Patents Related to VNUS-36322 (Restore) and Patents Related to VNUS-36323 (Closure)" (VNUS2_074350 - VNUS2_074350) |
| DTX 554 | X | X | | CTEV 1320 nm Endovenous Laser Sales Video (C0010646 - C0010646) |
| DTX 555 | X | X | | CTEV Operation Manual -- Hennings Depo. Ex. 47 (C0007055 - C0007088) |
| DTX 556 | X | X | | CTEV Treatment Guidelines - Endovenous Laser Procedure, 9-2007, 7035-006 (C0051129 - C0051137) |
| DTX 561 | X | X | | Dec. 11, 1997 Fax from Douglas Petty to Carlos Betesh re: "Handouts from VNUS' recent presentation at the NASP meeting in Palm Springs" (MG 0000098 - MG 0000098) |
| DTX 563 | X | X | | Dec. 13, 2005 VNUS Slides re: "VNUS Medical Technologies Meeting of the Board of Directors Business |

| Exhibit | Marked | Admitted | Sponsoring Witness | Description |
|---------|--------|----------|-------------------|-------------|
| | | | | Update" (VNUS_837321 - VNUS_837370) |
| DTX 566 | X | X | | Dec. 18, 1998 Email from Chris Jones to Various Recipients re: "Summary of Closure Treatment Temperatures and Catheter Pullback Speeds" (VNUS_019666 - VNUS_019668) |
| DTX 567 | X | X | | Dec. 19, 2005 Email from Maureen Bensing to Various Recipients re: "Dr. A. Dietzek - Veins not closed" (VNUS_535126 - VNUS_535127) |
| DTX 571 | X | X | | Dec. 8, 2005 VNUS Meeting Minutes re: "Progress on the Investigation into Veins Not Closing" (VNUS_813637 - VNUS_813637) |
| DTX 574 | X | X | | Fall 2004 VNUS Slides re: "VNUS Medical Technologies, Inc. Initial Public Offering" (VNUS_107876 - VNUS_107912) |
| DTX 577 | X | X | | Feb. 14, 2001 Letter from Brian Farley to Celia Witten and James Dillard re: "A matter potentially affecting the protection of human subjects in a clinical study" (VNUS_051928 - VNUS_051930) |
| DTX 584 | X | X | | Feb. 25, 2005 VNUS Slides re: "Town Meeting" (VNUS_115634 - VNUS_115676) |
| DTX 597 | X | X | | Jan. 2001 VNUS Slides re: "The Closure Procedure vs. Vein Stripping and Ligation Surgery" (VNUS_050969 - VNUS_050994) |
| DTX 598 | X | X | | Jan. 2002 VNUS Closure Sales Training Manual (CJ_01406 - CJ_01883) |
| DTX 606 | X | X | | Joseph Tartaglia Handwritten Notes from Nov. 1997 (VNUS_033266 - VNUS_033281) |
| DTX 607 | X | X | | Jul. 11, 2001 Document Change Request for VNUS Closure IFU RM 55-285-01 Rev. D (VNUS_010344 - VNUS_010432) |
| DTX 612 | X | X | | Jul. 22, 1999 Memo from Brian Farley to All VNUS Distributors re: Discontinued "Support and Clinical Research of the Restore Catheter and Program" (VNUS_639084 - VNUS_639085) |
| DTX 616 | X | X | | Jul. 27, 1999 Memo from Christine Venture and Diane Villegas to Various Recipients re: "Dr. Goldman Case Reports" (VNUS_013655 - VNUS_013657) |
| DTX 617 | X | X | | Jul. 27, 2001 Email from Jeffrey Frisbie to Various Recipients re: "Wrapless Compression" (VNUS_160528 - |

| Exhibit | Marked | Admitted | Sponsoring Witness | Description |
|---------|--------|----------|-------------------|-------------|
| | | | | VNUS_160529) |
| DTX 619 | X | X | | Jul. 3, 2007 Email from Brian Farley to Various Recipients re: "Dr. Harper's CLF Heating Model" (VNUS_474928 - VNUS_474930) |
| DTX 622 | X | X | | Jul. 7, 2001 Document Change Request re: VNUS Closure IFU RM 55-285-01 D (VNUS_010344 - VNUS_010432) |
| DTX 628 | X | X | | Jun. 27, 1997 Memo from Chris Jones to Various Recipients re: "Proposed Experimental Plan for July 1, 1997 Animal Study at BAbCo" (CJ_04051 - CJ_04052) |
| DTX 631 | X | X | | Jun. 30, 1999 Memo re: "Minutes from Patent/Research status meeting 6/29/99" (VNUS_038598 - VNUS_038599) |
| DTX 633 | X | X | | Mar. 10, 1999 Email from Grace Schulz to Mitchell Goldman re: "Patent Application" (MG 0000386 - MG 0000386) |
| DTX 639 | X | X | | Mar. 2005 Email Thread re: "SIR annual meeting sponsorship and May meeting support" (VNUS_366630 - VNUS_366632) |
| DTX 641 | X | X | | Mar. 24, 1998 Memo from Joe Tartaglia to Various Recipients re: "Product Development Review Meeting This Week in R&D - 3/23/98" (VNUS_040616 - VNUS_040620) |
| DTX 647 | X | X | | Mar. 9, 1999 Email from Grace Schulz to Dr. Weiss re "Patent Application" (VNUS_041736 - VNUS_041739) |
| DTX 670 | X | X | | Nov. 13, 2008 Letter from Jonathan Kahan to Richard Felton re: "Response to FDA's Comments Regarding the biolitec Ceralas D 1470nm Diode Laser" (BIO001649 - BIO001650) |
| DTX 684 | X | X | | Objectives for 12/10/96 Animal Study (VNUS_023086 - VNUS_023089) |
| DTX 690 | X | X | | Oct. 17, 2005 Email from Bob McRae to Ignacio Cespedes re: "Clarification on laser consoles" (VNUS_266319 - VNUS_266320) |
| DTX 691 | X | X | | Oct. 20, 2006 Email from Rosenberg to Various Recipients re: "Hearing more and more of this unfortunately" (VNUS_966003 - VNUS_966006) |
| DTX 693 | X | X | | Oct. 22, 1997 Memo from Chris Jones to Various Recipients re: "Closure Animal Results with preferred Treatment Method" (CJ_04270 - CJ_04272) |
| DTX 701 | X | X | | Oct. 29,1998 Letter from Anita Zacherl et al to Mitchel Goldman re: "Closure human clinical research study" (MG |

| Exhibit | Marked | Admitted | Sponsoring Witness | Description |
|---------|--------|----------|--------------------|-------------|
|  |  |  |  | 0000146 - MG 0000147) |
| DTX 708 | X | X |  | U.S. Patent No. 5,437,644 (BIO006974 - BIO006985) |
| DTX 709 | X | X |  | U.S. Patent No. 5,556,396 (BIO007547 - BIO007557) |
| DTX 710 | X | X |  | U.S. Patent No. 5,695,495 (BIO005154 - BIO005158) |
| DTX 711 | X | X |  | U.S. Patent No. 5,709,224 (BIO005045 - BIO005060) |
| DTX 713 | X | X |  | 1952 Vishnevsky "Collected Papers Volume V" (BIO006748 - BIO006789) |
| DTX 714 | X | X |  | 1953 Article by Nabatoff re: "A Complete Stripping of Varicose Veins Under Local Anesthesia" (BIO005205 - BIO005208) |
| DTX 715 | X | X |  | 1956 Text by Vishnevsky re: "Local Anesthesia Via Creeping Infiltrate Technique" (BIO098354 - BIO098452) |
| DTX 716 | X | X |  | 1959 Article by Heijhol et al re: "Endovascular Electrocoagulation of Superficial Varices of the Lower Limbs" (BIO005061 - BIO005079) |
| DTX 717 | X | X |  | 1962 Article by Milostanov re: "Electrocoagulation as the Method of Choice for Surgical Treatment of Varicose Veins of the Lower Extremities" (BIO006543 - BIO006557) |
| DTX 718 | X | X |  | 1962 Article by Muranov re: "Electrocoagulation Treatment of Varicose Ceins of the Lower Extremities" (BIO006615 - BIO006623) |
| DTX 719 | X | X |  | 1963 Article by Musaev re: "Intravascular Electrocoagulation of Subcutaneous Varicose Veins of the Lower Limbs" (BIO098580 - BIO098585) |
| DTX 720 | X | X |  | 1964 Article by Lamper re: "Electorcoagulation Method To Treat Varicose Veins of the Lower Extremity" (BIO006516 - BIO006531) |
| DTX 721 | X | X |  | 1964 Article by Lamper re: "Electrocoagulation in the Treatment of Varicose Subcutaneous Veins of the Lower Extremities" (BIO006507 - BIO006515) |
| DTX 722 | X | X |  | 1966 Article by Milostanov re: "Endovascular Electrocoagulation: The Operation of Choice in Treating Varicose Veins of the Lower Extremities" (BIO006558 - BIO006566) |
| DTX 723 | X | X |  | 1966 Article by Politowski and Zelazny re: "Complications and difficulties in electrocoagulation of varices of the lower extremities" (BIO005086 - BIO005088) |

| Exhibit | Marked | Admitted | Sponsoring Witness | Description |
|---|---|---|---|---|
| DTX 724 | X | X | | 1966 Dissertation Abstract by Muranov re: "Treatment of Varcose Veins of the Lower Extremity by the Endovascular Electrocoagulation Method" (BIO006624 - BIO006647) |
| DTX 725 | X | X | | 1967 Article by Lamper and Bogulavskaya re: "Pathologic-Morphological Changes in the Veins After Endovascular Electrocoagulation" (BIO006532 - BIO006542) |
| DTX 727 | X | X | | 1970 Article by Frantsev and Yershov re: "The Use of Puncture Mono-Active Electrodes in the Treatment of Varicose Veins of the Lower Limbs" (BIO006481 - BIO006490) |
| DTX 728 | X | X | | 1973 Article by Frantsev et al re: "New Electrodes for Electrosurgical Treatment of Subcutaneous Varicose Veins" (BIO006500 - BIO006506) |
| DTX 730 | X | X | | 1974 Article by Ershov (high quality) |
| DTX 731 | X | X | | 1974 Article by Ershov re: "Multimodality Treatment of Varicosity with Electrocoaguation Medical Guidelines" (BIO006428 - BIO006455) |
| DTX 732 | X | X | | 1974 Article by O'Reilly re: "Endovenous Diathermy Solerosis as a Unit of the Armamentarium for the Attack on Varicose Veins" (BIO005093 - BIO005093) |
| DTX 734 | X | X | | 1977 Article by O'Reilly re: "Endovenous Diathermy Sclerosis of Varicose Veins" (BIO005083 - BIO005085) |
| DTX 735 | X | X | | 1977 Article by Ziada and Mansour re: "Electro-Diathermy of the Long Saphenous Vein in Situ as an Alternative to Stripping" (BIO005130 - BIO005131) |
| DTX 736 | X | X | | 1980 Article by Sedov and Aleksandrov re: "Reducing Complications from Electrosurgial Treatment of Varicose Veins of the Lower Limbs" (BIO006691 - BIO006697) |
| DTX 737 | X | X | | 1981 Article by O'Reilly re: "A Technique of Diathermy Sclerosis of Varicose Veins" (BIO005444 - BIO005447) |
| DTX 738 | X | X | | 1987 Article by Klein re: "The Tumescent Technique for Lipo-Suction Surgery" (BIO008015 - BIO008019) |
| DTX 739 | X | X | | 1991 Article by Frantsev et al re: "Treatment of Varicose Disease" (BIO006491 - BIO006499) |
| DTX 740 | X | X | | 1992 Article by Coleman and Klein re: "Use of the Tumescent Technique for Scalp Surgery, Dermabrasion, and Soft Tissue Reconstruction" (BIO005685 - BIO005690) |
| DTX 741 | X | X | | 1992 Article by Cragg et al re: "Endovascular Diathermic |

| Exhibit | Marked | Admitted | Sponsoring Witness | Description |
|---------|--------|----------|--------------------|-------------|
| | | | | Vessel Occlusion" (BIO005100 - BIO005105) |
| DTX 742 | X | X | | 1994 Article by Goldman et al re: "Diagnosis and treatment of varicose veins: A review" (BIO005184 - BIO005204) |
| DTX 743 | X | X | | 1994 Article by Gradman re: "Venoscopic Obliteration of Variceal Tributaries Using Monopolar Electrocautery" (BIO005138 - BIO005141) |
| DTX 745 | X | X | | 1995 Article by Cohn, Seiger and Goldman re: "Ambulatory Phlebectomy Using the Tumescent Technique for Local Anesthesia" (BIO007193 - BIO007198) |
| DTX 747 | X | X | | 1995 Text re Ambulatory Phlebectomy (Chapter 15 -- "High Ligation Division and Groin-to-Knee Stripping of the LSV: An Office Procedure") (BIO007212 - BIO007235) |
| DTX 748 | X | X | | 1995 Text re Ambulatory Phlebectomy (Chapter 7 -- "Anesthesia") (BIO005213 - BIO005219) |
| DTX 750 | X | X | | 1996 Article by Crockett et al re: "Preliminary Experience with an Endovascular Catheter for Electrocoagulation of Peripheral Veins" (BIO005089 - BIO005092) |
| DTX 752 | X | X | | 1997 Abstract by Sagoo et al re:  Safe Plasma Prilocaine Concentrations (PPC) after Tumescence Local Anesthesia (TLA) in Varices Surgery (BIO098565 - BIO098571) |
| DTX 753 | X | X | | 1997 Article by Sattler et al re: "Tumescent Technique for Local Anesthesia - Clinical Investigation to Examine the Pharmacokinetics of Prilocaine" (BIO007977 - BIO007989) |
| DTX 754 | X | X | | 1997 Article by Sattler re: "Tumescence Anesthesia" (BIO098576 - BIO098578) |
| DTX 756 | X | X | | 1998 Article by Proebstle et al re: "High Ligation and Stripping of the Long Saphenous Vein using the Tumescent Technique for Local Anesthesia" (BIO005220 - BIO005224) |
| DTX 763 | X | X | | Oct. 7, 1972 Article by Watts re: "Endovenous Diathermy Destruction of Internal Saphenous" (BIO005150 - BIO005150) |
| DTX 764 | X | X | | PCT WO 97/32532 (BIO006795 - BIO006870) |
| DTX 765 | X | X | | U.S. Patent No. 5,643,257 (BIO006986 - BIO006995) |
| DTX 767 | X | X | | U.S. Patent No. 5,827,268 (VNUS_041027 - VNUS_041042) |
| DTX 768 | X | X | | U.S. Patent No. 6,165,172 (BIO007032 - BIO007058) |
| DTX 769 | X | X | | U.S. Patent No. 6,200,312 (BIO007059 - BIO007085) |

| Exhibit | Marked | Admitted | Sponsoring Witness | Description |
|---|---|---|---|---|
| DTX 780 | X | X | | Sept. 17, 1997 Email from Chris Jones to Various Recipients re: "Draft of Animal Studies Section of Technical File for LG-1/CL-504" (CJ_04197 - CJ_04198) |
| DTX 783 | X | X | | Sept. 7, 2000 Document Change Request re: VNUS Closure IFU RM 55-285-01 Rev. A (VNUS_010115 - VNUS_010125) |
| DTX 787 | X | X | | Table 1 "Sales Units and Sales Revenue for biolitec Lasers and Disposables" from Stuckwisch Expert Report |
| DTX 788 | X | X | | 2007 Procedure Packs Catalog (TVSB_04026 - TVSB_04039) |
| DTX 789 | X | X | | 2008 TVS Advertisements (TVSB_00112 - TVSB_00117) |
| DTX 790 | X | X | | 2008 TVS Catalog (TVSB_00234 - TVSB_00265) |
| DTX 791 | X | X | | 2008 TVS CYA Pack Advertisement (TVSB_00230 - TVSB_00233) |
| DTX 792 | X | X | | 2008 TVS Introducer Mailer (TVSB_00221 - TVSB_00221) |
| DTX 793 | X | X | | 2008 TVS Laser Fiber Advertisements (TVSB_00226 - TVSB_00229) |
| DTX 794 | X | X | | 2008 TVS New Product Updates (TVSB_00218 - TVSB_00220) |
| DTX 795 | X | X | | 400 and 600 Micron Core Five Times Reusable Fiber - Instructions for Use - (March 2007) (TVSB_13968 - TVSB_13971) |
| DTX 796 | X | X | | 400 Micron Surgical Laser Fiber Sample (TVSB_13479 - TVSB_13479) |
| DTX 805 | X | X | | 5F Introducer Kit 45 cm with 0.35 Guidewire Sample (TVSB_13481 - TVSB_13481) |
| DTX 806 | X | X | | 5F One Step Introducer Sample (TVSB_13478 - TVSB_13478) |
| DTX 807 | X | X | | 600 Micron Fiber Sample (TVSB_13480 - TVSB_13480) |
| DTX 808 | X | X | | Advertising Flyer (TVSB07697 - TVSB07697) |
| DTX 813 | X | X | | Custom Pack No Introducer Sample (TVSB_13484 - TVSB_13484) |
| DTX 815 | X | X | | Customer Letter Re Purchase ThermaLite 1470 (TVSB_13921 - TVSB_13921) |
| DTX 818 | X | X | | Email Correspondence - Brady Esch to Julie Gowett et al - Re: TVS Fiber IFU (VNUS_469418 - VNUS_469418) |

| Exhibit | Marked | Admitted | Sponsoring Witness | Description |
|---------|--------|----------|--------------------|-------------|
| DTX 834 | X | X | | FDA 510K (K022338) Premarket Notification - Indications for Use - Optical Integrity General Shaped Fiber (TVSB_14200 - TVSB_14208)<br><br>*Redacted* |
| DTX 835 | X | X | | FDA 510K (K022338) SUMMARY Optical Integrity General Shaped Fibers (TVSB_14959 - TVSB_14959) |
| DTX 839 | X | X | | FDA 510K (K083613) Letter to Quanta Re 510K - Polysurge Diode Laser Family  - Dec. 23, 2008 (TVSB_14947 - TVSB_14949) |
| DTX 840 | X | X | | FDA 510K (K083613) Summary - Quanta System Polysurge Diode Laser Family - Dec. 23, 2008 (TVSB_14223 - TVSB_14255) |
| DTX 841 | X | X | | FDA 510K (K083613) THERMALITE 1470 FDA CLEARANCE (TVSB_14958 - TVSB_14958) |
| DTX 851 | X | X | | FDA 510K Clearance for 1470 nm laser for lipolysis; (TVSB15169 - TVSB15172) |
| DTX 852 | X | X | | FDA 510K for Optical Integrity General Shaped Fiber (K022338) (TVSB_13987 - TVSB_13987) |
| DTX 854 | X | X | | FDA Letter to TVS (2004) (TVSB_14274 - TVSB_14275) |
| DTX 855 | X | X | | Form Letter from Centanni Re Marketing Symposium (TVS_21958 - TVS_21958) |
| DTX 859 | X | X | | Guidewire - Instruction for Use / Product Information Sheet (TVSB08685 - TVSB08685) |
| DTX 860 | X | X | | Introducer Products - Instructions for Use / Product Information Sheet (TVSB_13955 - TVSB_13955) |
| DTX 862 | X | X | | Marketing Symposium  - RSVP Sheet (July 2007) (TVSB09670 - TVSB09670) |
| DTX 863 | X | X | | Marketing Symposium Flyer - July 14, 2007 (TVSB09666 - TVSB09669) |
| DTX 864 | X | X | | Marketing Symposum Flyer - Schedule - July 14, 2007 (TVSB09681 - TVSB09681) |
| DTX 866 | X | X | | Optical Advantage Advertisement - Dec. 2008 (TVSB_00097 - TVSB_00098) |
| DTX 867 | X | X | | Optical Integrity/TVS 600 Micron Safe Align Fibers - Instructions for Use (TVSB07003 - TVSB07008) |
| DTX 869 | X | X | | Quanta Systems 510K Premarket Notification – Quanta Diode Laser Family (TVSB_14960 - TVSB_15127) |

[PROPOSED] ORDER GRANTING JOINT STIPULATED MOTION TO ADMIT CERTAIN EXHIBITS INTO EVIDENCE –
CASE NOS. C08-03129 MMC & C08-04234 MMC

| Exhibit | Marked | Admitted | Sponsoring Witness | Description |
|---------|--------|----------|--------------------|-------------|
| DTX 872 | X | X | | Surgical Supply Headquarters Flyer (TVSB07564 - TVSB07564) |
| DTX 874 | X | X | | ThermaShield 365 and 550 Micron Core Single Use Laser Fibers - Instructions for Use - Revision A (TVSB_13964 - TVSB_13967) |
| DTX 875 | X | X | | TVS - Introducer Products - Instructions for Use / Product Information Sheet (TVSB08686 - TVSB08686) |
| DTX 876 | X | X | | TVS 2010 Product Catalog (TVSB_13998 - TVSB_14023) |
| DTX 877 | X | X | | TVS 400 and 600 Micron Core Single Use Optical Laser Fibers - Instructions for Use (TVSB07001 - TVSB07002) |
| DTX 878 | X | X | | TVS 400 and 600 Micron Core, Reuse Optical Laser Fibers - Instructions for Use (March 2007) (TVSB07012 - TVSB07015) |
| DTX 879 | X | X | | TVS Advertisement - Quanta 1470 (TVSB12588 - TVSB12588) |
| DTX 880 | X | X | | TVS Advertisement - Thermalite 1470 (TVSB12584 - TVSB12584) |
| DTX 882 | X | X | | TVS Advertisement - Thermalite Laser Fiber Advertisement (TVSB12586 - TVSB12586) |
| DTX 883 | X | X | | TVS Catalog - Universal & Custom Procedure Packs (TVSB09989 - TVSB09996) |
| DTX 886 | X | X | | TVS Fiber IFU (VNUS_461299 - VNUS_461299) |
| DTX 889 | X | X | | TVS Flyer - Laser Fibers with Spin Lock (VNUS_377903 - VNUS_377903) |
| DTX 890 | X | X | | TVS Flyer - Marked Introducers (TVSB10657 - TVSB10657) |
| DTX 891 | X | X | | TVS Flyer - Marked Introducers (TVSB10849 - TVSB10849) |
| DTX 892 | X | X | | TVS Mailer - Symposium Highlights (TVSB09930 - TVSB09931) |
| DTX 893 | X | X | | TVS March Madness Advertisement with BONUS Video (TVS_01516) |
| DTX 894 | X | X | | TVS Optical Advantage 1500 - Quick Reference Guide (TVSB12593 - TVSB12596) |
| DTX 895 | X | X | | TVS Optical Advantage 1500 - User Manual (TVSB12616 - TVSB12644) |

| Exhibit | Marked | Admitted | Sponsoring Witness | Description |
|---------|--------|----------|--------------------|-------------|
| DTX 900 | X | X | | TVS Symposium "Please Save the Date" Flyer - July 14, 2007 (TVSB07508 - TVSB07508) |
| DTX 901 | X | X | | TVS Thermalite 550um Core Fibers - Instructions for Use (TVSB12612 - TVSB12615) |
| DTX 902 | X | X | | TVS Thermashield Laser Fiber Advertisement (TVSB12591 - TVSB12592) |
| DTX 903 | X | X | | Universal Pack Sample (TVSB_13483 - TVSB_13483) |
| DTX 904 | X | X | | Universal Pack with Micro Introducers Sample (TVSB_13482 - TVSB_13482) |
| DTX 910 | X | X | | VNUS Presentation - "Selling Against the Competition" (VNUS_140126 - VNUS_140158) |
| DTX 913 | X | X | | U.S. Patent Application No. 08/927251 (VNUS_048352 - VNUS_048395) |
| DTX 926 | X | X | | Video (VNUS_90447A -- Def. Depo. Ex. 86) |
| DTX 927 | X | X | | VNUS Closure Catheter IFU RM 55-285-01 Rev. F (VNUS_005548 - VNUS_005595) |
| DTX 928 | X | X | | VNUS Closure IFU RM 55-171-01 Rev. C (VNUS_000961 - VNUS_000990) |
| DTX 929 | X | X | | VNUS Closure IFU RM 55-245-01 Rev. A (VNUS_000757 - VNUS_000762) |
| DTX 930 | X | X | | VNUS Closure IFU RM 55-245-01 Rev. D (VNUS_000874 - VNUS_000910) |
| DTX 931 | X | X | | VNUS Closure IFU RM 55-285-01 Rev. A (VNUS_001123 - VNUS_001130) |
| DTX 932 | X | X | | VNUS Closure IFU RM 55-285-01 Rev. B (VNUS_001133 - VNUS_01138) |
| DTX 933 | X | X | | VNUS Closure IFU RM 55-285-01 Rev. C (VNUS_01143 - VNUS_001181) |
| DTX 934 | X | X | | VNUS Closure IFU RM 55-285-01 Rev. D (VNUS_01184 - VNUS_01224) |
| DTX 935 | X | X | | VNUS Closure IFU RM 55-285-01 Rev. G (VNUS_332402 - VNUS_332449) |
| DTX 936 | X | X | | VNUS Closure IFU RM 55-357-01 Rev. D (VNUS_325405 - VNUS_325447) |
| DTX 937 | X | X | | VNUS Closure Plus IFU RM 55-357-01 Rev. C (VNUS_585728 - VNUS_585734) |

| Exhibit | Marked | Admitted | Sponsoring Witness | Description |
|---|---|---|---|---|
| DTX 939 | X | X | | VNUS ClosureFAST IFU RM 55-529-01 Rev C (VNUS_147588 - VNUS_147642) |
| DTX 940 | X | X | | VNUS ClosureFAST IFU RM 55-529-01 Rev. A (VNUS_716222 - VNUS_716228) |
| DTX 941 | X | X | | VNUS ClosureFAST IFU RM 55-529-01 Rev. B (VNUS_773118 - VNUS_773158) |
| DTX 942 | X | X | | VNUS ClosurePLUS IFU RM 55-357-01 Rev E (VNUS_147471 - VNUS_147513) |
| DTX 943 | X | X | | VNUS Growth Strategies - Short-Term and Mid-Term Review of Senior Staff and Board Discussions (VNUS_884955 - VNUS_884959) |
| DTX 944 | X | X | | VNUS Medical Technologies Early Clinical Version Straight Ligator LG-1 Design History File (VNUS_038702 - VNUS_039107) |
| DTX 947 | X | X | | VNUS Medical Technologies Marketing Profile, Closure SS Intravascular Catheter for Ligation of the Long or Short Saphenous Systems (LSV & SSV) & Primary Junctions (SFJ & SPJ) (CJ_03165 - CJ_03177) |
| DTX 948 | X | X | | VNUS Medical Technologies, Inc. "Intro to Venous Disease" United States Training Manual (VNUS_114349 - VNUS_114388) |
| DTX 949 | X | X | | VNUS Screenshots re: "VNUS ClosureRFS: Treats Perforator Vein Reflux" (BIO000699 - BIO000710) |
| DTX 952 | X | X | | VNUS Slides re: "Knowing Your Customer: Vascular, General, IR" (VNUS_877758 - VNUS_877779) |
| DTX 954 | X | X | | VNUS Slides re: "Procedural Improvements for $$$" (VNUS_191293 - VNUS_191309) |
| DTX 956 | X | X | | VNUS Slides re: "VNUS Closure Products Current Platform and Product Pipeline" (VNUS_189314 - VNUS_189359) |
| DTX 961 | X | X | | Jul. 30, 2008 Email from Lawrence Marchman to Trevor Stock et al re: "2nd case with Vanderpool" (BIO052344-BIO052344) |
| DTX 970 | X | X | | FRE 1006 Summary of VNUS's Responses to Defendants' Requests for Admission |
| JTX 1000 | X | X | | List of stipulated facts, as per Stipulated Joint Jury Instruction Nos. 3 and 27 |

A-27

[PROPOSED] ORDER GRANTING JOINT STIPULATED MOTION TO ADMIT CERTAIN EXHIBITS INTO EVIDENCE –
CASE NOS. C08-03129 MMC & C08-04234 MMC