Matthew B. Lehr (Bar No. 213139)
Diem-Suong T. Nguyen (Bar No. 237557)
DAVIS POLK & WARDWELL LLP
1600 El Camino Real
Menlo Park, California 94025
Telephone: (650) 752-2000
Facsimile: (650) 752-2111

Attorneys for Plaintiff Tyco Healthcare Group LP
d/b/a VNUS Medical Technologies

(additional counsel on signature page)

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| TYCO HEALTHCARE GROUP LP d/b/a VNUS MEDICAL TECHNOLOGIES,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>BIOLITEC, INC., and NEW STAR LASERS, INC. d/b/a COOLTOUCH, INC.,<br><br>　　　　　Defendants. | LEAD CASE NO. C08-03129 MMC<br><br>CASE NO. C08-03129 MMC<br><br>**STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL OF DEFENDANT NEW STAR LASERS, INC. d/b/a COOLTOUCH, INC.** |
| TYCO HEALTHCARE GROUP LP d/b/a VNUS MEDICAL TECHNOLOGIES,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>TOTAL VEIN SOLUTIONS, LLC d/b/a TOTAL VEIN SYSTEMS,<br><br>　　　　　Defendant. | CASE NO. C08-04234 MMC<br>(consolidated with Case No. C08-03129 MMC) |

1  WHEREAS, Plaintiff Tyco Healthcare Group LP d/b/a VNUS Medical Technologies
2  ("VNUS") and Defendant New Star Lasers, Inc. d/b/a CoolTouch, Inc. ("CoolTouch") have entered
3  into a Settlement Agreement resolving all claims asserted by VNUS against CoolTouch and all
4  counterclaims asserted by CoolTouch against VNUS in the above-captioned action;
5  NOW THEREFORE, VNUS and CoolTouch hereby stipulate, by and through their
6  respective counsel, as follows:

8  1.  CoolTouch is dismissed with prejudice from this action pursuant to Federal Rule of
9  Civil Procedure 41(a)(2);

11  2.  The counterclaims asserted by CoolTouch against VNUS are dismissed with
12  prejudice pursuant to Federal Rule of Civil Procedure 41(c);

14  3.  Each party will bear its own costs and attorneys' fees;

16  4.  The caption shall be amended in all subsequent pleadings to reflect this dismissal.

18  Dated:  October 18, 2010

ATTORNEYS FOR PLAINTIFF TYCO
HEALTHCARE GROUP LP d/b/a
VNUS MEDICAL TECHNOLOGIES

/s/ Matthew B. Lehr
Matthew B. Lehr (Bar No. 213139)
Diem-Suong T. Nguyen (Bar No. 237557)
DAVIS POLK & WARDWELL LLP
1600 El Camino Real
Menlo Park, CA  94025
(650) 752-2000/(650) 752-2111 (fax)
mlehr@dpw.com
nguyen@dpw.com

| | |
|---|---|
| Dated: October 18, 2010 | ATTORNEYS FOR DEFENDANT NEW STAR LASERS, INC. d/b/a COOLTOUCH, INC. |
| | /s/ James W. Geriak |
| | James W. Geriak (Bar No. 32871) |
| | Allan W. Jansen (Bar No. 81992) |
| | ORRICK, HERRINGTON & SUTCLIFFE LLP |
| | 4 Park Plaza, Suite 1600 |
| | Irvine, CA 92614-2558 |
| | (949) 567-6700/(949) 567-6710 (fax) |
| | jgeriak@orrick.com |
| | ajansen@orrick.com |

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: October 19, 2010

_____
THE HON. MAXINE M. CHESNEY
United States District Judge