| | |
|---|---|
| Matthew B. Lehr (Bar No. 213139)<br>Diem-Suong T. Nguyen (Bar No. 237557)<br>David J. Lisson (Bar No. 250994)<br>Chung G. Suh (Bar No. 244889)<br>Jeremy Brodsky (Bar No. 257674)<br>DAVIS POLK & WARDWELL LLP<br>1600 El Camino Real<br>Menlo Park. California 94025<br>Telephone:   (650) 752-2000<br>Facsimile:    (650) 752-2111<br><br>Attorneys for Plaintiff<br>Tyco Healthcare Group LP<br>d/b/a VNUS Medical Technologies | Michael Rader (*pro hac vice*)<br>Allen S. Rugg (*pro hac vice*)<br>Charles T. Steenburg (*pro hac vice*)<br>WOLF GREENFIELD & SACKS, PC<br>600 Atlantic Avenue<br>Boston, Massachusetts 02210<br>Telephone:   (617) 646-8000<br>Facsimile:    (617) 646-8646<br><br>Attorneys for Defendant biolitec, Inc. |
| John K. Buche (Bar No. 239477)<br>Sean M. Sullivan (Bar No. 254372)<br>BUCHE & ASSOCIATES, PC<br>875 Prospect, Suite 305<br>La Jolla, California 92037<br>Telephone:   (858) 812-2840<br>Facsimile:    (858) 459-9120<br><br>Attorneys for Defendant Total Vein Solutions,<br>LLC d/b/a Total Vein Systems | |

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| TYCO HEALTHCARE GROUP LP d/b/a<br>VNUS MEDICAL TECHNOLOGIES,<br><br>            Plaintiff,<br><br>    v.<br><br>BIOLITEC, INC.<br><br><br><br>            Defendants.<br>_____ | LEAD CASE NO. C08-03129 MMC<br><br>**JOINT STIPULATION AND<br>[PROPOSED] ORDER WITHDRAWING<br>CERTAIN EXHIBITS**<br><br>Judge:  The Honorable Maxine M. Chesney |
| TYCO HEALTHCARE GROUP LP d/b/a<br>VNUS MEDICAL TECHNOLOGIES, | CASE NO. C08-04234 MMC<br>(consolidated with C08-03129 MMC) |

JOINT STIPULATION AND [PROPOSED] ORDER WITHDRAWING CERTAIN EXHIBITS
CASE NOS. C08-03129 MMC & C08-04234 MMC

1  WHEREAS, the parties filed a Joint Stipulated Motion to Admit Certain Exhibits Into Evidence (D.I. 360) on October 12, 2010;

WHEREAS, the Court granted the joint motion by order dated October 15, 2010 (D.I. 364);

WHEREAS, the parties had stipulated that certain of the exhibits subject to the joint motion would be admissible only against former defendant New Star Lasers, Inc. d/b/a CoolTouch, Inc. ("CoolTouch");

WHEREAS, on October 19, 2010, CoolTouch was dismissed from this case by reason of settlement (D.I. 368);

NOW THEREFORE, the parties hereby stipulate, by and through their respective counsel, to withdraw the following CoolTouch-related exhibits:  PTX 16-19, 36-40, 84, 94, 95, 97, 98, 100, 101, 123, 218, 219, 242, 245, 262-64, 267, 268, 291, 292, and DTX 554-56.

Dated:   November 22, 2010            Respectfully Submitted,

ATTORNEYS FOR PLAINTIFF
TYCO HEALTHCARE GROUP LP d/b/a
VNUS MEDICAL TECHNOLOGIES

By:   /s/ Matthew B. Lehr
Matthew B. Lehr (Bar No. 213139)
Diem-Suong T. Nguyen (Bar No. 237557)
David J. Lisson (Bar No. 250994)
Chung G. Suh (Bar No. 244889)
Jeremy Brodsky (Bar No. 257674)

DAVIS POLK & WARDWELL LLP
1600 El Camino Real
Menlo Park, CA  94025
(650) 752-2000/(650) 752-2111 (fax)
mlehr@dpw.com
nguyen@dpw.com
dlisson@dpw.com
gsuh@dpw.com
jbrodsky@dpw.com

ATTORNEYS FOR DEFENDANT
BIOLITEC, INC.

By:   /s/ Michael N. Rader
Michael N. Rader *(pro hac vice)*
Allen S. Rugg *(pro hac vice)*
Charles T. Steenburg *(pro hac vice)*

WOLF, GREENFIELD & SACKS, P.C.
600 Atlantic Avenue
Boston, MA 02210
(617) 646-8000/(617) 646-8646
mrader@wolfgreenfield.com
arugg@wolfgreenfield.com
csteenburg@wolfgreenfield.com

ATTORNEYS FOR DEFENDANT
TOTAL VEIN SOLUTIONS, LLC
d/b/a TOTAL VEIN SYSTEMS

By:   /s/ John Karl Buche
John Karl Buche (SBN 239477)
Sean M. Sullivan (SBN 254372)

BUCHE & ASSOCIATES, P.C.
875 Prospect, Suite 305
La Jolla, CA 92037
(858) 459-9111/(858) 459-9120 (fax)
jbuche@buchelaw.com
ssullivan@buchelaw.com

I hereby attest that I have permission to sign this stipulation from all parties whose signatures are indicated by a "conformed" signature (/s/) within this e-filed document.

Dated: November 22, 2010              /s/ Chung G. Suh
                                      Chung G. Suh

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated:  November 23     , 2010

                            _____
                            THE HON. MAXINE M. CHESNEY
                            United States District Judge

2

Joint Stipulation and [Proposed] Order Withdrawing Certain Exhibits
Case Nos. C08-03129 MMC & C08-04234 MMC