RECEIVED

JAN 3 1 2011

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

TYCO HEALTHCARE GROUP LP d/b/a VNUS MEDICAL TECHNOLOGIES

Plaintiff,

v.

BIOLITEC, INC., et al.,

Defendant.

CASE NO. C08-03129 MMC

~~(Proposed)~~
ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

Dwayne L. Mason, whose business address and telephone number is
GREENBERG TRAURIG LLP
1000 LOUISIANA ST. SUITE 1700
HOUSTON, TEXAS 77002
(713) 374-3601
and who is an active member in good standing of the bar of Texas having applied in the above-entitled action or admission to practicein the Northern District of California on a pro hac vice basis, representing, Total Vein Solutions, LLC.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: ~~January 26~~, 2011
February 3



United States District Judge