HOWARD A. SLAVITT (State Bar # 172840)
COBLENTZ, PATCH, DUFFY & BASS, LLP
One Ferry Building, Suite 200
San Francisco, California 94111-4213
Telephone: (415) 391-4800
Facsimile:  (415) 989-1663
E-mail: has@cpdb.com

MICHAEL N. RADER (admitted pro hac vice)
CHARLES T. STEENBURG (admitted pro hac vice)
WOLF, GREENFIELD & SACKS, P.C.
600 Atlantic Avenue
Boston, MA 02210-2206
Telephone: (617) 646-8000
Facsimile:  (617) 646-8646
E-mail: mrader@wolfgreenfield.com
        csteenburg@wolfgreenfield.com

Attorneys for Defendant biolitec, Inc.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| TYCO HEALTHCARE GROUP LP d/b/a VNUS MEDICAL TECHNOLOGIES,<br><br>Plaintiff,<br><br>vs.<br><br>BIOLITEC, INC., DORNIER MEDTECH AMERICA, INC., and NEW STAR LASERS, INC. d/b/a COOLTOUCH, INC.<br><br>Defendants. | Case No. C08-03129 MMC<br>**ORDER APPROVING STIPULATION** ~~AND [PROPOSED] ORDER~~ **TO PERMIT COUNSEL TO APPEAR BY TELEPHONE AT FURTHER STATUS CONFERENCE SET FOR FEBRUARY 18, 2011**<br><br>**(Civil Local Rule 7-12)** |
| TYCO HEALTHCARE GROUP LP d/b/a VNUS MEDICAL TECHNOLOGIES,<br><br>Plaintiff,<br><br>vs.<br><br>TOTAL VEIN SOLUTIONS, LLC. d/b/a TOTAL VEIN SYSTEMS,<br><br>Defendants. | Case No. C08-04234 MMC<br>(consolidated with Case No. C08-03129 MMC) |

WHEREAS a status conference in this case is scheduled to take place on February 18, 2011 at 10:30 AM.

WHEREAS lead counsel for the various defendants live and practice in various cities across the country. Lead trial counsel for defendant biolitec, Inc. ("biolitec") live and practice in Boston, Massachusetts. Lead trial counsel for defendant Total Vein Solutions, LLC d/b/a Total Vein Systems ("TVS") live and practice in La Jolla/San Diego, California.

WHEREAS no motions are set for argument at the February 18 conference, and counsel believe the conference will be relatively brief and will relate primarily to procedural matters such as case management following the December 8, 2010 jury verdict;

WHEREAS counsel believe the benefit of a personal appearance at the conference is outweighed by the significant expense to each of the defendants for their respective counsel to travel to San Francisco from the various cities in which each attorney practices; and

WHEREAS plaintiff Tyco Healthcare Group LP d/b/a VNUS Medical Technologies ("VNUS"), by and through its counsel of record, have agreed to the request by defense counsel to appear by telephone.

NOW THEREFORE, the parties, by and through their respective counsel of record, hereby stipulate, agree, and jointly apply to the Court for an Order in the above-entitled action permitting all counsel to appear telephonically at the February 18, 2011 status conference.

Dated: February 3, 2011　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　ATTORNEYS FOR DEFENDANT
　　　　　　　　　　　　　　　　　　　　　BIOLITEC, INC.


By:　　/s/ Michael N. Rader
Michael N. Rader (pro hac vice)
Charles T. Steenburg (pro hac vice)
WOLF, GREENFIELD & SACKS, P.C.

600 Atlantic Avenue
Boston, MA 02210
(617) 646-8000
mrader@wolfgreenfield.com
csteenburg@wolfgreenfield.com


ATTORNEYS FOR DEFENDANT
TOTAL VEIN SOLUTIONS, LLC d/b/a
TOTAL VEIN SYSTEMS


By:      /s/ John Karl Buche
John Karl Buche (SBN 239477)
Sean M. Sullivan (SBN 254372)
BUCHE & ASSOCIATES, P.C.
875 Prospect, Suite 305
La Jolla, California 92037
(858) 459-9111
jbuche@buchelaw.com
ssullivan@buchelaw.com



ATTORNEYS FOR PLAINTIFF
VNUS MEDICAL TECHNOLOGIES, INC.


By:      /s/ Matthew B. Lehr
Matthew B. Lehr (Bar No. 213139)
Diem-Suong T. Nguyen (Bar No. 237557)
DAVIS POLK & WARDWELL
1600 El Camino Real
Menlo Park, CA 94025
(650) 752-2000
mlehr@dpw.com
nguyen@dpw.com

1  Pursuant to General Order No. 45, I hereby attest that I have concurrence to file this stipulation from all parties whose signatures are indicated by a "conformed" signature (/s/) within this e-filed document.

/s/ Michael N. Rader

Michael N. Rader

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: February 7, 2011

*[signature]*
HON. MAXINE M. CHESNEY
United States District Judge