| | |
|---|---|
| 1 | Matthew B. Lehr (Bar No. 213139) |
|   | Diem-Suong T. Nguyen (Bar No. 237557) |
| 2 | David J. Lisson (Bar No. 250994) |
|   | Chung G. Suh (Bar No. 244889) |
| 3 | Jeremy Brodsky (Bar No. 257674) |
|   | DAVIS POLK & WARDWELL LLP |
| 4 | 1600 El Camino Real |
|   | Menlo Park, California  94025 |
| 5 | Telephone:  (650) 752-2000 |
|   | Facsimile:   (650) 752-2111 |
| 6 | |
| 7 | Attorneys for Plaintiff Tyco Healthcare Group LP d/b/a VNUS Medical Technologies |
| 8 | [*Additional counsel on signature page*] |

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| TYCO HEALTHCARE GROUP LP d/b/a VNUS MEDICAL TECHNOLOGIES, | LEAD CASE NO. C08-03129 MMC |
| Plaintiff, | CASE NO. C08-03129 MMC |
| v. | **ORDER APPROVING STIPULATION** ~~AND [PROPOSED] ORDER~~ **TO CONTINUE STATUS CONFERENCE; JOINT CASE MANAGEMENT STATEMENT** |
| BIOLITEC, INC., and NEW STAR LASERS, INC. d/b/a COOLTOUCH, INC., | |
| Defendants. | Judge: The Honorable Maxine M. Chesney |
| | Date: April 29, 2011 |
| | Time: 10:30 a.m. |
| TYCO HEALTHCARE GROUP LP d/b/a VNUS MEDICAL TECHNOLOGIES, | CASE NO. C08-04234 MMC (consolidated with C08-03129 MMC) |
| Plaintiff, | |
| v. | |
| TOTAL VEIN SOLUTIONS, LLC d/b/a TOTAL VEIN SYSTEMS, | |
| Defendant. | |

1  WHEREAS there is a further telephonic status conference currently scheduled in the above-captioned matter for April 29, 2011 at 10:30 a.m.;

WHEREAS the trial of Defendants' inequitable conduct defenses and counterclaims has been stayed pending the Federal Circuit's rehearing *en banc* of *Therasense Inc. v. Becton, Dickinson & Co.*, Nos. 2008-1511, -1512, -1513, -1514, -1595. (D.I. 286, at 3), and the Federal Circuit has yet to issue its decision;

WHEREAS there has been no progress in settlement discussions between the parties;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED between the undersigned parties, subject to approval of the Court, that—in light of the present standstill in the case and to conserve the resources of the parties and the Court:

1) The status conference currently scheduled for April 29, 2011 be continued until June 10, 2011 at 10:30 a.m. or such other time as ordered by the Court;

2) Counsel will appear at the conference telephonically; and

3) The parties will apprise the Court once the Federal Circuit issues its decision in *Therasense Inc. v. Becton, Dickinson & Co.*

Dated: April 21, 2011                    DAVIS POLK & WARDWELL LLP

       /s/ Matthew B. Lehr
Matthew B. Lehr (Bar No. 213139)
Suong T. Nguyen (Bar No. 237557)
David J. Lisson (Bar No. 250994)
Chung G. Suh (Bar No. 244889)
Jeremy Brodsky (Bar No. 257674)
1600 El Camino Real
Menlo Park, CA  94025
(650) 752-2000 / (650) 752-2111
matthew.lehr@davispolk.com
suong.nguyen@davispolk.com
david.lisson@davispolk.com
chung.suh@davispolk.com
jeremy.brodsky@ davispolk.com

Attorneys for Plaintiff
Tyco Healthcare Group LP d/b/a
VNUS Medical Technologies

1

Dated: April 21, 2011                WOLF, GREENFIELD & SACKS, P.C.

    /s/ Michael N. Rader
Michael N. Rader (*pro hac vice*)
Allen S. Rugg (*pro hac vice*)
Charles T. Steenburg (*pro hac vice*)
600 Atlantic Avenue
Boston, MA  02210
(617) 646-8000 / (617) 646-8646
malbert@wolfgreenfield.com
mrader@wolfgreenfield.com
csteenburg@wolfgreenfield.com

Attorneys for Defendant biolitec, Inc.

Dated: April 21, 2011                BUCHE & ASSOCIATES, P.C.

    /s/ John Karl Buche
John Karl Buche (Bar No. 239477)
Sean M. Sullivan (Bar No. 254372)
875 Prospect, Suite 305
La Jolla, CA  92037
(858) 812-2840 / (858) 459-9120
jbuche@westerniplaw.com
sean@westerniplaw.com

Dwayne L. Mason (*pro hac vice*)
GREENBERG TRAURIG LLP
1000 Louisiana Street
Suite 1700
Houston, TX 77002
(713) 374-3500 / (713) 374-3505 (fax)
masondl@gtlaw.com

Attorneys for Defendant
Total Vein Solutions, LLC d/b/a Total Vein Systems

//
//
//

STIPULATION AND [PROPOSED] ORDER TO CONTINUE STATUS CONFERENCE; JOINT CMC STATEMENT
CASE NOS. C08-03129 MMC & C08-04234 MMC

1  Pursuant to General Order No. 45, I hereby attest that I have concurrence to file this joint
2  stipulation and statement from all parties whose signatures are indicated by a "conformed"
3  signature (/s/) within this e-filed document.

5  Dated: April 21, 2011                    /s/ Chung G. Suh
                                            Chung G. Suh

7  **PURSUANT TO STIPULATION, IT IS SO ORDERED.** Specifically, the telephonic Case
8  Management Conference is continued from April 29, 2011 to June 10, 2011. A Joint Case
   Management Statement shall be filed no later than June 3, 2011.
9  Dated: April 22, 2011
10                                          HON. MAXINE M. CHESNEY, U.S.D.J.

3
STIPULATION AND [PROPOSED] ORDER TO CONTINUE STATUS CONFERENCE; JOINT CMC STATEMENT
CASE NOS. C08-03129 MMC & C08-04234 MMC