1 | Matthew B. Lehr (Bar No. 213139)
Diem-Suong T. Nguyen (Bar No. 237557)
2 | David J. Lisson (Bar No. 250994)
Chung G. Suh (Bar No. 244889)
3 | Jeremy Brodsky (Bar No. 257674)
DAVIS POLK & WARDWELL LLP
4 | 1600 El Camino Real
Menlo Park, California  94025
5 | Telephone: (650) 752-2000
Facsimile:  (650) 752-2111
6
Attorneys for Plaintiff Tyco Healthcare Group
7 | LP d/b/a VNUS Medical Technologies

8 | [*Additional counsel on signature page*]

9

UNITED STATES DISTRICT COURT

10

FOR THE NORTHERN DISTRICT OF CALIFORNIA

11

SAN FRANCISCO DIVISION

12

| | |
|---|---|
| TYCO HEALTHCARE GROUP LP d/b/a VNUS MEDICAL TECHNOLOGIES, <br><br>　　　　Plaintiff, <br><br>　　v. <br><br>BIOLITEC, INC., and NEW STAR LASERS, INC. d/b/a COOLTOUCH, INC., <br><br>　　　　Defendants. | LEAD CASE NO. C08-03129 MMC <br><br> CASE NO. C08-03129 MMC <br><br> **STIPULATION AND [PROPOSED] ORDER SETTING BRIEFING SCHEDULE FOR VNUS'S MOTION FOR SUMMARY JUDGMENT OF NO INEQUITABLE CONDUCT** <br><br> Judge: The Honorable Maxine M. Chesney |
| TYCO HEALTHCARE GROUP LP d/b/a VNUS MEDICAL TECHNOLOGIES, <br><br>　　　　Plaintiff, <br><br>　　v. <br><br> TOTAL VEIN SOLUTIONS, LLC d/b/a TOTAL VEIN SYSTEMS, <br><br>　　　　Defendant. | CASE NO. C08-04234 MMC <br> (consolidated with C08-03129 MMC) |

     WHEREAS the Court conducted a post-trial status conference in this case on June 10, 2011, and ordered the parties to submit a stipulation and order setting a briefing schedule for VNUS's motion for summary judgment on defendants' inequitable conduct counterclaims (D.I. 456);

     NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED between the undersigned parties, subject to approval of the Court, that:

1) VNUS's motion for summary judgment on defendants' inequitable conduct counterclaims shall be filed no later than July 29, 2011, and a hearing on the motion shall be noticed for September 9, 2011;

2) Defendants' opposition brief shall be filed no later than August 12, 2011; and

3) VNUS's reply brief shall be filed no later than August 19, 2011.

Dated: June 16, 2011

DAVIS POLK & WARDWELL LLP

  /s/ Matthew B. Lehr
Matthew B. Lehr (Bar No. 213139)
Suong T. Nguyen (Bar No. 237557)
David J. Lisson (Bar No. 250994)
Chung G. Suh (Bar No. 244889)
Jeremy Brodsky (Bar No. 257674)
1600 El Camino Real
Menlo Park, CA  94025
(650) 752-2000 / (650) 752-2111
matthew.lehr@davispolk.com
suong.nguyen@davispolk.com
david.lisson@davispolk.com
chung.suh@davispolk.com
jeremy.brodsky@ davispolk.com

Attorneys for Plaintiff
Tyco Healthcare Group LP d/b/a
VNUS Medical Technologies

1

STIPULATION AND [PROPOSED] ORDER RE: BRIEFING SCHEDULE FOR VNUS'S INEQUITABLE CONDUCT MSJ
CASE NOS. C08-03129 MMC & C08-04234 MMC

| | | |
|---|---|---|
| 1 | Dated: June 16, 2011 | WOLF, GREENFIELD & SACKS, P.C. |

      /s/ Michael N. Rader
Michael N. Rader (*pro hac vice*)
Allen S. Rugg (*pro hac vice*)
Charles T. Steenburg (*pro hac vice*)
600 Atlantic Avenue
Boston, MA  02210
(617) 646-8000 / (617) 646-8646
malbert@wolfgreenfield.com
mrader@wolfgreenfield.com
csteenburg@wolfgreenfield.com

Attorneys for Defendant biolitec, Inc.

Dated:  June 16, 2011    BUCHE & ASSOCIATES, P.C.

      /s/ John Karl Buche
John Karl Buche (Bar No. 239477)
Sean M. Sullivan (Bar No. 254372)
875 Prospect, Suite 305
La Jolla, CA  92037
(858) 812-2840 / (858) 459-9120
jbuche@westerniplaw.com
sean@westerniplaw.com

Dwayne L. Mason (*pro hac vice*)
GREENBERG TAURIG LLP
1000 Louisiana Street
Suite 1700
Houston, TX 77002
(713) 374-3500 / (713) 374-3505 (fax)
masondl@gtlaw.com

Attorneys for Defendant
Total Vein Solutions, LLC d/b/a Total Vein Systems

//
//
//

2

STIPULATION AND [PROPOSED] ORDER RE: BRIEFING SCHEDULE FOR VNUS'S INEQUITABLE CONDUCT MSJ
CASE NOS. C08-03129 MMC & C08-04234 MMC

1   Pursuant to General Order No. 45, I hereby attest that I have concurrence to file this joint
2   stipulation and statement from all parties whose signatures are indicated by a "conformed"
3   signature (/s/) within this e-filed document.

5   Dated: June 16, 2011              /s/ Chung G. Suh
6                                     Chung G. Suh

7   **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

9   Dated: June 17, 2011
10                                    HON. MAXINE M. CHESNEY, U.S.D.J.

3