1  Matthew B. Lehr (Bar No. 213139)
   Diem-Suong T. Nguyen (Bar No. 237557)
2  David J. Lisson (Bar No. 250994)
   Chung G. Suh (Bar No. 244889)
3  Jeremy Brodsky (Bar No. 257674)
   DAVIS POLK & WARDWELL LLP
4  1600 El Camino Real
   Menlo Park, California 94025
5  Telephone: (650) 752-2000
   Facsimile: (650) 752-2111
6
   Attorneys for Plaintiff
7  Tyco Healthcare Group LP d/b/a
   VNUS Medical Technologies
8
   [*Additional counsel on signature page*]
9

10              UNITED STATES DISTRICT COURT

11          FOR THE NORTHERN DISTRICT OF CALIFORNIA

12                   SAN FRANCISCO DIVISION

13 | TYCO HEALTHCARE GROUP LP d/b/a VNUS MEDICAL TECHNOLOGIES, | ) | LEAD CASE NO. C08-03129 MMC |
|---|---|---|
|   |   | CASE NO. C08-03129 MMC |
|   Plaintiff, | ) |   |
|   v. | ) | **STIPULATION AND [PROPOSED] ORDER TO CONTINUE STATUS CONFERENCE; JOINT CASE MANAGEMENT STATEMENT** |
| BIOLITEC, INC., | ) |   |
|   Defendant. | ) | **AND ORDER THEREON** |
|   | ) |   |
|   | ) | Judge: The Honorable Maxine M. Chesney |
|   | ) | Date: August 26, 2011 |
|   | ) | Time: 10:30 a.m. |
| TYCO HEALTHCARE GROUP LP d/b/a VNUS MEDICAL TECHNOLOGIES, | ) | CASE NO. C08-04234 MMC (consolidated with C08-03129 MMC) |
|   Plaintiff, | ) |   |
|   v. | ) |   |
| TOTAL VEIN SOLUTIONS, LLC d/b/a TOTAL VEIN SYSTEMS, | ) |   |
|   Defendant. | ) |   |

1 WHEREAS there is a further telephonic status conference currently scheduled in the above-captioned matter for August 26, 2011 at 10:30 a.m.;

WHEREAS, aside from Plaintiff's pending motion for summary judgment of inequitable conduct, which Defendants have opposed, the parties have no update for the Court since the filing of the last joint case management statement on June 10, 2011;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED between the undersigned parties, subject to approval of the Court, that—in light of the present status of the case and to conserve the resources of the parties and the Court:

1) The status conference currently scheduled for August 26, 2011 be continued to the September 9, 2011 hearing date on Plaintiff's motion or such other time as ordered by the Court; and

2) Counsel will appear at the conference telephonically.

Dated:  August 19, 2011          Respectfully Submitted,

ATTORNEYS FOR PLAINTIFF
TYCO HEALTHCARE GROUP LP d/b/a
VNUS MEDICAL TECHNOLOGIES


By:   /s/ Matthew B. Lehr
Matthew B. Lehr (Bar No. 213139)
Diem-Suong T. Nguyen (Bar No. 237557)
David J. Lisson (Bar No. 250994)
Chung G. Suh (Bar No. 244889)
Jeremy Brodsky (Bar No. 257674)

DAVIS POLK & WARDWELL LLP
1600 El Camino Real
Menlo Park, CA  94025
(650) 752-2000/(650) 752-2111 (fax)
mlehr@dpw.com
nguyen@dpw.com
dlisson@dpw.com
gsuh@dpw.com
jbrodsky@dpw.com

| | | |
|---|---|---|
| 1 | Dated: August 19, 2011 | ATTORNEYS FOR DEFENDANT BIOLITEC, INC. |

By:   /s/ Michael N. Rader
Michael N. Rader (pro hac vice)
Allen S. Rugg (pro hac vice)
Charles T. Steenburg (pro hac vice)

WOLF, GREENFIELD & SACKS, P.C.
600 Atlantic Avenue
Boston, MA 02210
(617) 646-8000/(617) 646-8646
malbert@wolfgreenfield.com
mrader@wolfgreenfield.com
csteenburg@wolfgreenfield.com

Dated: August 19, 2011            ATTORNEYS FOR DEFENDANT TOTAL VEIN SOLUTIONS, LLC d/b/a TOTAL VEIN SYSTEMS

By:   /s/ John Karl Buche
John Karl Buche (SBN 239477)
Sean M. Sullivan (SBN 254372)
BUCHE & ASSOCIATES, P.C.
875 Prospect, Suite 305
La Jolla, CA 92037
(858) 459-9111/(858) 459-9120 (fax)
jbuche@buchelaw.com
ssullivan@buchelaw.com

Dwayne L. Mason (*pro hac vice*)
GREENBERG TRAURIG LLP
1000 Louisiana Street
Suite 1700
Houston, TX 77002
(713) 374-3500 / (713) 374-3505 (fax)
masondl@gtlaw.com

Pursuant to General Order No. 45, I hereby attest that I have concurrence to file this joint statement from all parties whose signatures are indicated by a "conformed" signature (/s/) within this e-filed document.

/s/ Chung G. Suh
Chung G. Suh

**PURSUANT TO STIPULATION, IT IS SO ORDERED.** Specifically, the Case Management Conference is CONTINUED from August 26, 2011 to October 21, 2011, at 10:30 a.m.; all counsel shall appear telephonically on October 21, 2011.

Dated: August 22, 2011

The Honorable Maxine M. Chesney
United States District Judge