HOWARD A. SLAVITT (State Bar # 172840)
COBLENTZ, PATCH, DUFFY & BASS, LLP
One Ferry Building, Suite 200
San Francisco, California 94111-4213
Telephone: (415) 391-4800
Facsimile: (415) 989-1663
E-mail:    has@cpdb.com

MICHAEL N. RADER (admitted pro hac vice)
CHARLES T. STEENBURG (admitted pro hac vice)
WOLF, GREENFIELD & SACKS, P.C.
600 Atlantic Avenue
Boston, MA  02210-2206
Telephone: (617) 646-8000
Facsimile: (617) 646-8646
E-mail:    mrader@wolfgreenfield.com
           csteenburg@wolfgreenfield.com

Attorneys for Defendant biolitec, Inc.

(Counsel for Other Defendants Listed on Last Page)

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| TYCO HEALTHCARE GROUP LP d/b/a VNUS MEDICAL TECHNOLOGIES,<br><br>             Plaintiff,<br><br>      v.<br><br>BIOLITEC, INC.<br><br>             Defendant. | Case No. C08-03129 MMC<br><br>Case No. C08-04234 MMC<br><br>(consolidated with Case No. C08-03129 MMC)<br><br>**JOINT STIPULATED MOTION AND [PROPOSED] ORDER BY VNUS AND BIOLITEC FOR DISMISSAL OF BIOLITEC AND PARTIAL VACATUR OF VERDICT**<br><br>**AND ORDER THEREON**<br><br>Judge:   The Hon. Maxine M. Chesney |
| TYCO HEALTHCARE GROUP LP d/b/a VNUS MEDICAL TECHNOLOGIES,<br><br>             Plaintiff,<br><br>      v.<br><br>TOTAL VEIN SOLUTIONS, LLC. d/b/a TOTAL VEIN SYSTEMS,<br><br>             Defendant. | |

WHEREAS, Plaintiff Tyco Healthcare Group LP d/b/a VNUS Medical Technologies ("VNUS") and Defendant biolitec, Inc. ("biolitec") have entered into a Settlement Agreement resolving all claims asserted by VNUS against biolitec and all counterclaims asserted by biolitec against VNUS in the above-captioned action;

WHEREAS the Settlement Agreement expressly contemplates the dismissal and vacatur provided for herein, so that dismissal and vactur will resolve all open litigation issues between VNUS and biolitec, including without limitation those matters recited in the preamble to the Settlement Agreement;

NOW THEREFORE, VNUS and biolitec hereby jointly stipulate and respectfully move the Court for a confirmatory order as follows:

1) The portions of the December 8, 2010 verdict (D.I. 441) corresponding specifically to biolitec (i.e., questions 1, 2, 3, 8a & 8b) are hereby VACATED pursuant to Fed. R. Civ. P. 60(b). *See Thomas v. City of Tacoma*, 410 F.3d 644, 647 n.2 (9th Cir. 2005); *Click Entm't, Inc. v. JYP Entm't Co.*, 2009 WL 3030212, at *1 (D. Haw. 2009);

2) biolitec is dismissed with prejudice from this action pursuant to Federal Rule of Civil Procedure 41(a)(2);

3) The counterclaims asserted by biolitec against VNUS are dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(c);

4) Each party will bear its own costs; and

5) The caption shall be amended in all subsequent pleadings to reflect this dismissal.

| | |
|---|---|
| Dated: September 8, 2011 | ATTORNEYS FOR PLAINTIFF<br>TYCO HEALTHCARE GROUP LP d/b/a<br>VNUS MEDICAL TECHNOLOGIES |

By: /s/ Matthew B. Lehr
Matthew B. Lehr (Bar No. 213139)
Diem-Suong T. Nguyen (Bar No. 237557)
DAVIS POLK & WARDWELL LLP
1600 El Camino Real
Menlo Park, CA 94025
(650) 752-2000/(650) 752-2111 (fax)
mlehr@dpw.com
nguyen@dpw.com

Dated: September 8, 2011    ATTORNEYS FOR DEFENDANT BIOLITEC, INC.

By: /s/ Michael N. Rader
Michael N. Rader (*pro hac vice*)
Allen S. Rugg (*pro hac vice*)
Charles T. Steenburg (*pro hac vice*)
WOLF, GREENFIELD & SACKS, P.C.
600 Atlantic Avenue
Boston, MA 02210
(617) 646-8000/(617) 646-8646
mrader@wolfgreenfield.com
arugg@wolfgreenfield.com
csteenburg@wolfgreenfield.com

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: September 9, 2011

*[signature]*
THE HON. MAXINE M. CHESNEY
United States District Judge

COBLENTZ, PATCH, DUFFY & BASS, LLP
One Ferry Building, Suite 200, san francisco, ca 94111-4213
(415) 391-4800 • fax (415) 989-1663