UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

RECEIVED 2011 SEP -A II: 36 RICHARD W. WIEKING U.S. DISTRICT COURT N.D. OF CALIFORNIA

| | |
|---|---|
| TYCO HEALTHCARE GROUP LP d/b/a VNUS MEDICAL TECHNOLOGIES, | LEAD CASE NO. C08-3129-MMC |
| | (Consolidated Case No. C08-4234-MMC) |
| Plaintiff/Counter-defendants, | |
| v. | [PROPOSED] ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE* |
| TOTAL VEIN SOLUTIONS, LLC, d/b/a TOTAL VEIN SYSTEMS, | Judge: Hon. Maxine M. Chesney |
| Defendant/Counterclaimants. | |

Shari L. Heyen, whose business address and telephone number is: Greenberg Traurig LLP, 1000 Louisiana St., Suite 1700, Houston, Texas 77002, Tel. (713) 374-3601, and who is a member in good standing of the bar of Texas, has applied in the above-captioned action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Total Vein Solutions, LLC.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

**IT IS SO ORDERED**.

Dated: Sept. 26, 2011

_/s/ Maxine M. Chesney_
Hon. Maxine M. Chesney
UNITED STATES DISTRICT COURT JUDGE