1  Matthew B. Lehr (Bar No. 213139)
   Diem-Suong T. Nguyen (Bar No. 237557)
2  David J. Lisson (Bar No. 250994)
   Chung G. Suh (Bar No. 244889)
3  Jeremy Brodsky (Bar No. 257674)
4  DAVIS POLK & WARDWELL LLP
   1600 El Camino Real
5  Menlo Park, California  94025
   Telephone:  (650) 752-2000
6  Facsimile:  (650) 752-2111

7  Attorneys for Plaintiff
   Tyco Healthcare Group LP d/b/a
8  VNUS Medical Technologies

9

10                    UNITED STATES DISTRICT COURT

11              FOR THE NORTHERN DISTRICT OF CALIFORNIA

12                        SAN FRANCISCO DIVISION

13  TYCO HEALTHCARE GROUP LP d/b/a      )   LEAD CASE NO. C08-03129 MMC
    VNUS MEDICAL TECHNOLOGIES,          )
14                                      )   (Consolidated Case No. C08-4234 MMC)
                    Plaintiff,          )
15                                      )   [PROPOSED] ORDER GRANTING
            v.                          )   MOTION TO WITHDRAW AS
16                                      )   ATTORNEY OF RECORD; VACATING
    TOTAL VEIN SOLUTIONS, LLC d/b/a     )                          HEARING
17  TOTAL VEIN SOLUTIONS                )
                                        )   [Civil L.R. 11-5]
18                  Defendant.          )
                                        )
19                                      )
                                        )
20                                      )
                                        )
21  _____)

22

23

24

25

26

27

28

1   Jeremy M. Brodsky seeks to withdraw as attorney of record for Plaintiff Tyco Healthcare Group d/b/a VNUS Medical Technologies in the above-caption matter pursuant to Civil Local Rule 11-5.  As this Court finds that Mr. Brodsky has submitted satisfactory reasoning for withdrawal, and that the granting of this Motion will not cause substantial prejudice or delay to any party, IT IS HEREBY ORDERED that Mr. Brodsky's Motion to Withdraw as Attorney of Record is GRANTED, and Jeremy M. Brodsky is hereby terminated as attorney of record for plaintiff in this proceeding.   The November 4, 2011 hearing is hereby VACATED.

IT IS SO ORDERED.

Dated:   October 6        , 2011

The Honorable Maxine M. Chesney
United States District Court