John Karl Buche (SBN 239477)
Sean M. Sullivan (SBN 254372)
BUCHE & ASSOCIATES, P.C.
875 Prospect, Suite 305
La Jolla, California 92037
Telephone: 858.459.9111
Facsimile: 858.459.9120
jbuche@buchelaw.com
ssullivan@buchelaw.com

Shari L. Heyen (*Pro Hac Vice*)
GREENBERG TRAURIG, LLP
1000 Louisiana St., Suite 1700
Houston, Texas 77002
Telephone: 713.374.3601
heyens@gtlaw.com

Attorneys for Defendants,
TOTAL VEIN SOLUTIONS, LLC

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| TYCO HEALTHCARE GROUP LP d/b/a VNUS MEDICAL TECHNOLOGIES,<br><br>　　　　Plaintiff/Counter-defendants,<br><br>　　v.<br><br>TOTAL VEIN SOLUTIONS, LLC, d/b/a TOTAL VEIN SYSTEMS,<br><br>　　　　Defendant/Counterclaimants. | LEAD CASE NO. C08-3129-MMC<br><br>(Consolidated Case No. C08-4234-MMC)<br><br>**ADMINISTRATIVE MOTION FOR SHARI HEYEN, ESQ., TO APPEAR TELEPHONICALLY AT CASE MANAGEMENT CONFERENCE AND [PROPOSED] ORDER**<br><br>**(CIVIL LOCAL RULE 7-11)**<br><br>Judge: Hon. Maxine M. Chesney<br>Courtroom: 7, 19th Floor<br>Hearing: Oct. 21, 2011<br>Time: 9:00 A.M. |

1  Defendant Total Vein Solutions, LLC, d/b/a Total Vein Systems ("TVS") files this request for
2  Shari L. Heyen, Esq., to be permitted to appear telephonically at the hearing set for October 21, 2011,
3  at 9:00 a.m., before the Honorable Maxine Chesney in the above-captioned court.  TVS makes this
4  request based on the following facts:

5  1. On October 21, 2011, the parties are set to appear in the above-captioned court at 9:00
6  a.m. for a hearing on VNUS's Motion for Summary Judgment of No Inequitable Conduct, as well as a
7  Case Management Conference.  (*See* Docket No. 480).

8  2. Ms. Heyen is of counsel to TVS and lives and works in Houston, Texas.  Permitting
9  Ms. Heyen to appear telephonically will conserve considerable resources, yet still allow Ms. Heyen to
10 monitor the proceedings.

11 3. Undersigned lead counsel for TVS will appear in-person at the October 21, 2011
12 hearing.

13 4. TVS hereby requests that this Court approve the telephonic appearance of Ms. Heyen at
14 the October 21, 2011, 9:00 a.m. hearing before Judge Chesney.

Dated:   October 20, 2011              Respectfully Submitted,

/s/ John Buche
BUCHE & ASSOCIATES, P.C.
John Karl Buche (SBN 239477)
Sean M. Sullivan (SBN 254372)
Telephone: 858.459.9111
Facsimile: 858.459.9120

                                       and

GREENBERG TRAURIG, LLP
Shari L. Heyen (*Pro Hac Vice*)
1000 Louisiana St., Suite 1700
Houston, Texas 77002
Telephone: 713.374.3601

ATTORNEYS FOR DEFENDANT TOTAL
VEIN SOLUTIONS, LLC d/b/a TOTAL VEIN
SYSTEMS

**[PROPOSED] ORDER**

Having considered the foregoing motion, and good cause being shown, the Court ORDERS that Ms. Heyen shall appear telephonically at the hearing in the above-captioned matter on October 21, 2011 at 9:00 a.m.

**IT IS SO ORDER.**

Dated: October 20, 2011.

*(signature)*
Honorable Maxine M. Chesney
UNITED STATES DISTRICT JUDGE