John Karl Buche (SBN 239477)
BUCHE & ASSOCIATES, P.C.
875 Prospect, Suite 305
La Jolla, California 92037
Telephone: 858.459.9111
Facsimile: 858.459.9120
jbuche@buchelaw.com

   - and -

Dwayne L. Mason (*Pro Hac Vice*)
Shari L. Heyen (*Pro Hac Vice*)
GREENBERG TRAURIG, LLP
1000 Louisiana St., Suite 1700
Houston, Texas  7700292037
Telephone: 713.374.3500
Facsimile: 713.374.3505
masond@gtlaw.com
heyens@gtlaw.com

Attorneys for Defendant,
TOTAL VEIN SOLUTIONS, LLC

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| TYCO HEALTHCARE GROUP LP d/b/a VNUS MEDICAL TECHNOLOGIES,<br>  Plaintiff/Counter-defendants,<br>v.<br>TOTAL VEIN SOLUTIONS, LLC, d/b/a TOTAL VEIN SYSTEMS ,<br>  Defendants/Counter-Plaintiffs. | Case No. C08-3129-MMC<br>(Consolidated Case No. C08-04234 MMC)<br>**ORDER GRANTING JOINT STIPULATED MOTION** ~~AND [PROPOSED] ORDER~~ **BY VNUS AND TVS FOR DISMISSAL OF TVS AND PARTIAL VACATUR OF VERDICT**<br>Judge:  The Hon. Maxine M. Chesney |

WHEREAS, Plaintiff Tyco Healthcare Group LP d/b/a VNUS Medical Technologies ("VNUS") and Defendant Total Vein Solutions, LLC ("TVS") have entered into a Settlement Agreement resolving, *inter alia*, all claims asserted by VNUS against TVS and all counterclaims asserted by TVS against VNUS in the above-captioned action; and

WHEREAS the Settlement Agreement expressly contemplates the dismissal and vacatur provided for herein, so that dismissal and vacatur will resolve all pending litigation between VNUS and TVS, including those matters contained in the Settlement Agreement.

NOW THEREFORE, VNUS and TVS hereby jointly stipulate and respectfully move the Court for a confirmatory order as follows:

1)     The portions of the December 8, 2010 verdict (D.I. 441) corresponding specifically to TVS (i.e., questions 4, 5, 6, 9a & 9b) are hereby VACATED pursuant to Fed. R. Civ. P. 60(b). *See Thomas v. City of Tacoma*, 410 F.3d 644, 647 n.2 (9th Cir. 2005); *Click Entm't, Inc. v. JYP Entm't Co.*, 2009 WL 3030212, at *1 (D. Haw. 2009);

2)     TVS is dismissed with prejudice from this action pursuant to Federal Rule of Civil Procedure 41(a)(2);

3)     The counterclaims asserted by TVS against VNUS are dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(c);

4)     Each party will bear its own fees, costs and expenses; and

5)     The caption shall be amended in all subsequent pleadings to reflect this dismissal.

*[Remainder of page intentionally left blank.]*

| | | |
|---|---|---|
| Dated: November 9, 2011 | | ATTORNEYS FOR DEFENDANT TOTAL VEIN SOLUTIONS, LLC d/b/a TOTAL VEIN SYSTEMS, |

By:   */s/ John K. Buche*

John Karl Buche (SBN 239477)
BUCHE & ASSOCIATES, P.C.
875 Prospect, Suite 305
La Jolla, California 92037
Telephone: 858.459.9111
Facsimile: 858.459.9120
jbuche@buchelaw.com

- and -

Dwayne L. Mason (*Pro Hac Vice*)
Shari L. Heyen (*Pro Hac Vice*)
GREENBERG TRAURIG, LLP
1000 Louisiana St. Suite 1700
Houston, Texas 77002
713.374.3500/713.374.3505 (fax)
masondl@gtlaw.com
heyens@gtlaw.com

Dated: November 9, 2011    ATTORNEY FOR PLAINTIFF
TYCO HEALTHCARE GROUP LP d/b/a
VNUS MEDICAL TECHNOLOGIES

By:   */s/ Matthew B. Lehr*
Matthew B. Lehr (Bar No. 213139)
Diem-Suong T. Nguyen (Bar No. 237557 )
DAVIS POLK & WARDWELL LLP
1600 El Camino Real
Menlo Park, CA 94025
650.752.2000/650.752.2111 (fax)

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: November 15 , 2011

THE HON. MAXINE M. CHESNEY
United States District Judge